MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Fax: (702) 792-9002
Email: ferrariom@gtlaw.com
hicksja@gtlaw.com

*Attorneys for Dana Dorado*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, an individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual,<br><br>Defendants. | Case No.: 2:19-cv-373-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DANA DORADO TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff Sandra M. Meza-Perez and Defendant Dana Dorado, through their respective counsel and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Ms. Dorado to respond to Plaintiffs' First Amended Complaint by three weeks, up to, and including, **July 31, 2019**.

Plaintiff named Ms. Dorado in this action for the first time in Plaintiff's First Amended Complaint, which was filed on May 24, 2019 and served upon Ms. Dorado, through counsel, on June 20, 2019. Counsel for Ms. Dorado requires additional time to fully analyze the facts and allegations at issue and prepare a response, taking into account the exercise of due diligence.

C

This is the first request for an extension of time to respond by Ms. Dorado, and it is made in good faith and not for purposes of delay.

Dated this 9th day of July 2019.                    Dated this 9th day of July 2019.

 /s/ Melanie Hill                                    /s/ Jason Hicks
HARDEEP SULL, ESQ.                                   MARK E. FERRARIO, ESQ.
Nevada Bar No. 12108                                 Nevada Bar No. 1625
**SULL & ASSOCIATES, PLLC**                          JASON K. HICKS, ESQ.
520 S. 7th Street, Suite A                           Nevada Bar No. 13149
Las Vegas, NV 89101                                  **GREENBERG TRAURIG, LLP**
                                                     10845 Griffith Peak Drive, Suite 600
MELANIE A. HILL, ESQ.                                Las Vegas, NV 89135
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**                            *Attorneys for Dana Dorado*
520 S. 7th Street, Suite A
Las Vegas, NV 89101

*Attorneys for Plaintiff*


**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this __10__ day of July 2019.

Page **2** of **2**

*ACTIVE 44410752v1*