Hardeep Sull, Esq.
Nevada Bar No. 12108
**SULL & ASSOCIATES, PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 953-9500
Fax: (702) 297-6595
dee@sullglobal.com

Melanie A. Hill, Esq.
Nevada Bar No. 8796
**MELANIE HILL LAW PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 362-8500
Fax: (702) 362-8505
Melanie@MelanieHillLaw.com
*Attorneys for Plaintiff Sandra M. Meza-Perez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual, DANA DORADO, an individual,<br><br>Defendants. | CASE No.: 2:19-cv-00373-APG-NJK<br><br>**STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO OPPOSE DEFENDANT DORADO'S MOTION TO DISMISS [ECF No. 23]**<br><br>(First Request)<br><br>**ORDER** |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Melanie A. Hill of Melanie Hill Law PLLC and Hardeep Sull of Sull & Associates, PLLC, and counsel for Defendant Dana Dorado, Mark Ferrario and Jason Hicks of Greenberg Traurig, LLP, that the deadline for

Plaintiff to file her opposition to Defendant Dorado's Motion to Dismiss [ECF. No. 23] ("the Motion") filed on July 31, 2019 be extended thirty (30) days from the current deadline of August 14, 2019 to September 13, 2019 to allow the parties to attempt to resolve the issues raised in the Motion in an effort to narrow any issues to be resolved by the Court.

The requested relief is not for purposes of delay, but to avoid unnecessary litigation or the wasting of resources and expense on issues that can be resolved between the parties informally.

Dated: August 13, 2019.

Respectfully submitted,

SULL & ASSOCIATES, PLLC

/s/ Hardeep Sull
_____
HARDEEP SULL, ESQ.
Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: August 13, 2019.

Respectfully submitted,

GREENBERG TRAURIG, LLP

/s/ Jason Hicks
_____
MARK E. FERRARIO, ESQ.
JASON HICKS, ESQ.
Attorneys for Defendant
DANA DORADO

Dated: August 13, 2019.

Respectfully submitted,
MELANIE HILL LAW, PLLC

/s/ Melanie A. Hill
_____
MELANIE A. HILL, ESQ.
Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

**IT IS SO ORDERED.**

Dated: August 14, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT COURT JUDGE