# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>    Plaintiff(s),<br><br>v.<br><br>SBARRO LLC, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00373-APG-NJK<br><br>**Order**<br><br>(Docket No. 48) |

Plaintiff moves for a 60-day extension of time to serve process on Defendant Jesus Alatorre. Docket No. 48. For good cause shown, the request is **GRANTED**. Plaintiff must serve process on Defendant Alatorre by October 21, 2019.

IT IS SO ORDERED.

Dated: August 23, 2019

                                                  Nancy J. Koppe<br>                                                United States Magistrate Judge