UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SANDRA M. MEZA-PEREZ,

    Plaintiff(s),

v.

SBARRO LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-00373-APG-NJK

**Order**

(Docket No. 69)

Pending before the Court is Plaintiff's (1) response to the notice of non-opposition and (2) notice of intent to oppose Defendant Sbarro's motion to compel and seek leave of the Court to extend the deadline. Docket No. 69. Plainly, Plaintiff failed to respond to Defendant's motion to compel by the deadline to do so under the Court's order, Docket No. 22. Local Rule 7-2(d) states that failing to timely respond to a motion "constitutes a consent to the granting of the motion."

As a one-time courtesy, however, the Court extends the deadline to respond to Defendant's motion to compel to October 15, 2019. Separately, the Court reminds Plaintiff's counsel that deadlines are to be complied with. If a party cannot meet a deadline, the party must seek relief from the Court in compliance with Local Rule 26-4. It is inappropriate to file a notice of intent to oppose a motion for which the deadline to do so has passed and of intent to seek leave of the Court to extend an expired deadline.

IT IS SO ORDERED.

Dated: October 11, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge