# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SANDRA M. MEZA-PEREZ,

    Plaintiff(s),

v.

SBARRO, LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-00373-APG-NJK

**Order**

(Docket Nos. 72, 73)

Pending before the Court are Plaintiff's motion for extension to oppose Defendant Sbarro's motion to compel, Docket No. 67, and Plaintiff's supplement to her motion. Docket Nos. 72, 73. The Court has considered Plaintiff's motion and supplement, Defendant's response, and Plaintiff's reply. Docket Nos. 72, 73, 75, 76.

The Court has serious questions regarding Plaintiff counsel's illness excuse for failing to timely respond to Defendant's motion to compel because—according to Plaintiff's counsel herself—she has clearly been able to perform legal work in other cases. *See* Docket No. 76 at 4. However, in the interest of resolving this discovery dispute on its merits, the Court **GRANTS** in part Plaintiff's motion for extension. Docket Nos. 72, 73.

Accordingly, Plaintiff must respond to Defendant's motion to compel no later than 12:00 p.m. on October 18, 2019. **NO FURTHER EXTENSIONS WILL BE GRANTED AND ANY RESPONSE FILED AFTER 12:00 p.m. WILL NOT BE CONSIDERED.**

IT IS SO ORDERED.

Dated: October 17, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

1