# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>        Plaintiff,<br>vs.<br><br>SBARRO LLC, et al.,<br><br>        Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>ORDER<br><br>(Docket No. 84) |

Pending before the Court is Plaintiff's motion to extend the deadline to respond to Defendants' motion to compel Rule 35 examination. Docket No. 84. *See also* Docket No. 80. The Court has considered Plaintiff's motion and Defendants' response. Docket Nos. 84, 85. No reply is necessary.

The motion to compel was filed on October 21, 2019. Docket No. 80. Pursuant to this Court's scheduling order, Plaintiff's response is due on October 25, 2019. Docket No. 22 at 2. Plaintiff asks the Court to extend the deadline for ten days, until November 4, 2019. *See* Docket No. 84. In support of the request, Plaintiff submits that her attorneys are not planning to work on October 25, 2019, as it is Nevada Day, that her attorneys spent yesterday reviewing discovery that was disclosed this month, and that her attorneys will be involved in her two-day deposition today and tomorrow. *Id*. at 2.

In response, Defendants submit that the documents Plaintiff references do not relate to the motion to compel, that Plaintiff's counsel has had time to response to the motion, and that her deposition will occur in two half-day sessions at Plaintiff's request, not full-day sessions. Docket No. 85 at 2-3. Defendants further submit that, in any event, Plaintiff has two attorneys representing

her and only one is necessary to defend the deposition, which means that the other could work on Plaintiff's response. *Id*. at 3.

The Court finds that Plaintiff has failed to demonstrate good cause for an extension. Accordingly, the Plaintiff's motion to extend, Docket No. 84, is **DENIED**. Plaintiff's response to Defendants' motion to compel Rule 35 examination must be filed no later than October 25, 2019.

IT IS SO ORDERED.

DATED: October 23, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE