# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SANDRA M. MEZA-PEREZ,

    Plaintiff

v.

SBARRO, LLC, et al.,

    Defendants

Case No.: 2:19-cv-00373-APG-NJK

**Order (1) Denying Appeal of Magistrate Judge's Order, (2) Denying Motions to Stay, and (3) Granting Extension of Response Deadline**

[ECF No. 105, 111, 112, 113]

    Plaintiff Sandra Meza-Perez filed an objection (ECF No. 309) to Magistrate Judge Koppe's order (ECF No. 97) granting in part the defendants' motion to compel (ECF No. 67). I have reviewed the related papers and find that Magistrate Judge Koppe's order is not clearly erroneous or contrary to law. LR IB 3-1(a). Accordingly, Magistrate Judge Koppe's order (ECF No. 97) is AFFIRMED and Meza-Perez's objection **(ECF No. 105) is denied**. Meza-Perez's motions to stay enforcement of Magistrate Judge Koppe's order and the deadlines in it **(ECF No. 112, 113) are denied as moot**. Meza-Perez's motion to extend the deadline for her response to the defendant's affidavit of fees and costs **(ECF No. 111) is granted**. Meza-Perez shall file her response to that affidavit by December 9, 2019.

    DATED this 5th day of December, 2019.

                                                               ANDREW P. GORDON
                                                               UNITED STATES DISTRICT JUDGE