LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com

*Attorneys for Melanie Hill and Hardeep Sull,
Plaintiff's Counsel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, and individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual, <br><br> Defendants. | CASE NO. 2:19-cv-373-APG-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY ON MOTION FOR SANCTIONS UNDER 28 U.S.C. §1927 AND THE COURT'S INHERENT POWERS BY DANA DORADO (DOCKET NO. 122)** |

The parties herein, by and through their attorneys of record, hereby stipulate and agree to the following:

1. On January 22, 2020, Mark. E. Ferrario, Esq. and Jason K. Hicks, Esq. of Greenberg Traurig, LLP, attorneys for Dana Dorado, ("Movant") filed a Motion for Sanctions against Melanie Hill and Hardeep Sull, as counsel for Plaintiff Sandra Meza-Perez, pursuant to 28 U.S.C. §1927 and the Court's inherent powers [ECF No. 122] ("Motion").

2. On February 2, 2020, Plaintiff Sandra M. Meza-Perez, Hardeep Sull, Esq. and Melanie Hill, Esq. filed a Motion for Extension of Time to File Response to Dismissed Defendant Dana Dorado's Motion for Sanctions Under 28 U.S.C. §1927 and the Court's Inherent Powers, First Request [ECF No. 124].

3. On February 3, 2020, the Honorable Judge Andrew P. Gordon granted the Motion to Extend Time, and allowed the Response to Motion for Sanctions due by March 6, 2020.

4. On March 6, 2020, Joseph P. Garin, Esq. of Lipson Neilson P.C., filed Notice of Limited Appearance to represent and defend Melanie Hill and Hardeep Sull in the said Motion and at any oral argument thereon that may be granted by the Honorable Court.

5. Given the forgoing, the parties herein agree to extend the deadline for Melanie Hill and Hardeep Sull to file their Opposition to the Motion up to **March 16, 2020.**

6. Thereafter, Movant shall have up to and until **March 31, 2020** within which to submit her Reply.

7. This stipulation is submitted based upon good cause, and is not made for the purpose of delay.

Dated this 6th day of March, 2020

GREENBERG TRAURIG, LLP

/s/ Jason K. Hicks

Mark E. Ferrario, Esq.
Jason K. Hicks, Esq.
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Dismissed Defendant Dana Dorado*

Dated 6th day of March, 2020

LIPSON NEILSON P.C.

/s/ Joseph P. Garin

Joseph P. Garin, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Melanie Hill and Hardeep Sull,
Plaintiff's Counsel*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 6, 2020.