PATRICK H. HICKS, ESQ., Bar # 04632
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811
Email: phicks@littler.com
          kstegall@littler.com

SANDRA KETNER, ESQ., Bar # 08527
LITTLER MENDELSON, P.C.
200 S. Virginia Street
8th Floor
Reno, NV 89501-1944
Telephone:    775.348.4888
Fax No.:       775.562.8110
Email: sketner@littler.com

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba
SBARRO PIZZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>          Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual , EFRAIN HERNANDEZ, an individual, and JESUS ALATORRE, an individual,<br><br>          Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>**STIPULATION FOR DISMISSAL OF CERTAIN CAUSES OF ACTION IN PLAINTIFF'S AMENDED COMPLAINT**<br><br><br>**ORDER** |

Plaintiff SANDRA M. MEZA-PEREZ, and Defendants SBARRO LLC dba SBARRO

PIZZA, SBARRO INC. dba SBARRO PIZZA, ZACHARY CEBALLES, AND EFRAIN

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

HERNANDEZ, hereby stipulate and agree as follows:

1.     The Seventeenth claim for relief of Plaintiff's Amended Complaint for Violation of Fair Labor Standards Act, 29 U.S.C. § 201 et seq. for Failure to Pay Wages in this matter be dismissed with prejudice;

2.     The Eighteenth claim for relief of Plaintiff's Amended Complaint for Violation of Fair Labor Standards Act, 29 U.S.C. § 201 et seq. for Failure to Pay Overtime Wages in this matter be dismissed with prejudice;

3.     The Nineteenth claim for relief of Plaintiff's Amended Complaint for Violation of NRS §§ 608.016 and 608.140 for Failure to Pay All Wages Due in this matter be dismissed with prejudice;

4.     The Twenty-First claim for relief of Plaintiff's Amended Complaint for Violation of NRS §§ 608.018 and 608140 for Failure to Pay Overtime Wages in this matter be dismissed with prejudice; and

5.     The parties agree that attorneys' fees are an available remedy under Plaintiff's remaining causes of action and that Plaintiff's prayer for attorney's fees remains to that extent.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

6.    The parties each stipulate and agree to bear their own costs and attorney's fees as to the causes of action dismissed herby.

Dated: April 1, 2020                                    Dated: April 1, 2020

/s/ John M. Samberg, Esq.                        /s/ Patrick H. Hicks, Esq.

HARDEEP SULL, ESQ.                             PATRICK H. HICKS, ESQ.
SULL & ASSOCIATES, PLLC                    KELSEY E. STEGALL, ESQ.
                                                             SANDRA KETNER, ESQ.
MELANIE A. HILL, ESQ.                          LITTLER MENDELSON, P.C.
MELANIE HILL LAW PLLC                      Attorneys for Defendants
                                                             SBARRO, LLC dba SBARRO PIZZA,
BRADLEY S. SHRAGER, ESQ.                 SBARRO, INC. dba SBARRO PIZZA
JOHN M. SAMBERG, ESQ.
JORDAN BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SHULMAN &
RABKIN, LLP

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: April 1, 2020

/s/ Patrick N. Chapin, Esq.

PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.
129 Cassia Way
Henderson, NV  89014
Tel: (702) 433-7295
Attorney for Defendants
ZACHARY CEBALLES and EFRAIN
HERNANDEZ

## ORDER

**Having reviewed the Stipulation of the parties, and GOOD CAUSE appearing therefor,**

**IT IS HEREBY SO ORDERED.**

Dated: April 1, 2020.

THE HONORABLE ANDREW P. GORDON
UNITED STATES JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.