1
2
3
4
5
6

LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com

*Attorneys for Melanie Hill and Hardeep Sull,
Plaintiff's Counsel*

7
8

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO LLC dba SBARRO PIZZA, aforeign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, and individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-373-APG-NJK<br><br><br>**STIPULATION AND ORDER TO EXTEND TIME (3rd REQUEST) TO FILE OPPOSITION AND REPLY ON MOTION FOR SANCTIONS UNDER 28 U.S.C. §1927 AND THE COURT'S INHERENT POWERS BY DANA DORADO (DOCKET NO. 122)** |

18
19
20
21
22
23
24
25
26
27
28

The parties herein, by and through their attorneys of record, hereby stipulate and agree to the following:

1.     On January 22, 2020, Mark. E. Ferrario, Esq. and Jason K. Hicks, Esq. of Greenberg Traurig, LLP, attorneys for Dana Dorado, ("Movant") filed a Motion for Sanctions against Melanie Hill and Hardeep Sull, as counsel for Plaintiff Sandra Meza-Perez, pursuant to 28 U.S.C. §1927 and the Court's inherent powers [ECF No. 122] ("Motion").

2.     On February 2, 2020, Plaintiff Sandra M. Meza-Perez, Hardeep Sull, Esq. and Melanie Hill, Esq. filed a Motion for Extension of Time to File Response to Dismissed Defendant Dana Dorado's Motion for Sanctions Under 28 U.S.C. §1927 and the Court's Inherent Powers, First Request [ECF No. 124].

*(left margin, vertical)* **Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

3.     On February 3, 2020, the Honorable Judge Andrew P. Gordon granted the Motion to Extend Time, and allowed the Response to Motion for Sanctions due by March 6, 2020.

4.     On March 6, 2020, Joseph P. Garin, Esq. of Lipson Neilson P.C., filed Notice of Limited Appearance to represent and defend Melanie Hill and Hardeep Sull in the said Motion and at any oral argument thereon that may be granted by the Honorable Court.

5.     On March 6, 2020, this Court permitted a second extension to respond to the Motion for Sanctions (ECF No. 130).

6.     This stipulation is being entered into based on the representations contained in the motion (ECF No. 135) and to accommodate the schedules of counsel for the parties due to general disruptions arising from COVID19 emergency otherwise accommodate the schedules of counsel for the parties.

7.     Given the forgoing, the parties herein agree to extend the deadline for Melanie Hill and Hardeep Sull to file their Opposition to the Motion up to **April 13, 2020.**

8.     Thereafter, Movant shall have up to and until **May 11, 2020** within which to submit her Reply.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

9.    This stipulation is submitted based upon good cause, and is not made for the purpose of delay.

Dated this 27th day of March, 2020

GREENBERG TRAURIG, LLP

*/s/ Jason K. Hicks*
_____

Mark E. Ferrario, Esq.
Jason K. Hicks, Esq.
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Dismissed Defendant*
*Dana Dorado*

Dated 27th day of March, 2020

LIPSON NEILSON P.C.

*/s/ Joseph P. Garin*
_____

Joseph P. Garin, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Melanie Hill*
*and Hardeep Sull,*
*Plaintiff's Counsel*

## ORDER

IT IS SO ORDERED.

Dated: April 16, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE