# EXHIBIT "M"

Police Report

Police Report

# EXHIBIT "M"



Las Vegas Metropolitan Police Department
400 S. Martin Luther King Blvd.
Las Vegas, NV 89106

Case Report No.: LLV170419001683

## Administrative

| | | | |
|---|---|---|---|
| Location | 3770 S LAS VEGAS BLVD   Las Vegas, NV 89109 | | Sector /Beat   M3 |
| Occurred On (Date / Time) | Friday 7/15/2016 12:00:00 AM | Or Between (Date / Time) | Saturday 12/31/2016 12:00:00 AM |
| Reporting Officer | 15706 - Propp, A | Reported On | 4/19/2017 |
| Entered By | 15706 - Propp, A | Entered On | 4/19/2017 11:43:49 AM |
| Related Cases | | Jurisdiction | Clark County |

Traffic Report     Place Type     Accident Involved

**Offenses:**

**Sex Assault(F)-NRS 200.366.2B**
Completed **Yes**   Domestic Violence **No**   Hate/Bias **Unknown (Offenders Motivation Not Known)**
Entry     Premises Entered     Type Security     Tools
Weapons **None**       Location Type **Restaurant**
Criminal Activities

**Extortion(F)-NRS 205.32**
Completed **Yes**   Domestic Violence **No**   Hate/Bias
Entry     Premises Entered     Type Security     Tools
Weapons       Location Type **Restaurant**
Criminal Activities

**Victims:**

**Name: Meza, Sandra Perez**

| | | | | | |
|---|---|---|---|---|---|
| Victim Type | **Individual** | Written Statement | **Yes** | Can ID Suspect | **Yes** |
| Victim of | 50095 - Sex Assault(F)-NRS 200.366.2B | | | | |
| | 50619 - Extortion(F)-NRS 205.32 | | | | |
| DOB | | Age | Sex **Female** | Race **White** | Ethnicity **Hispanic or Latino** |
| Height | **5' 0"** | Weight **130** | Hair Color **Black** | | Eye Color **Brown** |
| Employer/School | **Sbarro Pizza** | | | | |
| Occupation/Grade | **Cook** | | Work Schedule | | |
| Injury | **None Observed** | | Injury Weapons **None** | | |

**Addresses**
Residence                                 United States
**Phones**
Home/Residence

The Use and Dissemination of this Record is Regulated by Law. Secondary Dissemination of any kind is Prohibited and could subject the offender to Criminal and Civil Liability.
This Information Released To: Insurance/Attorney/Other
Sandra Perez-Meza
By: ASToup  Date: 4-19-17
Las Vegas Metro Police Dept.

**Offender Relationships**
S - Ceballes, Zachary       Victim Was Employer
S - Hernandez, Efrain       Victim Was Employee
S - Alatorre, Jesus         Victim Was Employee
Notes:

**Suspects:**

**Name: Ceballes, Zachary**
Alias:

| | | | | | |
|---|---|---|---|---|---|
| Scope ID | | DOB | Age | Race **Unknown** | Ethnicity **Hispanic or Latino** |
| Sex **Male** | Height **5' 6"** | Weight **250** | Hair Color **Bald** | Eye Color **Brown** | |
| Employer/School | **Sbarro Pizza** | | Occupation/Grade **Manager** | | |

**Addresses**
Business       3770 S Las Vegas Blvd  Las Vegas, NV  89109  United States
**Phones**
Business/Work  (702) 967-4111
Notes:

Name: <u>Hernandez, Efrain</u>
Alias:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Scope ID | DOB | | Age | Race **Unknown** | Ethnicity | Hispanic or Latino |
| Sex **Male** | Height **6' 0"** | Weight **200** | Hair Color **Brown** | Eye Color | | |
| Employer/School **Sbarro Pizza** | | | Occupation/Grade **Cook** | | | |

**Addresses**
Business          3770 S Las Vegas Blvd  Las Vegas, NV  89109  United States
**Phones**
Home/Residence   (702) 967-4111
Notes:

Name: <u>Alatorre, Jesus</u>
Alias:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Scope ID | DOB | | Age | Race **Unknown** | Ethnicity | Hispanic or Latino |
| Sex **Male** | Height **5' 3"** | Weight **150** | Hair Color **Brown** | Eye Color | | |
| Employer/School **Sbarro Pizza** | | | Occupation/Grade **Cashier** | | | |

**Addresses**
Business          3770 S Las Vegas Blvd  Las Vegas, NV  89109  United States
**Phones**
Business/Work   (702) 967-4111
Notes:

## Narrative

On 04-19-17 at 1208 hours, Perez Meza, Sandra came into LVMPD HQ to report the following:

On 04-13-16, Perez Meza states that she started working at Sbarro Pizza located at 3770 S Las Vegas Blvd. Las Vegas, NV 89109. Perez Meza states that one of her coworkers, Alatorre, Jesus started grabbing her and grind his genitals on her. Perez Meza states that he has chased her into the cooler on multiple occasions and has tried to grab her vagina. Perez Meza states that at one point, Alatorre exposed his penis to her and asked her to expose her vagina. Perez Meza states that she told him no and ran out of the cooler.

Perez Meza states that she told her manager, Ceballes, Zachary about the issue with Alatorre. Perez Meza states that at that point she started getting treated differently at work and no action was taken againt Alatorre and he continued to touch her inappropriately.

On 07-15-16 at approximately 1700 hours, Perez Meza states that Ceballes had pulled her into the cooler and told her that because he had given her and her family jobs, she owed him and needed to repay him. Perez Meza states that Ceballes began to touch her and lifted up her shirt and started to touch and suck her breasts. Perez Meza states that Ceballes turned her around and began to have sex with her and penetrated her with his penis. Perez Meza states that she didn't want to have sex with him but complied in fear of losing her job and source of income.

Perez Meza states that Ceballes would pull her into the cooler at least once a week up to have sex with her and Perez Meza states that she complied each time because she didn't want to lose her job and she didn't want her family to lose theirs. Perez Meza states that Ceballes has also penetrated her with his fingers. Perez Meza states that while she was on her period, Ceballes forced her to perform oral on him. Perez Meza states that when Ceballes pulls her into the cooler he brings a blue towel so that when he finishes and ejaculates, he cleans her up as well as himself. Perez Meza states that Ceballes keeps condoms in the cooler.

Perez Meza states that her shifts started changing so she would always be scheduled with Ceballes. Perez Meza states that Ceballes is who creates the schedules.

Perez Meza states that approximately in September of 2015 another coworker, Hernandez, Efrain started to grab her hand and put it on his penis. Perez Meza states that Hernandez would follow the same pattern as Alatorre and would chase her into the cooler to try to touch her inappropriately. Perez Meza states that she believes Hernandez started doing this after he saw Ceballes pulling her into the cooler. Perez Meza states that Hernandez would say very disgusting things to her that she does not want to repeat.

Perez Meza states that in November of 2016, Ceballes pulled her into the cooler and stuck a beer bottle up her butt. Perez Meza states that this happened on two separate occasions.

Perez Meza states that in December of 2016, she told Ceballes that she will no longer comply with his demands and was worried about him taking advantage of her sister-in-law.

Perez Meza states that this happens with other employees as well and that some have ended up pregnant and later terminating the pregnancies. Perez Meza states that Ceballes did impregnate an employee by the name of Romera, Anna who Perez Meza states is being paid by Ceballes.

Perez Meza states that there are cameras in the facility but that they are covered up prior to these incidents so nothing has been caught on camera as far as she knows.

Perez Meza states that she never wanted to have sex or to be touched by Alatorre, Hernandez, or Ceballes and that she only complied in fear of losing her job. Perez Meza states that that she has since transferred to a new location approximately in January of 2017. Perez Meza states that she has had no contact with Alatorre, Hernandez, or Ceballes since she transferred to her new location.

# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT
"PRINT"

FYI

Event # 170419-1683

**THIS PORTION TO BE COMPLETED BY OFFICER**

| Specific Crime | Date Occurred | Time Occurred |
|---|---|---|
| Sexual Assault | 07-15-16 | |

| Location of Occurrence | Sector/Beat | City | County |
|---|---|---|---|
| Sbarro Pizza 3770 S Las Vegas Blvd | M3 | ☐ | ☒ |

Your Name (Last / First / Middle): Perez Meza Sandra

| Race | Sex | Height | Weight | Hair | Eyes | Work Schdl. (Hours) | Days Off | Business / School |
|---|---|---|---|---|---|---|---|---|
| H | F | 500 | 130 | | | | | |

Business (Local) Address: Monte Carlo casino, Las Vegas NV

Best place to contact you during the day: day time

Can you identify the Suspect? ☒ Yes ☐ No

**DETAILS:**

empeze a trabajar para el señor Zachary Ceballes el 13 de abril 2016 despues de dos ó tres meses me digo que alguien le tenia que pagar el favor de que nos abia contratado a mi hija, hermana y mis dos cuñadas mi sobrino David y mi yerno Joshua me empezo a meter al refrigerador para tener sexo con migo una vez o dos veces por semana y cuando tenia mi periodo me pedia que tenia que hacerle sexo oral no solo era el tambien a la torre Jesus me llego por atras muchas veces cuando yo estaba trabajando me agarro mis senos y los apachurro me enseñaba sus partes privadas cuando me veian que iba a agarrar algo del refrigerador corrian y me pedian que les enseñara mis pechos o mis genitales siempre salia corriendo otro de sus trabajadores Efrain Hernandez asia lo mismo pero el me insultaba diciendome que parecia una puta barata y asi era cada vez que trabajaba con ellos la primera vez que Zach tuvo sexo con migo el me mando a limpiar el refrigerador despues el entro empezo a tocarme levanto mi blusa y empezo a succionar mi pecho asta que me penetro y asi pasa esta Diciembre del 2016 que me mando aora tienda

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) 400 S MLK BLVD

ON THE 19 DAY OF Apr, 2017 AT 1121 ☒ A.M. ☐ P.M.

Witness/Officer: (signature)
Witness/Officer (PRINTED): A. PROPP  P# 15706

X Sandra Perez Meza (SIGNATURE OF PERSON GIVING STATEMENT)

For Official Use Only — The Use and Dissemination of this Record is Regulated by Law. Secondary Dissemination of any kind is Prohibited and could subject the offender to Criminal and Civil Liability. This Information Released To: Insurance/Attorney/Other — Sandra Perez Meza By: A15706P Date: 4-19-17 Las Vegas Metro Police Dept.

LVMPD 85 (Rev. 8/11) WORD 2010

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**CONTINUATION**

Event #: 170419-1683

siempre me amenazaba que si jugaba con el dinero de su familia me mataria que yo no lo conosia un dia me apreto muy fuerte el hombro que me lo lastimo tanto que no fui a trabajar un dia por tanto dolor que sentia o hubo otra ocacion que me agarro por de atras y me agarro de cuello asta tirarme al sielo diciendome que el me podia hacer daño siempre trataba de tener mucho cuidado que nadie lo viera para que yo no tuviera testigos me decia que si decia algo nadie me iva a creer por que el estaba haciendo mucho dinero para la compañia y a ellos no les importaba nada de mi y no les interesaba escucharmi a ellos solo les interesaba las ventas todos los dias que trabajaba con el me decia cosas de burlaba de mi hijo que es guey me hacia sentir mal disiendome y burladose de lo que mi esposo le hizo a mis hijos me hacia llorar y me humillaba mucho trataba de intimidarme con otros trabajadores o con miembros de familia de sus trabajadores como el primo de jesus que era un traficante de drogas porque el primo de jesus le trai cristal a Zach y muchas veces el se drogo enfrente de mi y siempre queria que yo usara drogas con el, asta el dia que empeze a pelear mas para que el no me metiera al refrigerador y cuando no lo hacia se veia reflejado en mis horas por que me mandaba a la casa temprano o tambien cuando trai otras mujeres para tener sexo con ellas en el refrigerador fueron mas de dos que yo mire cuando entraban al refrigerador me acuerdo sentirme muy deprimida y muy enojada siempre trataba de humillarme enfrente de los demas diciendome que no le gustaba el chocolate que le gustaba mas el bisquet por que yo soy morena y la mama de su ultimo bebe el blanca se me hacia que hacia comentarios racista se burlaba de que mi hijo es guey y siempre me preguntaba delante de la gente que cuantos hijos tenia yo lloraba tanto por que me dolia que despues que me husaba ablaba mal de mi y tambien a mi no me dava horas extras me decia que nadie queria trabajar conmigo y asi me ponia trabajar mas que a los demas y decia que era para enseñarles a los demas que se asiera lo que el decia y queria asi siguio pasando el abuso asta que le pedi que me mandara a ballys y me dijo que no podia asta que me mando el ballys casino que me discriminan mas pero en ballys no me acosan sexualmente solo laboralmente y el mal trato me dio la fuerza de poder llegar asta aqui y aser lo correcto y parar a este hombre por su abuso y espero que asi sea yo no quiero que nadie pase por mi experiensia tan avergonzante y humillante y dolosa tambien que se entere mi familia lo que zachary me hacia

Page 2       X Sandra Pérez Meza

PEREZ 000061