# EXHIBIT "P"

Ceballes and Hernandez
Personnel Documents

Ceballes and Hernandez
Personnel Documents

# EXHIBIT "P"

# SBARRO
# NEW HIRE AUTHORIZATION FORM

**For Payroll Use Only:**
Employee # 213551

10/8 - manually entered

**Please check one:**

o Baja Grill   o Boulder Creek   o Carmela's   o Corporate   o Fine Dining   o Mama Sbarro   o Sbarro   o Sbarro Express

## Personal Information

**Name:**
Last: Ceballes    First: Zachary    Middle: F

Address: [redacted]    Henderson    State: NV    Zip Code: 89052

Telephone: [redacted]

SS#: [redacted]

Date of Birth: [redacted]

Marital Status:   o Single   X Married

Ethnicity:   o White   o Black   X Hispanic   o American Indian   o Asian

Sex:   o Female   X Male

## Employment Information

X New Hire   o Rehire    Hire Date: 10 / 6 / 08    Last Hire Date: ___/___/___

Position/Title: Co-Manager

Store #/Location: 740 Monte Carlo

Status: F/T ___  P/T ___  Seasonal ___  Temp ___

CIC Validation #: ___

o Exempt   Salary $ ___

X Nonexempt   Rate of Pay $ 13.52 per hour

(For Managers Only) Standard Hours Per Week: ___

Recruiting Source:   o Newspaper Ad   o Agency   o Walk-in   o Referral

## Education

**Name of School**

High School: N.A. Chaderjian High School    Graduated: ___

College: ___    Graduated/Degree: ___

Other: ___    Graduated/Degree: ___

## In Case of Emergency...

**Please Contact:**

Name: [redacted]    Relationship: Wife

Telephone: Day ( [redacted]    Evening: [redacted]

## Management Approval (GM or above)

My signature below acknowledges that I am authorized to hire the employee listed above and have reviewed the documentation for this employee.

Print: Steve Stock    Signature: [signature]    Date: 10/6/08

December 2005    Attachment A

# Form W-4 (2008)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Consider completing a new Form W-4 each year and when your personal or financial situation changes.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2008 expires February 16, 2009. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $900 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the **Personal Allowances Worksheet** below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See Pub. 501, Exemptions, Standard Deduction, and Filing Information, for information.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the **Personal Allowances Worksheet** below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners or multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others. See Pub. 919 for details.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2008. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

---

**Personal Allowances Worksheet** (Keep for your records.)

A Enter "1" for **yourself** if no one else can claim you as a dependent . . . . . . . . . . . A ____

B Enter "1" if: { • You are single and have only one job; or
• You are married, have only one job, and your spouse does not work; or
• Your wages from a second job or your spouse's wages (or the total of both) are $1,500 or less. } . . B ____

C Enter "1" for your **spouse**. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . C ____

D Enter number of **dependents** (other than your spouse or yourself) you will claim on your tax return . . . . D ____

E Enter "1" if you will file as **head of household** on your tax return (see conditions under Head of household above) . E ____

F Enter "1" if you have at least $1,500 of **child or dependent care expenses** for which you plan to claim a credit . . F ____
(**Note.** Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G **Child Tax Credit** (including additional child tax credit). See Pub. 972, Child Tax Credit, for more information.
• If your total income will be less than $58,000 ($86,000 if married), enter "2" for each eligible child.
• If your total income will be between $58,000 and $84,000 ($86,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have 4 or more eligible children. . . . . . . . . . . . G ____

H Add lines A through G and enter total here. (**Note.** This may be different from the number of exemptions you claim on your tax return.) ▶ H ____

For accuracy, complete all worksheets that apply. {
• If you plan to **itemize or claim adjustments to income** and want to reduce your withholding, see the **Deductions and Adjustments Worksheet** on page 2.
• If you have **more than one job or are married and you and your spouse both work** and the combined earnings from all jobs exceed $40,000 ($25,000 if married), see the **Two-Earners/Multiple Jobs Worksheet** on page 2 to avoid having too little tax withheld.
• If **neither** of the above situations applies, **stop here** and enter the number from line H on line 5 of Form W-4 below.
}

- - - - - - - - - - - - - - - - Cut here and give Form W-4 to your employer. Keep the top part for your records. - - - - - - - - - - - - - - - -

Form **W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2008**

1 Type or print your first name and middle initial: Zachary  F     Last name: Ceballes

3 ☐ Single ☒ Married ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

4 If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2): 0

6 Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . 6 $

7 I claim exemption from withholding for 2008, and I certify that I meet both of the following conditions for exemption.
• Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
• This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.
If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . ▶ 7

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Form is not valid unless you sign it.) ▶ [signature]     Date ▶ 10-6-08

8 Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.)  | 9 Office code (optional) | 10 Employer identification number (EIN)

For Privacy Act and Paperwork Reduction Act Notice, see page 2.      Cat. No. 10220Q      Form **W-4** (2008)



## CONFIRMATION OF POLICIES

By signing below, I confirm that I have received and read the following:

- Restaurant Employees' Guide to Human Resource Policies, Rules & Guidelines
- Cash Control Policy
- Policy Prohibiting Harassment

I understand the policies listed above and have had the opportunity to discuss any questions with my supervisor. I also understand that failure to comply with Sbarro policies, rules and guidelines may result in corrective action up to and including immediate termination of employment.

I understand that the "Restaurant Employees' Guide to Human Resource Policies, Rules & Guidelines" is for my information only and does not constitute an expressed or implied contract or a guarantee of continued employment with Sbarro. I acknowledge that my employment with Sbarro is at-will.

_Zachary Ceballos_
Print Name

_[signature]_
Signature

_Monte Carlo_
Store #/Location

_[redacted]_
Social Security Number

_10-6-08_
Date

Once completed, this form is to be given to your Manager, who then must e-mail it to the Payroll Department in Melville, NY.



# Application for Employment

*An Equal Opportunity Employer·

## PERSONAL DATA

**Last Name:** Ceballes
**First:** Zachary
**Middle Initial:** F

**Home Address**
Street: [redacted]
City: Henderson  NJ  89052

**Permanent Address** (leave blank if same as home address)
Street:
City:    State:    ZIP:

**Telephone Number:** [redacted]
**Telephone Number:** ( )

## EMPLOYMENT INFORMATION

**Position(s) Applied For:** Manager
**Salary Desired:** $ ___ Per ___

**Social Security #:** [redacted]

Are you 18 years of age or over?  ☒ Yes  o No
If not, what is your age? ___
You must provide proof of your eligibility to work.

Are you legally authorized to work in the United States?  ☒ Yes  o No

Have you ever been employed by o or previously applied to o The Company or any of its subsidiaries? If so, please check appropriate box and specify location(s) and date(s).

How were your referred to the Company?  Career Builder.com

Can you carry 50 pounds a distance of 50 feet with or without a reasonable accommodation?  ☒ Yes  o No

The following conditions may be required as part of a job assignment. If required, would you be willing to work:

A. Shift work?  ☒ Yes  o No     B. Rotational work schedule?  ☒ Yes  o No
C. Work schedule other than Monday thru Friday? ☒ Yes  o No    D. Overtime work  ☒ Yes  o No

When could you be available to begin work?  ASAP

Type of employment desired:  ☒ Regular  o Part-Time  o Temporary  o Summer  o Cooperative Education

## EDUCATION AND TRAINING

| Type of School | Name & Address of School | Graduated Yes / No | Type of Degree Diploma or Certificate | Major/Minor Field of Study |
|---|---|---|---|---|
| High School | N.A. Chaderjiian High School, Stockton, Calif. | ✓ | | |
| College or University | | | | |
| Other Education | | | | |

CONFIDENTIAL

## SECURITY DATA

Have you ever been convicted of a felony?    o Yes    ☒ No

If yes, please briefly describe the circumstances of your conviction, indicating the date, nature, and place of the offense and disposition of the case. A conviction will not necessarily disqualify an applicant from employment since this will be looked upon as only one of the factors considered in the employment decision and is evaluated in terms of the nature, severity, and date of the offense.

## EMPLOYMENT EXPERIENCE

Please list your last four employers. Start with your present status and note any periods in which you were not employed. Include U.S. military service, previous the Company experience, summer/part-time jobs, and cooperative education assignments.

| Company Name and Address | Dates Employed From / To | Base Rate of Pay Starting / Final | Position Title and Description of Duties | Reason for Leaving |
|---|---|---|---|---|
| El Pollo Loco 2401 S. Decatur Las Vegas NV 89102 | 7/06 — 9/08 | | General Manager oversee day to day operations | No chance for advancement |
| Golden Corral Kennesaw Georgia Telephone ( ) | 7/04 — 6/05 | | Kitchen Manager produce + grocery order prepare production sheet | Relocated back to California |
| El Pollo Loca 3250 Wilson Ave LA Telephone ( ) | 6/01 — 5/04 | | General Manager | Relocated to Las Vegas |
| Telephone ( ) | From — To | | | |

Do you have any objections to our contacting your present employer to verify the above?    ☒ No, you may contact anytime.
o Do not contact now, you may contact at a later date. Please specify: o contact after acceptance of offer   o Other _____

## PLEASE READ THE FOLLOWING STATEMENTS CAREFULLY

1. The information that I have provided on this application is accurate to the best of my knowledge and subject to verification by the Company.
2. I authorize the persons, schools, current employer (if approved by me in Employment Experience section) and other organizations or employers named in this application to provide the Company with any relevant information or school transcript information that may be required to make an employment decision.
3. I understand and agree that:
   a. Any misrepresentation or omission of a fact in my application may be justification for refusal of, or if employed, termination from employment.
   b. Although management makes every effort to accommodate individual preferences, business needs may at times make the following conditions mandatory: overtime, shift work, a rotating work schedule, or a work schedule other than Monday through Friday. I understand and accept these conditions of my continuing employment.
   c. If my application for employment is accepted, the effective date of my employment shall be the time I actually begin to work. If I am employed, I agree to comply with, and be bound by, the safety and health rules and regulations, and rules of conduct of the Company together with the obligations set forth in the Company's Non-Compete /Non-Disclosure Agreement, if applicable.
   d. I understand that nothing contained in this application, or in granting an interview is intended to create a contract for either employment or the providing of any benefit. If employed by the Company, I understand that my employment is at will, and is not guaranteed for any term; my employment may be terminated by the Company or myself at any time, or for any reason with or without cause or notice. Only the Chief Executive Officer of the Company is authorized to make a promise of continuing employment or employment for a specified term and any such agreement may be made only in writing and cannot be made orally.

Signature of Applicant: _[signed]_

Date: 10-6-08

This application Will Receive Active Consideration for Thirty Days.
*The Company does not discriminate in hiring or employment on the basis of race, color, religion, national origin, sex, age, disability or veteran status. No question on this application is intended to secure information to be used for such discrimination.

CONFIDENTIAL

SBARRO000576

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

740 @

OMB No. 1615-0047; Expires 06/30/09
**Form I-9, Employment Eligibility Verification**

Please read instructions carefully before completing this form. The instructions must be available during completion of this form.

**ANTI-DISCRIMINATION NOTICE:** It is illegal to discriminate against work eligible individuals. Employers CANNOT specify which document(s) they will accept from an employee. The refusal to hire an individual because the documents have a future expiration date may also constitute illegal discrimination.

**Section 1. Employee Information and Verification.** To be completed and signed by employee at the time employment begins.

Print Name: Last: Ceballos  First: Zachary  Middle Initial: F  Maiden Name:

Address: [redacted]  Apt. #:  Date of Birth (month/day/year): [redacted]

City: Henderson  State: NV  Zip Code: 89052

I am aware that federal law provides for imprisonment and/or fines for false statements or use of false documents in connection with the completion of this form.

I attest, under penalty of perjury, that I am (check one of the following):
[X] A citizen or national of the United States
[ ] A lawful permanent resident (Alien #) A
[ ] An alien authorized to work until
(Alien # or Admission #)

Employee's Signature: [signed]
Date (month/day/year): 10-6-08

**Preparer and/or Translator Certification.** (To be completed and signed if Section 1 is prepared by a person other than the employee.) I attest, under penalty of perjury, that I have assisted in the completion of this form and that to the best of my knowledge the information is true and correct.

Preparer's/Translator's Signature:  Print Name:
Address (Street Name and Number, City, State, Zip Code):
Date (month/day/year):

**Section 2. Employer Review and Verification.** To be completed and signed by employer. Examine one document from List A OR examine one document from List B and one from List C, as listed on the reverse of this form, and record the title, number and expiration date, if any, of the document(s).

| | List A | OR | List B | AND | List C |
|---|---|---|---|---|---|
| Document title: | | | Nevada DL | | Social Sec Card |
| Issuing authority: | | | DMV | | Federal Sec Admin |
| Document #: | | | [redacted] | | [redacted] |
| Expiration Date (if any): | | | | | |
| Document #: | | | | | |
| Expiration Date (if any): | | | | | |

**CERTIFICATION** - I attest, under penalty of perjury, that I have examined the document(s) presented by the above-named employee, that the above-listed document(s) appear to be genuine and to relate to the employee named, that the employee began employment on (month/day/year) 10-6-08 and that to the best of my knowledge the employee is eligible to work in the United States. (State employment agencies may omit the date the employee began employment.)

Signature of Employer or Authorized Representative: [signed]  Print Name: Steve Stock  Title: General Manager

Business or Organization Name and Address (Street Name and Number, City, State, Zip Code): SBARRO 3770 S. LV Blvd, LV NV 89109

Date (month/day/year): 10-6-08

**Section 3. Updating and Reverification.** To be completed and signed by employer.

A. New Name (if applicable):  B. Date of Rehire (month/day/year) (if applicable):

C. If employee's previous grant of work authorization has expired, provide the information below for the document that establishes current employment eligibility.

Document Title:  Document #:  Expiration Date (if any):

I attest, under penalty of perjury, that to the best of my knowledge, this employee is eligible to work in the United States, and if the employee presented document(s), the document(s) I have examined appear to be genuine and to relate to the individual.

Signature of Employer or Authorized Representative:  Date (month/day/year):

Form I-9 (Rev. 06/05/07) N



# Application for Employment

*An Equal Opportunity Employer

## PERSONAL DATA

**Last Name:** HERNANDEZ
**First:** EFRAIN
**Middle Initial:** M.

**Home Address:** [redacted]
**Permanent Address** (leave blank if same as home address)
**Street:**

**City:** Las Vegas  **State:** NV  **ZIP:** 88109
**City:**  **State:**  **ZIP:**

**Telephone Number:** [redacted]
**Telephone Number:** (   )

## EMPLOYMENT INFORMATION

**Position(s) Applied For:** PIZZA MAKER
**Salary Desired:** $ OPEN Per _____

**Social Security #:** [redacted]

**Are you 18 years of age or over?** ☒ Yes  ☐ No
If not, what is your age? _____
You must provide proof of your eligibility to work.

**Are you legally authorized to work in the United States?** ☒ Yes  ☐ No

Have you ever been employed by ☐ or previously applied to ☐ The Company or any of its subsidiaries? If so, please check appropriate box and specify location(s) and date(s).
NO

How were your referred to the Company? WALK-IN

Can you carry 50 pounds a distance of 50 feet with or without a reasonable accommodation? ☒ Yes  ☐ No

The following conditions may be required as part of a job assignment. If required, would you be willing to work:

A. Shift work? ☒ Yes ☐ No     B. Rotational work schedule? ☒ Yes ☐ No
C. Work schedule other than Monday thru Friday? ☒ Yes ☐ No     D. Overtime work ☒ Yes ☐ No

When could you be available to begin work? _____

Type of employment desired: ☐ Regular  ☒ Part-Time  ☐ Temporary  ☐ Summer  ☐ Cooperative Education

## EDUCATION AND TRAINING

| Type of School | Name & Address of School | Graduated Yes | Graduated No | Type of Degree Diploma or Certificate | Major/Minor Field of Study |
|---|---|---|---|---|---|
| High School | MEXICO CITY | | | | |
| College or University | | | | | |
| Other Education | | | | | |

SBARRO002263



# Application for Employment
*An Equal Opportunity Employer

## PERSONAL DATA

| Last Name | First | Middle Initial |
|---|---|---|
| HERNANDEZ | EFRAIN | M. |

**Home Address**

| City | State | ZIP |
|---|---|---|
| Las Vegas | NV | 88100 |

**Telephone Number**

**Permanent Address** (leave blank if same as home address)
Street

| City | State | ZIP |
|---|---|---|

**Telephone Number**
( )

## EMPLOYMENT INFORMATION

**Position(s) Applied For:** PIZZA MAKER

**Salary Desired:** $ OPEN Per

Are you 18 years of age or over? ☑ Yes ☐ No
If not, what is your age? ____
You must provide proof of your eligibility to work.

**Social Security #**

Are you legally authorized to work in the United States? ☑ Yes ☐ No

Have you ever been employed by ☐ or previously applied to ☐ The Company or any of its subsidiaries? If so, please check appropriate box and specify location(s) and date(s).
NO

How were your referred to the Company? WALK-IN

Can you carry 50 pounds a distance of 50 feet with or without a reasonable accommodation? ☐ Yes ☐ No

The following conditions may be required as part of a job assignment. If required, would you be willing to work:

A. Shift work?  ☑ Yes  ☐ No     B. Rotational work schedule?  ☑ Yes  ☐ No
C. Work schedule other than Monday thru Friday?  ☑ Yes  ☐ No     D. Overtime work  ☑ Yes  ☐ No

When could you be available to begin work? ____

Type of employment desired:  ☐ Regular  ☑ Part-Time  ☐ Temporary  ☐ Summer  ☐ Cooperative Education

## EDUCATION AND TRAINING

| Type of School | Name & Address of School | Graduated Yes / No | Type of Degree Diploma or Certificate | Major/Minor Field of Study |
|---|---|---|---|---|
| High School | MEXICO CITY | | | |
| College or University | | | | |
| Other Education | | | | |

SBARRO002264

Store Name: _____   Store #: _____   Position: _____

# Form W-4 (1999)

**Purpose.** Complete Form W-4 so your employer can withhold the correct Federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7, and sign the form to validate it. Your exemption for 1999 expires February 16, 2000.

*Note: You cannot claim exemption from withholding if (1) your income exceeds $700 and includes more than $250 of unearned income (e.g., interest and dividends) and (2) another person can claim you as a dependent on their tax return.*

**Basic Instructions.** If you are not exempt, complete the Personal Allowances Worksheet. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, adjustments to income, or two-earner/two-job situations. Complete all worksheets that apply. They will help you figure the number of withholding allowances you are entitled to claim. However, you may claim fewer allowances.

**Child tax and higher education credits.** For details on adjusting withholding for these and other credits, see Pub. 919, Is My Withholding Correct for 1999?

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals. See line E below.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, you should consider making estimated tax payments using Form 1040-ES. Otherwise, you may owe additional tax.

**Two earners/two jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding will usually be most accurate when all allowances are claimed on the Form W-4 prepared for the highest paying job and zero allowances are claimed for the others.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your estimated total annual tax. Get Pub. 919 especially if you used the Two-Earner/Two-Job Worksheet and your earnings exceed $150,000 (Single) or $200,000 (Married).

**Recent name change?** If your name on line 1 differs from that shown on your social security card, call 1-800-772-1213 for a new social security card.

## Personal Allowances Worksheet

A Enter "1" for yourself if no one else can claim you as a dependent . . . . . . A ___

B Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.   B ___

C Enter "1" for your spouse. But, you may choose to enter -0- if your are married and have either a working spouse or more than one job. (This may help you avoid having too little tax withheld.) . . . . . . C ___

D Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . . . D ___

E Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . . E ___

F Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . . . F ___

G **Child Tax Credit:**
- If your total income will be between $20,000 and $50,000 ($23,000 and $63,000 if married), enter "1" for each eligible child.
- If your total income will be between $50,000 and $80,000 ($63,000 and $115,000 if married), enter "1" if you have two eligible children, enter "2" if you have three or four eligible children, or enter "3" if you have five or more eligible children. . . G ___

H Add lines A through G and enter total here. Note: This amount may be different from the number of exemptions you claim on your return. ▶ H **0**

**For accuracy, complete all worksheets that apply.**
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you are single, have more than one job and your combined earnings from all jobs exceed $32,000, OR if you are married and have a working spouse or more than one job and the combined earnings from all jobs exceed $55,000, see the Two-Earner/Two-Job Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

......... Cut here and give the certificate to your employer. Keep the top part for your records. .........

---

**Form W-4**
Department of the Treasury
Internal Revenue Service

## Employee's Withholding Allowance Certificate

▶ For Privacy Act and Paperwork Reduction Act Notice, see page 2.

OMB No. 1545-0010

**1999**

1 Type or print your first name and middle initial: **Erasmo M**    Last name: **Moreno Hernandez**

3 ☐ Single  ☐ Married  ☐ Married, but withhold at higher Single rate
*Note: If married, but legally separated, or spouse is a nonresident alien, check the Single box.*

Home address: _____
City or town, state, and ZIP code: **Las Vegas  NV  89169**

4 If your last name differs from that on your social security card, check here. You must call 1-800-772-1213 for a new card . . . ▶ ☐

5 Total number of allowances you are claiming (from line H above or from the worksheets on page 2 if they apply) . . . 5 **5**

6 Additional amount, if any, you want withheld from each paycheck . . . . . . 6 $ ___

7 I claim exemption from withholding for 1999, and I certify that I meet BOTH of the following conditions for exemption:
- Last year I had a right to a refund of ALL Federal income tax withheld because I had NO tax liability AND
- This year I expect a refund of ALL Federal income tax withheld because I expect to have NO tax liability.

If you meet both conditions, write "EXEMPT" here . . . . . . ▶ 7 ___

Under penalties of perjury, I certify that I am entitled to the number of withholding allowances claimed on this certificate, or I am entitled to claim exempt status.

Employee's signature (Form is not valid unless you sign it) ▶ _[signed]_     Date ▶ **12-19-08**

8 Employer's name and address (Employer: complete 8 and 10 only if sending to the IRS): **SBARRO, 3770 S. LVBLVD LV NV 89109**
9 Office code (optional): ___
10 Employer identification number: ___

Cat. No. 10220Q

2006  SBARRO002265

# Form W-4 (2007)

**Purpose.** Complete Form W-4 so that your employer can withhold the correct federal income tax from your pay. Because your tax situation may change, you may want to refigure your withholding each year.

**Exemption from withholding.** If you are exempt, complete only lines 1, 2, 3, 4, and 7 and sign the form to validate it. Your exemption for 2007 expires February 16, 2008. See Pub. 505, Tax Withholding and Estimated Tax.

**Note.** You cannot claim exemption from withholding if (a) your income exceeds $850 and includes more than $300 of unearned income (for example, interest and dividends) and (b) another person can claim you as a dependent on their tax return.

**Basic instructions.** If you are not exempt, complete the Personal Allowances Worksheet below. The worksheets on page 2 adjust your withholding allowances based on itemized deductions, certain credits, adjustments to income, or two-earner/multiple job situations. Complete all worksheets that apply. However, you may claim fewer (or zero) allowances.

**Head of household.** Generally, you may claim head of household filing status on your tax return only if you are unmarried and pay more than 50% of the costs of keeping up a home for yourself and your dependent(s) or other qualifying individuals.

**Tax credits.** You can take projected tax credits into account in figuring your allowable number of withholding allowances. Credits for child or dependent care expenses and the child tax credit may be claimed using the Personal Allowances Worksheet below. See Pub. 919, How Do I Adjust My Tax Withholding, for information on converting your other credits into withholding allowances.

**Nonwage income.** If you have a large amount of nonwage income, such as interest or dividends, consider making estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. Otherwise, you may owe additional tax. If you have pension or annuity income, see Pub. 919 to find out if you should adjust your withholding on Form W-4 or W-4P.

**Two earners/Multiple jobs.** If you have a working spouse or more than one job, figure the total number of allowances you are entitled to claim on all jobs using worksheets from only one Form W-4. Your withholding usually will be most accurate when all allowances are claimed on the Form W-4 for the highest paying job and zero allowances are claimed on the others.

**Nonresident alien.** If you are a nonresident alien, see the Instructions for Form 8233 before completing this Form W-4.

**Check your withholding.** After your Form W-4 takes effect, use Pub. 919 to see how the dollar amount you are having withheld compares to your projected total tax for 2007. See Pub. 919, especially if your earnings exceed $130,000 (Single) or $180,000 (Married).

## Personal Allowances Worksheet (Keep for your records.)

A  Enter "1" for yourself if no one else can claim you as a dependent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A  **1**

B  Enter "1" if:
- You are single and have only one job; or
- You are married, have only one job, and your spouse does not work; or
- Your wages from a second job or your spouse's wages (or the total of both) are $1,000 or less.

B  ___

C  Enter "1" for your spouse. But, you may choose to enter "-0-" if you are married and have either a working spouse or more than one job. (Entering "-0-" may help you avoid having too little tax withheld.) . . . . . . . . . . . . . . . C  ___

D  Enter number of dependents (other than your spouse or yourself) you will claim on your tax return . . . . D  **4**

E  Enter "1" if you will file as head of household on your tax return (see conditions under Head of household above) . E  ___

F  Enter "1" if you have at least $1,500 of child or dependent care expenses for which you plan to claim a credit . . F  ___
(Note. Do not include child support payments. See Pub. 503, Child and Dependent Care Expenses, for details.)

G  Child Tax Credit (including additional child tax credit). See Pub 972, Child Tax Credit, for more information.
- If your total income will be less than $57,000 ($85,000 if married), enter "2" for each eligible child.
- If your total income will be between $57,000 and $84,000 ($85,000 and $119,000 if married), enter "1" for each eligible child plus "1" additional if you have 4 or more eligible children.

G  ___

H  Add lines A through G and enter total here. (Note. This may be different from the number of exemptions you claim on your tax return.) ▶ H  **5**

For accuracy, complete all worksheets that apply.
- If you plan to itemize or claim adjustments to income and want to reduce your withholding, see the Deductions and Adjustments Worksheet on page 2.
- If you have more than one job or are married and you and your spouse both work and the combined earnings from all jobs exceed $40,000 ($25,000 if married) see the Two-Earners/Multiple Jobs Worksheet on page 2 to avoid having too little tax withheld.
- If neither of the above situations applies, stop here and enter the number from line H on line 5 of Form W-4 below.

------- Cut here and give Form W-4 to your employer. Keep the top part for your records. -------

**Form W-4**
Department of the Treasury
Internal Revenue Service

**Employee's Withholding Allowance Certificate**

▶ Whether you are entitled to claim a certain number of allowances or exemption from withholding is subject to review by the IRS. Your employer may be required to send a copy of this form to the IRS.

OMB No. 1545-0074

**2007**

1  Type or print your first name and middle initial: **EFRAIN M.**  Last name: **HERNANDEZ**

3  ☒ Single   ☐ Married   ☐ Married, but withhold at higher Single rate.
Note. If married, but legally separated, or spouse is a nonresident alien, check the "Single" box.

City or town, state, and ZIP code: **LAS VEGAS, NV 89109**

4  If your last name differs from that shown on your social security card, check here. You must call 1-800-772-1213 for a replacement card. ▶ ☐

5  Total number of allowances you are claiming (from line H above or from the applicable worksheet on page 2) . . . . 5  **5**

6  Additional amount, if any, you want withheld from each paycheck . . . . . . . . . . . . . . . . 6  $ ___

7  I claim exemption from withholding for 2007, and I certify that I meet both of the following conditions for exemption.
- Last year I had a right to a refund of all federal income tax withheld because I had no tax liability and
- This year I expect a refund of all federal income tax withheld because I expect to have no tax liability.

If you meet both conditions, write "Exempt" here . . . . . . . . . . . . . . . . . ▶ 7 ___

Under penalties of perjury, I declare that I have examined this certificate and to the best of my knowledge and belief, it is true, correct, and complete.

Employee's signature (Form is not valid unless you sign it.) ▶ *[signed] Efrain*   Date ▶ **3/30/2007**

8  Employer's name and address (Employer: Complete lines 8 and 10 only if sending to the IRS.): **BARRO, INC. 401 BROADHOLLOW RD MELVILLE, NY 11747**

9 Office code (optional)

10  Employer identification number (EIN): **11-2501933**

For Privacy Act and Paperwork Reduction Act Notice, see page 2.   Cat. No. 10220Q   Form **W-4** (2007)

SBARRO002266

# Sbarro

## CONFIRMATION OF POLICIES

By signing below, I confirm that I have received and read the following:

- Restaurant Employees' Guide to Human Resource Policies, Rules & Guidelines
- Cash Control Policy
- Policy Prohibiting Harassment

I understand the policies listed above and have had the opportunity to discuss any questions with my supervisor. I also understand that failure to comply with Sbarro policies, rules and guidelines may result in corrective action up to and including immediate termination of employment.

I understand that the "Restaurant Employees' Guide to Human Resource Policies, Rules & Guidelines" is for my information only and does not constitute an expressed or implied contract or a guarantee of continued employment with Sbarro. I acknowledge that my employment with Sbarro is at-will.

ERAIN M. HERNANDEZ
**Print Name**

[Signature]
**Signature**

#740 - MONTE CARLO
**Store #/Location**

[redacted]
**Social Security Number**

03/30/2007
**Date**

Once completed, this form is to be given to your Manager, who then must forward it to the Payroll Department in Melville, NY.

SBARRO002267