# EXHIBIT "S"

Transcript of Voicemail Message
Perez left on April 18, 2017

Transcript of Voicemail Message
Perez left on April 18, 2017

# EXHIBIT "S"

### APRIL 18, 2017 VOICEMAIL FROM SANDRA PEREZ

Hi. My name is Sandra Perez. My phone number is 702-857-1306. I work for Sbarro and I used to work for, uh, Zach, Zachariah at Monte Carlo. I suffer from a lot of sexual harassment there. They send me to Bally. Yes, I believe these people, they going to [unintelligible] me with, uhm, uh, yes [unintelligible] because of a lot of wrong things I've been seeing like they don't give me my, my schedule, my hours. I have been asking for overtime like everybody else. Everybody else has over time and they give me special treatment because I told these people about the sexual harassment. Nobody, not any manager report about this, how they made me feel, how they made me feel about the treatment they been giving to me lately. Horrible. Yes, I wait, I have a lot of patience, I wait just for, um, for the treatment, like I wanted they treat me like everybody else. But no, they chose to give me a hard time and special treatment in my work. So I'm going to get a lawyer. So, I talked to Dana. I told about what happened to me and they give me my, because they take me from the schedule. One month, they don't give me, um, [unintelligible] they take me from the schedule and now, um, they been giving me a hard time. They give everybody else a lot of over time except me. And, um, I feel so sad. And now they, I used to work in the daytime and now I work graveyard. And, uh, I don't know, I feel, I feel so bad right now, I feel so upset. Um, I have my day off tomorrow and I'm going to get a lawyer. I, I can't believe these people to working for the, um, corporation. I can't believe that, yes, I can't believe that, um, the company, they don't care about these people. I am a hard working woman. I can, um, I can talk a lot of good things about me, but, no, they chose always to treat me differently. Please, please, I hope............

SBARRO000330