Bradley Schrager, Esq., NV Bar # 10217
John Samberg, Esq., NV Bar # 10828
Jordan Butler, Esq., NV Bar # 10531
**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Tel.: (702) 341-5200
Fax: (702) 341-5300
bschrager@wrslawyers.com
jsamberg@wrslawyers.com
jbutler@wrslawyers.com

*Attorneys for Plaintiff Sandra M. Meza-Perez*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | Case No.: 2:19-cv-00373-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING ON MOTION FOR SUMMARY JUDGMENT [DOCKET NO. 148]**<br><br>(**FIRST REQUEST**) |

On April 20, 2020, the Sbarro Defendants filed a Motion for Summary Judgment against Plaintiff Sandra M. Meza-Perez, [ECF No. 148] ("Motion"). Defendants Zachary Ceballes and Efrain Hernandez subsequently filed a Joinder to Movant's Motion ("Joinder") [ECF No. 149].

Pursuant to LR 7-2(b), the current deadline for responding to the Motion has been set as May 11, 2020, and the deadline to file a reply is May 25, 2020;

The parties, pursuant to LR IA 6-2, hereby stipulate as follows:

1.  Plaintiff shall have up to and including **May 29, 2020** to file an Opposition to the Motion;

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

-1-

1    2.   Defendants shall have up to and including **June 26, 2020** to file a Reply in support of the Motion; and,

3    3.   This stipulation is submitted based upon good cause, and is not made for the purpose of delay.

**ORDER**
IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: April 23, 2020.

Respectfully submitted:

DATED this 23rd day of April, 2020.

**WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP**

By:  */s/ Jordan Butler, Esq.*
    Bradley Schrager, Esq.
    John Samberg, Esq.
    Jordan Butler, Esq.
*And*
    Hardeep Sull, Esq. of
    **SULL & ASSOCIATES, PLLC**

*Attorneys for Plaintiff Sandra M. Meza-Perez*

**LITTLER MENDELSON, P.C.**

DATED this 23rd day of April, 2020

By:  */s/ Patrick H. Hicks, Esq.*
 PATRICK H. HICKS, ESQ.
 KELSEY E. STEGALL, ESQ.
 SANDRA KETNER, ESQ.

*Attorneys for Defendants SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA*

**PATRICK N. CHAPIN, LTD.**

DATED this 23rd day of April, 2020

By:  */s/ Patrick N. Chapin, Esq.*
    Patrick N. Chapin, Esq.

*Attorneys for Defendants Zachary Ceballes and Efrain Hernandez*

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

-2-