Bradley Schrager, Esq., NV Bar # 10217
John Samberg, Esq., NV Bar # 10828
Jordan Butler, Esq., NV Bar # 10531
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Tel.: (702) 341-5200
Fax: (702) 341-5300
bschrager@wrslawyers.com
jsamberg@wrslawyers.com
jbutler@wrslawyers.com

*Attorneys for Plaintiff Sandra M. Meza-Perez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual, | Case No.: 2:19-cv-00373-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER** |
| vs. | **TO EXTEND BRIEFING ON MOTION FOR SUMMARY JUDGMENT [DOCKET NO. 148]** |
| SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual, | **(SECOND REQUEST)** |
| Defendants. | |

The parties herein, by and through their attorneys of record, hereby stipulate and agree to the following:

1) On April 20, 2020, the Sbarro Defendants filed a Motion for Summary Judgment against Plaintiff Sandra M. Meza-Perez, [ECF No. 148] ("Motion"). Defendants Zachary Ceballes and Efrain Hernandez subsequently filed a Joinder to Movant's Motion ("Joinder") [ECF No. 149].

2) Previously, the parties stipulated to and, on April 23, 2020, this Court ordered an extension of the Motion briefing deadlines [ECF No. 151].

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

3)   The current deadline for responding to the Motion has been set as May 29, 2020, and the deadline to file a Reply is June 26, 2020;

4)   Plaintiff requests, and Defendants respectfully agree, that the Court permit them to modify the briefing schedule as follows:

1.   Plaintiff shall have up to and including **June 12, 2020** to file an Opposition to the Motion.

2.   Defendants shall have up to and including **July 10, 2020** to file a Reply in support of the Motion; and,

3.   This stipulation is submitted based upon good cause, and is not made for the purpose of delay.

Dated: May 26, 2020.

**ORDER**
IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted:

DATED this 22nd day of May, 2020.   **.WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**

By: ___*/s/ Jordan Butler, Esq.*___
Bradley Schrager, Esq.
John Samberg, Esq.
Jordan Butler, Esq.
*And*
Hardeep Sull, Esq. of
**SULL & ASSOCIATES, PLLC**

*Attorneys for Plaintiff Sandra M. Meza-Perez*

DATED this 22nd day of May, 2020   **LITTLER MENDELSON, P.C.**

By: */s/ Patrick H. Hicks, Esq.*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
SANDRA KETNER, ESQ.
Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 22nd day of May, 2020 | **PATRICK N. CHAPIN, LTD.** |

DATED this 22nd day of May, 2020

**PATRICK N. CHAPIN, LTD.**

By: /s/ Patrick N. Chapin, Esq.
Patrick N. Chapin, Esq.
*Attorneys for Defendants Zachary Ceballes and Efrain Hernandez*

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT**