# EXHIBIT "1"

# Zachary Ceballes Deposition Excerpts

# EXHIBIT "1"

# Zachary Ceballes Deposition Excerpts

```
 1                    UNITED STATES DISTRICT COURT

 2                       CLARK COUNTY, NEVADA

 3

 4   SANDRA M. MEZA-PEREZ, an     )
     individual,                  )
 5                                )
                Plaintiff,        )
 6                                )
                                  )
 7        vs.                     ) CASE NO.
                                  ) 2:19-cv-00373-APG-NJK
 8                                )
     SBARRO LLC dba SBARRO PIZZA, )
 9   a foreign limited liability  )
     company, SBARRO, INC. Dba    )
10   SBARRA PIZZA, a foreign      )
     corporation, ZACHARY         )
11   CEBALLES, an individual,     )
     EFRAIN HERNANDEZ, an         )
12   individual, JESUS ALATORRE,  )
     an individual,               )
13                                )
                                  )
14              Defendants.       )

15

16
              VIDEO DEPOSITION OF ZACHARY CEBALLES
17

18               Taken at the Law Offices of
           Wolf, Rifkin, Shapiro, Schulman & Rabkin
19                 3556 East Russell Road
                         2nd Floor
20              Las Vegas, Nevada  89120

21

22              Wednesday, February 26, 2020
                        9:27 a.m.
23

24

25   Reported by:  Angela Campagna, CCR #495
```

ZACHARY CEBALLES - 02/26/2020

```
                                                         Page 2
 1   APPEARANCES:

 2   For the Plaintiff:      HARDEEP SULL, ESQ.
                             Sull & Associates
 3                           520 South 7th Street
                             Suite A
 4                           Las Vegas, Nevada  89101
                             Dee@sullglobal.com
 5

 6   For the Defendants:     JOHN M. SAMBERG, ESQ.
                             JORDAN BUTLER, ESQ.
 7                           Wolf, Rifkin, Shapiro,
                             Schulman & Rabkin
 8                           3556 East Russell Road
                             2nd Floor
 9                           Las Vegas, Nevada  89120
                             asamberg@fgppr.com
10
                             PATRICK N. CHAPIN, ESQ.
11                           Patrick N. Chapin, LTD.
                             129 Cassia Way
12                           Henderson, Nevada  89014

13
                             PATRICK H. HICKS, ESQ.
14                           Littler Mendelson
                             3960 Howard Hughes Parkway
15                           Suite 300
                             Las Vegas, Nevada  89169
16                           Phicks@littler.com

17

18

19

20

21

22

23

24

25
```

Page 28

```
 1     -- the way it was when you started was the way it

 2     was when you no longer worked there?

 3          A.   Yes.

 4          Q.   All right.  Now, in terms of hiring and

 5     firing at the Sbarro location at Monte Carlo, did

 6     you have authority to both hire and fire as your --

 7     part of your management duties at the Sbarro

 8     location at Monte Carlo?

 9          A.   Yes.

10          Q.   Okay.  Did you ever have an occasion

11     over those ten years to fire somebody?

12          A.   Yes.

13          Q.   For what types of things did people get

14     fired by you?

15          A.   Attendance and tardiness, or poor job

16     performance.

17          Q.   Okay.  And can you give me an estimate

18     of how many people you had to let go because of

19     those things over the ten-year period?

20          A.   15 to 20.

21          Q.   Okay.  And it sounds like you also had

22     some circumstances like that at El Pollo Loco; is

23     that correct?

24          A.   Yes.

25          Q.   So in the fast food industry, based on
```

ZACHARY CEBALLES - 02/26/2020

Page 30

```
1    read it back.

2                (Record read by reporter.)

3    BY MR. SAMBERG.

4          Q.   And the answer was no?

5          A.   Uh-huh.

6          Q.   Okay.  Now, Mr. Ceballes, I'm about to

7    ask you a series of questions that are very personal

8    in nature, and I want to restate what I said before.

9    I'm not asking these questions to make you feel bad

10   or to embarrass you, but I'm obligated to ask these

11   questions.  So I also want you to pause before you

12   answer each question so that your attorney will be

13   able to interpose, if he chooses to do so -- and

14   other lawyers present -- comments, objections, et

15   cetera.  And if at any time you want to take a

16   break, let me know.  Okay?

17         A.   Yes.

18         Q.   All right.  Are you familiar with my

19   client, Sandra Meza-Perez?

20         A.   Yes.

21         Q.   How are you familiar with her?

22         A.   She was employed at the Monte Carlo

23   Sbarros.

24         Q.   And you hired her?

25         A.   Yes.
```

ZACHARY CEBALLES - 02/26/2020

```
 1           Q.   At the time you hired her, do you
 2    remember if you also hired some of her family?
 3           A.   Yes.
 4           Q.   Can you remember as you -- and we're
 5    doing this without paperwork, I know that.  Can you
 6    remember any of the names of the people -- bless you
 7    -- that you hired at the same time that you
 8    understood to be family of Sandra?
 9           A.   Fabiola, Carla, that's all that I
10    remember the names.
11           Q.   Okay.  And there may be others, but
12    those are the ones you remember?
13           A.   Yes.
14           Q.   Okay.  Very good.  Now, this case
15    involves sort of a core question of whether you and
16    Sandra ever had sexual relations, so I need to ask
17    you this.  Have you ever had sexual relations with
18    Sandra Meza-Perez?
19           A.   Yes.
20           Q.   Did you come to know her based upon her
21    working at Sbarro?
22           A.   Yes.
23           Q.   You didn't know her socially before
24    that time?
25           A.   No.
```

ZACHARY CEBALLES - 02/26/2020

Page 32

1          Q.    My understanding from being involved in
2     the case is that Sandra worked at the Monte Carlo
3     location from roughly, I think, April or May of 2016
4     until the end of 2016 when she was transferred to
5     Bally's.  That's my understanding of that time
6     period.  Is that consistent with your recollection?
7          A.    Yes.
8          Q.    Now, during that time period, is that
9     when you had sexual relations with Sandra, during
10    the months that I've just described?
11         A.    Yes.
12         Q.    The sexual encounters you had with her,
13    did it involve actual sexual intercourse?
14         A.    Yes.
15         Q.    Can you give me some estimate, let's
16    say on a monthly basis, of how often you and Sandra
17    would have sexual relations during that time period?
18         A.    Four.
19         Q.    Four?
20         A.    Four times a month.
21         Q.    About four times a month, okay.  In
22    addition to having actually sexual intercourse, did
23    you and Sandra ever have any other types of sexual
24    activity?  For example, oral sex, did that ever
25    happen?

ZACHARY CEBALLES - 02/26/2020

Page 33

1        A.    Yes.

2             Q.    Can you give -- can you give me some

3   estimate of how often that would occur on a monthly

4   basis?

5        A.    Once.

6             Q.    About once a month?

7        A.    Yes.

8             Q.    Okay.  Now -- and again, these are

9   sensitive questions, and I want to just keep

10  reassuring you I'm not getting any great pleasure

11  asking you.  I know it's no great pleasure for you

12  to answer, but I'll just keep going.  In terms of

13  the locations where you and Sandra would have these

14  sexual encounters, to your recollection was it

15  always at the Sbarro Monte Carlo location?

16       A.    Yes.

17            Q.    Never off site?

18       A.    No.

19            Q.    Okay.  In terms of the various places

20  in the Monte Carlo location, where are the places

21  where you and Sandra would have these encounters?

22  Within the store itself, where would these occur?

23       A.    In the office area or the walk-in.

24            Q.    Now, I'll show you some photos in a

25  bit, but my understanding is that the office area

ZACHARY CEBALLES - 02/26/2020

Page 35

1     Q.    Do you remember approximately when you
2   moved from Monte Carlo to Bally's?
3          A.    2016.
4     Q.    2016?
5          A.    About the middle.
6     Q.    Was it after Sandra had been moved over
7   to Bally's or before?
8          A.    After.
9     Q.    Okay.  So my understanding was that
10   Sandra was sent to Bally's at the end of 2016.  So
11   as of the end of 2016, you were still the manager at
12   the Monte Carlo; correct?
13          A.    Yes.
14     Q.    Okay.  And my understanding -- again,
15   from being involved in the case -- is that Sandra's
16   employment with Sbarro ended, I think, right around
17   April or May of 2017.  And I know she wasn't working
18   at your store at that time, but were you still
19   working at Monte Carlo a few months after Sandra
20   left the Monte Carlo location?
21          A.    Yes.  I was still there at the Monte
22   Carlo.
23     Q.    Okay.  And when you went to Bally's, is
24   it true that Sandra was no longer working at
25   Bally's?

ZACHARY CEBALLES - 02/26/2020

Page 39

```
 1              Q.   In terms of the actual sexual
 2    intercourse, not oral sex but sexual intercourse,
 3    did that ever happen with Sandra any place other
 4    than in the walk-in?
 5              A.   No.
 6              Q.   Okay.  Always in the walk-in?
 7              A.   Yes.
 8              Q.   All right.  During those encounters,
 9    did you wear a condom?
10              A.   Yes.
11              Q.   In terms of having oral sex with
12    Sandra, there's been testimony that that occurred in
13    the office area.  Is that consistent with your
14    recollection as well?
15              A.   Yes.
16              Q.   Okay.  And did you ever have oral sex
17    with Sandra any place other than in the office area
18    at the Monte Carlo?
19              A.   In the walk-in.
20              Q.   In the walk-in.  So what I'm
21    understanding from your testimony is that when you
22    and Sandra would have sexual relations, either
23    intercourse or oral sex, it was either in the
24    walk-in or in the office area but no place else?
25              A.   Yes.
```

ZACHARY CEBALLES - 02/26/2020

Page 42

1    she provides oral sex to you.  Not where you provide

2    oral sex to her.  Is that what you understand my

3    questions to have been?

4         A.   Yes.

5         Q.   Okay.  Did you ever provide oral sex to

6    Sandra in any of your sexual encounters with her?

7         A.   No.

8         Q.   Okay.  In terms of the sexual

9    intercourse that you would have with Sandra, was it

10   where you would stand behind her or you would -- or

11   you would be in front of her?  Do you remember the

12   various ways that you guys would manage to get that

13   done?

14        A.   Both.

15        Q.   Okay.  And was there adequate room in

16   the cooler for the two of you to situate yourselves

17   so that you could have sexual intercourse?

18        A.   Yes.

19        Q.   Did it ever involve anybody laying down

20   on the floor?

21        A.   No.

22        Q.   It was always standing up?

23        A.   Yes.

24        Q.   Okay.  And on these occasions, you've

25   already told us that you would wear a condom.  Did

ZACHARY CEBALLES - 02/26/2020

Page 49

```
 1            THE WITNESS:  Vodka bottle?
 2     BY MR. SAMBERG:
 3            Q.   Yeah.  Did you ever text that photo to
 4     anyone and ask them to buy vodka and bring it to the
 5     store?
 6            A.   Nancy Terrone.
 7            Q.   Okay.  Nancy is who?
 8            A.   She was assistant manager at the time.
 9            Q.   Okay.  Why did you ask Nancy to buy
10     vodka?
11            A.   So I could make jello shots.
12            Q.   Okay.  Now, there's been testimony in
13     the case that jello shots were being sold out of the
14     Monte Carlo location three for $10.  Is that
15     consistent with your recollection?
16            A.   Yes.
17            Q.   Okay.  When, to your recollection, were
18     jello shots first offered for sale at the Sbarro
19     location at the Monte Carlo?
20            A.   I'm not sure the exact date.
21            Q.   When you first arrived to work at the
22     Monte Carlo location, it was an existing store;
23     correct?
24            A.   Yes.
25            Q.   At that time were jello shots being
```

ZACHARY CEBALLES - 02/26/2020

Page 50

```
 1   offered for sale at the Monte Carlo location?
 2        A.   No.
 3        Q.   During your tenure as the manager of
 4   the Monte Carlo location, is it correct that that's
 5   during your tenure as manager that jello shots first
 6   started getting sold at the Sbarro location at Monte
 7   Carlo?
 8        A.   Yes.
 9        Q.   Whose idea was it to start selling
10   jello shots out of that location?
11        A.   Mine.
12        Q.   Okay.  Did you get any -- did you get
13   permission from Sbarro to start selling jello shots?
14        A.   No.
15        Q.   How did you come up with the idea to
16   sell jello shots out of the store?
17        A.   Because we already sold beer, wine, and
18   I had come up with other ideas that had worked.
19   So -- to build sales, so I took it upon myself.
20        Q.   You have to speak up.
21        A.   I took that upon myself, the jello
22   shots.
23        Q.   Did you -- did you check whether the
24   liquor license that Sbarro had included the selling
25   of jello shots?
```

ZACHARY CEBALLES - 02/26/2020

Page 53

```
 1    had, like, a cooler standup and we had the beer and

 2    wine, and then we put the jello shots right by the

 3    wine where they could see them.

 4         Q.   Okay.  Did you ever put up a sign that

 5    said jello shots?

 6         A.   No sign.  But the employees would offer

 7    them if they bought beer or wine.

 8         Q.   They would say, "Would you also want a

 9    jello shot"?

10         A.   Yes.

11         Q.   How did the employees know to do that?

12         A.   Because I told them to.

13         Q.   All right.  And at the time you were

14    transferred to Bally's, was Sbarros Monte Carlo

15    location still selling jello shots?

16         A.   No.

17         Q.   Why did the Sbarros location at Monte

18    Carlo stop selling jello shots?

19         A.   Because the district manager, Larry,

20    came by one day and seen it and he told me it wasn't

21    allowed.  So I got rid of them.

22         Q.   Okay.  Did you get in any kind of

23    trouble for that?

24         A.   No.

25         Q.   And do you remember Larry's last name?
```

ZACHARY CEBALLES - 02/26/2020

Page 54

1          A.    Minister.

2          Q.    Okay.  If you know, is Larry still

3    working for Sbarros?

4          A.    Yes.

5          Q.    When's the last time you talked to him?

6          A.    It's been a couple of years.

7          Q.    Okay.  All right.  Let me -- I was

8    going to ask you a couple of questions about getting

9    ready to come here today.  And pause before you

10   answer, okay?  This is a yes or no question.  And

11   pause before you answer.  Did you meet with your

12   attorney, Mr. Chapin, in order to get ready for the

13   depo today?

14         A.    Yes.

15         Q.    Did you look at any paperwork,

16   documents, photos, anything of a tangible nature as

17   part of your deposition preparation?

18         A.    No.

19         Q.    So it was strictly just talking to your

20   lawyer?

21         A.    Yes.

22         Q.    All right.  That's completely private,

23   don't tell me anything about what was said.  But you

24   didn't look at anything to get ready; correct?

25         A.    No.

ZACHARY CEBALLES - 02/26/2020

Page 56

```
 1         Q.    What's kept in the cooler at the Monte
 2   Carlo location?  What's in there?
 3         A.    Food.
 4         Q.    What kind of food?
 5         A.    Cheese, produce, tomato sauce.
 6         Q.    The things that would go into the
 7   making of pizza?
 8         A.    Yes.
 9         Q.    Okay.  In terms of the training that
10   you got at Sbarro, did that training include
11   sanitation?
12         A.    Yes.
13         Q.    Keeping the food wholesome in terms of
14   making pizza?
15         A.    Yes.
16         Q.    When you were having sex with Sandra in
17   the cooler, did you have as the manager of the store
18   any concerns about the food safety issues associated
19   with having sex in the cooler?
20         A.    No.
21         Q.    You were wearing a condom at this --
22   during these encounters?
23         A.    Yes.
24         Q.    What would you do with the wrapper of
25   the condom?
```

ZACHARY CEBALLES - 02/26/2020

Page 58

```
 1          A.   Not that I remember.
 2          Q.   During the shifts that Sandra was
 3   working at the time that the two of you would have
 4   these sexual encounters, were these daytime or
 5   evening shifts, typically?
 6          A.   Mostly a.m.
 7          Q.   And during the a.m. shift, how many
 8   people would be working at the Monte Carlo location
 9   in a typical a.m. shift?
10          A.   At that time, about four.
11          Q.   And who would that be other than
12   yourself?
13          A.   It would differ.
14      MR. CHAPIN:  Could you establish a time of
15   what a.m. shift means?
16   BY MR. SAMBERG:
17          Q.   Yeah.  That's a good question.  I'll
18   come back to that.  Let's do it by job title.  In a
19   typical a.m. shift, by job title, who would have to
20   staff the store?
21          A.   A manager, a pizza cook, prep, and then
22   the cashier would come in for lunch.
23          Q.   So at least four people?
24          A.   Yes, up until lunch.  And then a mid
25   shift.
```

ZACHARY CEBALLES - 02/26/2020

Page 59

1          Q.    And your attorney makes an excellent

2    point, what hours typically constitute an a.m.

3    shift?

4          A.    7:00 to 3:00.  7:00 a.m. to 3:00 p.m.

5          Q.    So in the early part of the shift at

6    least four people, and then at lunchtime you'd pick

7    somebody else up?

8          A.    The early part, three.  And then lunch,

9    five to six.

10         Q.    Okay.  And during the months that

11   Sandra worked there that the two of you were having

12   these sexual encounters, it's your recollection that

13   nobody walked in on you in the cooler while you were

14   having sex?

15         A.    Yes.

16         Q.    That's correct?

17         A.    Yes.

18         Q.    How long typically would these sexual

19   encounters last in the cooler?

20         A.    15 to 20 minutes.

21         Q.    And in your experience as a manager at

22   that store, was that unusual for 15 or 20 minutes to

23   go by where nobody would walk into the cooler?

24         MR. CHAPIN:  Is this during the morning shift?

25   / / / /

ZACHARY CEBALLES - 02/26/2020

Page 66

1        A.   Yes.

2        **Q.   Where would you keep those files?**

3        A.   In the file -- one of the file

4    cabinets.

5        **Q.   And if somebody that worked at Monte**

6    **Carlo went to work at another Sbarros location, what**

7    **would happen to their personnel file?**

8        A.   After a certain point, corporate would

9    request the files.  Because we would scan them, the

10   original documents, and then they would have

11   everything sent to them every couple months.  So we

12   wouldn't have to retain files.

13       **Q.   Okay.  So if -- for example, when**

14   **Sandra was transferred over to Bally's, do you know**

15   **if her personnel file went there with her from Monte**

16   **Carlo?**

17       A.   Not sure.  I think the files go

18   directly to corporate after a couple months.

19       **Q.   Why was Sandra transferred over to**

20   **Bally's?**

21       A.   I had talked to Sheldon because of the

22   couple issues she was having with management and

23   employees, like the arguing and problems.  So I just

24   spoke with him and told him I had a cook that worked

25   certain times that needed a fresh start.  And I

Page 67

1    didn't discuss anything else with him, like say any

2    problems or anything like that.

3          Q.   Now, you've been working as a manager

4    at fast food facilities really since your time in

5    SoCal at El Pollo Loco; right?

6          A.   Yes.

7          Q.   Okay.  Sandra's behavior when she was

8    working at Monte Carlo, would that have been grounds

9    to terminate her from what you observed as her

10   manager?

11         A.   No.

12         Q.   Okay.  Why not?

13         A.   She didn't miss a lot of work.  She

14   would call in when she would miss.  And other than

15   that, it was just little arguments about helping in

16   the kitchen or things like that.

17         Q.   Did you ever observe somebody, a male

18   person, come to the store at Monte Carlo and have a

19   physical confrontation with Jesus Alatorre?  Did you

20   ever observe that where security had to get called?

21         A.   No.

22         Q.   Did you ever hear about it?

23         A.   Yes.

24         Q.   What did you hear?

25         A.   That somebody had came to the store

ZACHARY CEBALLES - 02/26/2020

Page 74

```
 1        MR. HICKS:  I'm going to -- before we go on,

 2  I'm going to just object because that misstates the

 3  testimony.  I'm sure unintentionally.  The

 4  interpreter was male, I believe.

 5        MR. SAMBERG:  Yeah.

 6        MR. HICKS:  So it would have been --

 7        MR. SAMBERG:  Two females and two males.

 8        MR. HICKS:  I'm sorry.  You're right.  You're

 9  absolutely right.  My apologies.

10        MR. SAMBERG:  No, no.  You don't have to

11  apologize.  It's okay.  There's a lot of moving

12  parts here.

13  BY MR. SAMBERG:

14        Q.   Okay.  Let's refocus.  My understanding

15  is that there was a group of people that came to

16  talk to you, and that you were asked questions about

17  Sandra.  Do you remember that the topic of Sandra

18  was discussed with you?

19        A.   Yes.

20        Q.   Do you remember if people -- if anybody

21  asked you whether or not that you had a sexual

22  relationship with Sandra?  Do you remember having

23  that question put to you?

24        A.   Yes.

25        Q.   And at that time what did you say?
```

ZACHARY CEBALLES - 02/26/2020

Page 75

1       A.    I did not have any relationship.

2       Q.    You denied it at that time?

3       A.    Yes.

4       Q.    Okay.  Why?

5       A.    Because I'm married with children, and

6    I didn't want that to damage my marriage.

7       Q.    Okay.  Did anybody ask you to raise

8    your right hand and to swear to tell the truth

9    during those interviews?

10      A.    No.

11      Q.    Not like today?

12      A.    No.

13      Q.    Okay.  And were you offered to have a

14   lawyer present, did somebody say, "If you want a

15   lawyer, we'll get you a lawyer"?  Did anybody offer

16   that to you, to your recollection?

17      A.    Not that I remember.

18      Q.    Did this come as a surprise to you,

19   that they asked you to be interviewed and they were

20   asking you these questions?

21      A.    Yes.

22      Q.    Did you get any warning at all about

23   it?

24      A.    No.

25      Q.    How did you find out that they wanted

ZACHARY CEBALLES - 02/26/2020

Page 78

```
 1   BY MR. SAMBERG:

 2          Q.    An African American gentlemen, do you

 3   remember somebody like that coming to talk to you?

 4          MR. CHAPIN:  Objection as to NERC.  Can you

 5   describe what NERC is?

 6   BY MR. SAMBERG:

 7          Q.    Right.

 8          A.    I just remember the second interview,

 9   but not sure the organization.

10          Q.    Okay.  During the second interview, did

11   you have to raise your right hand and swear to tell

12   the truth?  Do you remember that?

13          A.    No.  I don't remember that.

14          Q.    Did anybody offer to have -- for you to

15   have a lawyer present?

16          A.    No.

17          Q.    During the second interview, did the

18   subject of Sandra come up?

19          A.    Yes.

20          Q.    Do you remember if you were asked

21   whether or not you and Sandra were involved in a

22   sexual relationship during the second interview?

23          A.    Yes.

24          Q.    What did you say at that time?

25          A.    The same as previously.  No.
```

ZACHARY CEBALLES - 02/26/2020

Page 86

1   question is did Mr. Ceballes have consensual

2   relations with any other employee of Sbarro?

3       MR. SAMBERG:  No.  I'm not going to use the

4   word "consent" or any form of the word "consent" at

5   all.  That's not what I'm going to ask.  What I'm

6   going to ask is yes or no -- let me just ask the

7   question.

8   BY MR. SAMBERG:

9       Q.   And pause before you answer, because

10  obviously this is a sensitive issue.  So pause,

11  don't answer, and then there may be more lawyer

12  talk.  Don't mention names.  Is that clear to you,

13  Mr. Ceballes?  No names, okay?

14      A.   Yes.

15      Q.   All right.  Now, while you were a

16  manager at Sbarro location at Monte Carlo, other

17  than Sandra did you ever have sexual relations,

18  either sexual intercourse, oral sex, anything sexual

19  in nature, in addition to Sandra, with other Sbarro

20  employees who were working at that same location

21  while you were the manager there?  It's a yes or no

22  question.

23      MR. CHAPIN:  I'm going to make the same

24  objection.  For the record, based on foundation,

25  form of the question.

ZACHARY CEBALLES - 02/26/2020

Page 87

1          And with that, you can answer.

2    With those objections.

3    BY MR. SAMBERG:

4          Q.   Yeah.   Yes or no, no names?

5          A.   Yes.

6          Q.   Now, same thing, no names.   Yes or no

7    only.   To your knowledge, have any of the person or

8    persons -- I'm not going to get into how many, but

9    any of the person or persons that you've had sexual

10   relations with other than Sandra, to your knowledge

11   was a child ever born from those sexual relations?

12        MR. CHAPIN:   Objection.   Form of the question.

13   Lacks foundation.   Invades the privacy of my client

14   and potential other third parties or party.

15               You can answer.

16   BY MR. SAMBERG:

17        Q.   Yes or no only.

18        A.   No.

19        Q.   Okay.   Now, by the way, once again I

20   want to thank you for the way we resolved that.

21   Thank you.   So we're all reserving our rights.   We

22   may or may not come back on this, but I'm going to

23   move on at this point, okay?

24               Now, pause, continue to pause,

25   because these are all questions that are sensitive

Page 110

1          Q.   After Sandra was no longer working for

2    Sbarro at Monte Carlo, you've already testified that

3    you did not reach out to her to try to continue your

4    sexual relations.  You've already testified to that.

5    To your recollection, has she reached out to you to

6    try to keep it going?  Has she been in touch with

7    you at all to try to keep this thing going?

8          A.   No.

9          Q.   After you were no longer working at

10   Monte Carlo, you went to Bally's.  You've already

11   testified to that.  Why was it that you went to

12   Bally's?  Do you have any knowledge as to why you

13   were transferred there?

14         A.   Because Larry said I needed, like, a

15   break.  Because the casino is going through so many

16   changes, the sales went down so bad.  And the

17   remodeling, the occupancy was down and everything

18   like that.  So the numbers were really bad.

19         Q.   So Larry sent you to Bally's to get the

20   numbers back up?

21         A.   Yes.

22         Q.   Okay.  Did you -- you didn't do the

23   jello shots at Bally's; right?

24         A.   No.

25         Q.   You stopped, you were told not to do

ZACHARY CEBALLES - 02/26/2020

Page 115

1    Form of the question.

2          MR. HICKS:  Can you read that question back,

3    please.

4                (Record read by reporter.)

5    BY MR. SAMBERG:

6          Q.   I'm going to strike the question and

7    ask another question.  So I was mixing apples and

8    cucumbers.  Here's a new question.

9                     During the time that you were at

10   Monte Carlo and Sandra was at Monte Carlo, while the

11   two of you were having your sexual relations, did

12   her shift ever change, her work shift?

13         A.   No.

14         Q.   What about her hours that she would

15   come in and work, was that always the same?

16         A.   Yes.

17         Q.   Who would have had the ability to

18   change her shift and her work hours during that time

19   period, other than you?

20         A.   The other managers.

21         Q.   Who is the other manager?

22         A.   Ruben Garcia or Oswaldo Luna.

23         Q.   And they would be the managers during

24   the other shifts?

25         A.   Yes.

ZACHARY CEBALLES - 02/26/2020

Page 116

1          Q.    Did Sandra ever have shifts where they

2    were the managers?

3          A.    Yes.

4          Q.    Okay.  Mostly, though, you were her

5    manager most of the time?

6          A.    Yes.

7          Q.    Do you know without guessing if Sandra

8    was having any kind of sexual relations with any --

9    don't mention names, yes or no question -- with

10   anybody else employed by Sbarro at the Monte Carlo

11   store while she worked at the Monte Carlo store?

12         A.    No.

13         Q.    You don't know or --

14         A.    I don't know.

15         Q.    You never heard about that?

16         A.    No.

17         Q.    Okay.  Mr. Ceballes, what was your

18   title at Monte Carlo up until the time you went to

19   Bally's?

20         A.    General manager.

21         Q.    When you went to Bally's, what was your

22   job title?

23         A.    General manager.

24         Q.    So it was the same -- I don't want to

25   use a military term, but it was basically the same

ZACHARY CEBALLES - 02/26/2020

Page 144

1  Sbarros at Monte Carlo, do you recall financial

2  audits ever occurring of the books and records of

3  your location at Monte Carlo?

4       A.   No audits.  Just the review of the

5  profit and loss.

6       Q.   Was that periodically done as part of

7  the ordinary course?

8       A.   With Larry.

9       Q.   With Larry.  How often would that

10 happen?

11      A.   Every quarter, every three months.

12      Q.   So you guys would look at the numbers,

13 see how the store was doing?

14      A.   Yes.

15      Q.   Up until the food court at Monte Carlo

16 not being there anymore, how was the store doing,

17 the Monte Carlo store?

18      A.   I had a five or six-year consecutive

19 sales increase year after year, and I had -- I got a

20 lot of awards for, like, top performing in the

21 country.

22      Q.   Really?

23      A.   For sales growth and profit and

24 everything.

25      Q.   Do you have any idea about how the

ZACHARY CEBALLES - 02/26/2020

Page 146

1          MR. CHAPIN:  Objection.  Calls for

2    speculation.

3    BY MR. SAMBERG:

4          Q.    Okay.  So in terms of while Sandra

5    worked at Monte Carlo while you were there as the

6    manager, while the two of you were having sexual

7    relations, did you ever text with her?

8          A.    No.

9          Q.    Did you ever e-mail with her?

10         A.    No.

11         Q.    Did you ever communicate with her over

12   social media?

13         A.    No.

14         Q.    Since the end of 2016 when Sandra went

15   to Bally's, to your recollection have you written

16   texts with Sandra?

17         A.    No.

18         Q.    E-mails?

19         A.    No.

20         Q.    Social media?

21         A.    No.

22         Q.    Do you have an e-mail?  Currently --

23         A.    Yes.

24         Q.    -- do you have an e-mail?

25         A.    Yes.

ZACHARY CEBALLES - 02/26/2020

Page 154

1          A.    Just first and last name.

2          Q.    **That's it?**

3          A.    Yes.

4          Q.    **There's no numbers?**

5          A.    No numbers, nothing else.

6          Q.    **Do you have any social media account**

7    **where there's numbers?**

8          A.    No.

9          Q.    **Now, Sandra Perez, the plaintiff who is**

10   **suing you in this case, testified that when she**

11   **would have sex with you in the walk-in it would last**

12   **anywhere from eight to ten minutes.  You've**

13   **testified --**

14         MR.  HICKS:  I believe it was five, five to

15   eight minutes is what she testified to.

16   BY MR. CHAPIN:

17         Q.    **Five to eight minutes, all right, less**

18   **than ten minutes.  You testified it was 15 to 20**

19   **minutes.  Do you think her estimation is more**

20   **correct than yours or is yours more correct than**

21   **hers?**

22         MR.  SAMBERG:  Calls for speculation.

23   BY MR. CHAPIN:

24         Q.    **Your estimate, you estimated that your**

25   **sexual encounters were 15 to 20 minutes.  Ms. Perez**

ZACHARY CEBALLES - 02/26/2020

Page 155

1    **testified it would be five to eight or ten minutes.**

2         MR. SAMBERG:  Same objection.

3         THE WITNESS:  I'll say hers more correct.

4    BY MR. CHAPIN:

5         **Q.   Now, there was some testimony you gave**

6    **and we made numerous objections to protect the**

7    **record and preserve our rights, which are legal**

8    **arguments, objections made by me and Mr. Samberg.**

9    **He made what is called an offer of proof regarding a**

10   **third anonymous person that we're saying -- no name**

11   **mentioned, an employee that you had sex with at**

12   **Sbarro.  The sexual relationship you had with that**

13   **employee, was that consensual?**

14        A.   Yes.

15        MR. SAMBERG:  Objection.  Calls for legal

16   opinion.

17   BY MR. CHAPIN:

18        **Q.   Did that employee ever refuse having**

19   **sex with you or was it voluntary and they agreed to**

20   **it?**

21        A.   Never refused.

22        MR. SAMBERG:  I didn't hear.

23        THE WITNESS:  Never refused.

24   BY MR. CHAPIN:

25        **Q.   It was voluntary?**

ZACHARY CEBALLES - 02/26/2020

Page 158

1   questioning regarding when -- the area where

2   employees would -- respective employees would fill

3   out documentation.  You testified that you never

4   helped them fill out onboarding or intake

5   application documents.  You never helped anyone do

6   that?

7        A.   No.

8        Q.   Did you ever fill anyone's social

9   security number on any documentation for them?

10       A.   No.

11       Q.   Did you ever provide false or

12  inaccurate or fake social security information or

13  identification for employees to fill out on an

14  application?

15       A.   No.

16       Q.   Nothing further.  Pass the witness.

17       MR. HICKS:  I don't have any questions.

18                  FURTHER EXAMINATION

19  BY MR. SAMBERG:

20       Q.   Okay.  I have just a couple of

21  follow-up ones.  Mr. Chapin asked you about the

22  shift periods when you would have sexual encounters

23  with Sandra.  Do you remember he just asked you

24  about that and you recalled that it was mostly

25  during the a.m. shift?  This is just a couple

ZACHARY CEBALLES - 02/26/2020

Page 159

1    minutes ago, do you remember that?

2         A.   Yes.

3         Q.   When it wasn't during the a.m. shift,

4    to your recollection when were the other encounters,

5    during what shift?

6         A.   Afternoon shift.

7         Q.   Was it still starting at 7:00 a.m. but

8    going to 3:00 p.m.?

9         A.   No.

10        Q.   When is the afternoon shift?

11        A.   She worked a couple of days or a day, I

12   think like 3:00 to 11:00 or something like that.

13        Q.   What's that shift called?

14        A.   P.m.

15        Q.   P.m.  Was this a 24-hour location?

16        A.   Yes.

17        Q.   So there's a.m., p.m., and what was the

18   overnight one called?

19        A.   Graveyard.

20        Q.   So there's a.m., p.m., and graveyard?

21        A.   (Witness shakes head.)

22        Q.   And each one was eight hours?

23        A.   Yes.

24        Q.   Was there overlap to the beginning and

25   the end of each shift or was it a bright line, one