# EXHIBIT "4"

## Sandra Meza-Perez
## Deposition Excerpts Vol I, Vol II, Vol III, Vol IV

# EXHIBIT "4"

## Sandra Meza-Perez
## Deposition Excerpts Vol I, Vol II, Vol III, Vol IV

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

Page 1

1                    UNITED STATES DISTRICT COURT

2                         DISTRICT OF NEVADA

3

4

5   SANDRA M. MEZA-PEREZ,              )
                                       )
6        Plaintiff,                    )
                                       ) Case No.
7           vs.                        ) 2:19-cv-00373-APG-NJK
                                       )
8   SBARRO, LLC, dba SBARRO            )
    PIZZA, a foreign limited          )
9   liability company; SBARRO,        )   **CERTIFIED**
    INC., dba SBARRO PIZZA, a         )
10  foreign corporation; ZACHARY      )     **COPY**
    CEBALLES, an individual;          )
11  EFRAIN HERNANDEZ, an              )
    individual; JESUS ALATORRE, an )
12  individual; DANA DORADO, an       )
    individual,                       )
13                                     )
         Defendants.                   )
14  _____)

15

16      VIDEOTAPED DEPOSITION OF SANDRA M. PEREZ-MEZA

17                          VOLUME I

18                      Pages 1 to 170

19            Taken on Wednesday, October 23, 2019

20                       At 9:10 a.m.

21       Held at the Law Office of Littler Mendelson

22        3960 Howard Hughes Parkway, Suite 300

23              Las Vegas, Nevada  89169

24

25  Reported By: Gale Salerno, RMR, CCR No. 542

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

```
 1    APPEARANCES:

 2    For the Plaintiff, Sandra M. Perez-Meza:

 3            MELANIE A. HILL, ESQ.
              Melanie Hill Law, PLLC
 4            520 South 7th Street, Suite A
              Las Vegas, Nevada  89101
 5            (702) 362-8500
              melanie@melaniehilllaw.com
 6
                      ** and **
 7
              HARDEEP SULL, ESQ.
 8            Sull & Associates, PLLC
              520 South 7th Street, Suite A
 9            Las Vegas, Nevada  89101
              (702) 953-9500
10            dee@sullglobal.com

11

12    For the Defendants, Sbarro, LLC, dba Sbarro Pizza,
      and Sbarro, Inc., dba Sbarro Pizza:
13
              PATRICK H. HICKS, ESQ.
14            Littler Mendelson, P.C.
              3960 Howard Hughes Parkway, Suite 300
15            Las Vegas, Nevada  89169
              (702) 862-8800
16            phicks@littler.com

17                    ** and **

18            KELSEY STEGALL, ESQ.
              Littler Mendelson, P.C.
19            3960 Howard Hughes Parkway, Suite 300
              Las Vegas, Nevada  89169
20            (702) 862-8800
              kstegall@littler.com
21

22

23

24

25
```

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

Page 3

```
 1   For the Defendant, Dana Dorado:

 2            JASON K. HICKS, ESQ.
              Greenberg Traurig, LLP
 3            10845 Griffith Peak Drive, Suite 600
              Las Vegas, Nevada  89135
 4            (702) 938-6856
              hicksja@gtlaw.com
 5

 6

 7   For the Defendants, Zachary Ceballes and Efrain
     Hernandez:
 8
              PATRICK N. CHAPIN, ESQ.
 9            Patrick N. Chapin, Ltd.
              129 Cassia Way
10            Henderson, Nevada  89014
              (702) 433-7295
11            pat@chapinlaw.net

12

13

14   Also Present:

15            TIM HARTMANSZERBIEC, Legal Videographer

16            ANITA D'ANGELO, Spanish Interpreter

17            PAMELA RUIZ, Legal Assistant,
                 Melanie Hill Law, PLLC
18

19

20

21                     INDEX

22                                         Page

23   Examination by Mr. Hicks                8

24

25
```

Sandra M. Perez-Meza  - Vol. I -   October 23, 2019
* * * Videotaped Deposition * * *

| 11:07 | 1  | Q.   How long was that? |
| 11:07 | 2  | A.   I don't know.  I don't remember. |
| 11:07 | 3  | Q.   So you were hired at the Monte Carlo |
| 11:07 | 4  | location, and then you worked temporarily at the |
| 11:07 | 5  | Convention Center location while a convention was |
| 11:07 | 6  | going on? |
| 11:07 | 7  | A.   Yes.  That's what the Monte Carlo did.  If |
| 11:08 | 8  | they needed people at the Convention Center, they |
| 11:08 | 9  | took people from the Monte Carlo to send to the |
| 11:08 | 10 | Convention Center or from the other places. |
| 11:08 | 11 | Q.   Okay.  And when the convention was over, |
| 11:08 | 12 | you went back to work at the Monte Carlo location? |
| 11:08 | 13 | A.   Uh-huh.  Yes, sorry.  And I think it was |
| 11:08 | 14 | just one time that it happened that after I finished |
| 11:08 | 15 | at the Convention Center, Jorge took me back to the |
| 11:08 | 16 | Monte Carlo to continue working. |
| 11:08 | 17 | Q.   So you went to work at the Monte Carlo |
| 11:08 | 18 | where you were trained, and then you worked |
| 11:09 | 19 | temporarily at the Convention Center location? |
| 11:09 | 20 | A.   Yes. |
| 11:09 | 21 | Q.   And then you went back to work at the |
| 11:09 | 22 | Monte Carlo location? |
| 11:09 | 23 | A.   Yes. |
| 11:09 | 24 | Q.   And then in January of 2017, you |
| 11:09 | 25 | transferred from the Monte Carlo location to the |

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

| | | |
|---|---|---|
| 11:09 | 1 | Bally's location, correct? |
| 11:09 | 2 | A.   I didn't change.   They changed me. |
| 11:09 | 3 | Q.   But whether you asked to be transferred or |
| 11:09 | 4 | they asked you to transfer, you transferred from the |
| 11:09 | 5 | Monte Carlo location to the Bally's location in |
| 11:09 | 6 | January of 2017? |
| 11:09 | 7 | A.   Yes.  That's the way it was. |
| 11:09 | 8 | Q.   Okay.  I just want to get the dates right |
| 11:09 | 9 | here. |
| 11:10 | 10 | A.   And I don't know the dates exactly, so if |
| 11:10 | 11 | you ask me dates, I don't know them exactly. |
| 11:10 | 12 | Q.   I can represent to you you transferred from |
| 11:10 | 13 | the Monte Carlo location to the Bally's location on |
| 11:10 | 14 | January 11th, 2017. |
| 11:10 | 15 | MR. HICKS:  Let me have marked as |
| 11:10 | 16 | Exhibit No. 2 Plaintiff's Amended Complaint and |
| 11:10 | 17 | Demand for Jury Trial. |
| 11:10 | 18 | (Exhibit 2 was marked for |
| 11:10 | 19 | identification.) |
| 11:10 | 20 | MS. HILL:  And Mr. Hicks, we'll take a |
| 11:10 | 21 | break again in another ten minutes, whenever you find |
| 11:10 | 22 | a good stopping point. |
| 11:11 | 23 | BY MR. HICKS: |
| 11:11 | 24 | Q.   Ms. Perez, the Complaint that's been marked |
| 11:11 | 25 | as Exhibit 2 is the Complaint drafted by your |

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

| | | |
|---|---|---|
| 11:13 | 1 | speak about her or the inhumane working conditions |
| 11:14 | 2 | because she feared HR would not take her seriously |
| 11:14 | 3 | and Ceballes would harm her since he had threatened |
| 11:14 | 4 | to kill her and her boyfriend, sexually assault her |
| 11:14 | 5 | sister and daughter, and have her deported as he had |
| 11:14 | 6 | previously threatened to do." |
| 11:14 | 7 | So the paragraph begins with, "Sandra did |
| 11:14 | 8 | not initially tell HR about the rapes and sexual |
| 11:14 | 9 | assaults." |
| 11:14 | 10 | Is that accurate? |
| 11:15 | 11 | A.   Yes.  I didn't immediately report it |
| 11:15 | 12 | because I was threatened with my life. |
| 11:15 | 13 | Q.   If we could go to paragraph 78 on page 12. |
| 11:15 | 14 | Paragraph 78 states:  "On or about May or June 2016, |
| 11:15 | 15 | and continuing throughout her employment, Sbarro |
| 11:15 | 16 | Pizza's general manager and Defendant Ceballes |
| 11:15 | 17 | willfully and unlawfully intended to cause harmful or |
| 11:15 | 18 | offensive physical contact with Sandra." |
| 11:15 | 19 | I didn't read the whole paragraph.  I just |
| 11:15 | 20 | read the first half. |
| 11:16 | 21 | Now, we'll get into the specifics later, |
| 11:16 | 22 | but I want to focus here on the time period, which |
| 11:16 | 23 | was May or June of 2016. |
| 11:16 | 24 | So in May or June of 2016, Mr. Ceballes |
| 11:16 | 25 | began sexually assaulting you, correct? |

Sandra M. Perez-Meza · Vol. I · October 23, 2019
* * * Videotaped Deposition * * *

| | | |
|---|---|---|
| 11:16 | 1 | A.    Yes. |
| 11:16 | 2 | Q.    And then in the next paragraph, paragraph |
| 11:16 | 3 | 79, where you're talking about Mr. Hernandez and |
| 11:16 | 4 | Mr. Alatorre, it states, "On or about May or |
| 11:17 | 5 | June 2016 and continuing throughout her employment, |
| 11:17 | 6 | Hernandez and Alatorre willfully and unlawfully |
| 11:17 | 7 | intended to cause harmful or offensive physical |
| 11:17 | 8 | contact with Sandra." |
| 11:17 | 9 | Again, I didn't read the whole paragraph. |
| 11:17 | 10 | I just want to focus on the time period. |
| 11:17 | 11 | A.    Yes.  That's right. |
| 11:17 | 12 | Q.    So in May or June of 2016, Mr. Hernandez |
| 11:17 | 13 | and Mr. Alatorre began sexually assaulting you? |
| 11:17 | 14 | A.    Yes.  Yes. |
| 11:18 | 15 | I know that sexual assault is not just |
| 11:18 | 16 | penetration, but they touched me and said offensive |
| 11:18 | 17 | things.  And Efrain Hernandez grabbed my hand and had |
| 11:18 | 18 | me touch his genitals. |
| 11:18 | 19 | Q.    Thank you for the clarification. |
| 11:18 | 20 | And when I use the phrase "sexually |
| 11:18 | 21 | assault," I mean everything from touching you |
| 11:19 | 22 | inappropriately to anything else that they physically |
| 11:19 | 23 | did to you. |
| 11:19 | 24 | And that began in May or June of 2016, |
| 11:19 | 25 | correct? |

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

| | | |
|---|---|---|
| 11:54 | 1 | saw the message, in preparation for this deposition, |
| 11:54 | 2 | your attorneys played that message for you? |
| 11:54 | 3 | A.   Yes.  But I don't remember everything it |
| 11:54 | 4 | said. |
| 11:54 | 5 | Q.   That's okay.  And your attorney showed you |
| 11:54 | 6 | the transcription of your message? |
| 11:54 | 7 | A.   Yes. |
| 11:54 | 8 | Q.   And when your attorneys played that tape |
| 11:54 | 9 | for you of your message, that's when you remembered |
| 11:54 | 10 | that the first time you complained about sexual |
| 11:54 | 11 | harassment to Ms. Dorado was April 17, 2017? |
| 11:55 | 12 | MS. HILL:  Objection.  Form. |
| 11:55 | 13 | THE WITNESS:  I don't remember having told |
| 11:55 | 14 | her.  I don't remember. |
| 11:55 | 15 | BY MR. HICKS: |
| 11:55 | 16 | Q.   You don't remember ever telling Ms. Dorado |
| 11:55 | 17 | that you felt sexually harassed? |
| 11:55 | 18 | A.   I don't remember having told her, but I |
| 11:55 | 19 | wanted them to know what had happened.  But I was |
| 11:55 | 20 | very afraid. |
| 11:55 | 21 | MR. HICKS:  So let's have marked as next in |
| 11:55 | 22 | order Bates stamp page Sbarro 330, which is the |
| 11:56 | 23 | transcription of the voicemail message that Ms. Perez |
| 11:56 | 24 | left on April 18, 2017. |
| 11:56 | 25 | (Exhibit 7 was marked for |

Sandra M. Perez-Meza - Vol. I - October 23, 2019
* * * Videotaped Deposition * * *

Page 81

| | | |
|---|---|---|
| 12:07 | 1 | THE WITNESS: Yes. |
| 12:07 | 2 | BY MR. HICKS: |
| 12:07 | 3 | Q. You reported to the police that in November |
| 12:07 | 4 | of 2016, Mr. Ceballes pulled you into the cooler and |
| 12:07 | 5 | assaulted you, correct? |
| 12:07 | 6 | A. Yes. |
| 12:07 | 7 | Q. And then in the next paragraph -- |
| 12:08 | 8 | A. But the dates here, this one says 2015. |
| 12:08 | 9 | That's not correct. |
| 12:08 | 10 | Q. No. It says, "Perez-Meza states that in |
| 12:08 | 11 | November of 2016." |
| 12:08 | 12 | A. Okay. |
| 12:08 | 13 | Q. And in the paragraph following that, it |
| 12:08 | 14 | says, "Perez-Meza states that in December of 2016, |
| 12:08 | 15 | she told Ceballes that she will no longer comply with |
| 12:08 | 16 | his demands and was worried about him taking |
| 12:08 | 17 | advantage of her sister-in-law." |
| 12:08 | 18 | Do you see that? |
| 12:08 | 19 | A. Yes. |
| 12:08 | 20 | Q. So in December of 2016, you told |
| 12:08 | 21 | Mr. Ceballes that you were not going to have any |
| 12:09 | 22 | sexual relations with him anymore, correct? |
| 12:09 | 23 | MS. HILL: Objection. Can you read back |
| 12:09 | 24 | the date? I thought you said '17, but I could have |
| 12:09 | 25 | misheard. |

Sandra M. Perez-Meza  - Vol. I -  October 23, 2019
* * * Videotaped Deposition * * *

Page  82

| 12:09 | 1 | (The record was read as requested.) |
| 12:09 | 2 | MS. HILL:  I was wrong.  Sorry.  Thank you. |
| 12:09 | 3 | THE WITNESS:  I would tell Zach all the |
| 12:09 | 4 | time. |

12:09    5         That's one thing that's frustrating to me

12:09    6    because, like in this statement, there's a lot of

12:09    7    things that are not in there, because when I went to

12:09    8    make the statement there was nobody that spoke

12:09    9    Spanish there.

12:10   10         In fact, they had to call another girl to

12:10   11    help me because the girl that was helping me started

12:10   12    crying because she couldn't believe what I had gone

12:10   13    through at work.

12:10   14    BY MR. HICKS:

12:10   15         Q.   When you say "girl," you're referring to a

12:10   16    police officer?

12:10   17         A.   Well, two women helped me.  They were

12:10   18    wearing a uniform.  I don't know if they were police.

12:10   19    And then one man came to help.  I think he was

12:10   20    Hispanic because he spoke Spanish, but I had never

12:11   21    seen the statement.

12:11   22         Q.   Okay.  So the women that were taking your

12:11   23    statement down had police uniforms on, correct?

12:11   24         A.   Yes.

12:11   25         Q.   And they were at the police department or

```
 1                 UNITED STATES DISTRICT COURT

 2                    DISTRICT OF NEVADA

 3

 4

 5   SANDRA M. MEZA-PEREZ,          )
                                    )
 6        Plaintiff,                )
                                    )  Case No.
 7        vs.                       )  2:19-cv-00373-APG-NJK
                                    )
 8   SBARRO, LLC, dba SBARRO        )
     PIZZA, a foreign limited       )
 9   liability company; SBARRO,     )  CERTIFIED
     INC., dba SBARRO PIZZA, a      )
10   foreign corporation; ZACHARY   )  COPY
     CEBALLES, an individual;       )
11   EFRAIN HERNANDEZ, an           )
     individual; JESUS ALATORRE, an )
12   individual; DANA DORADO, an    )
     individual,                    )
13                                  )
          Defendants.               )
14   _____ )

15

16       VIDEOTAPED DEPOSITION OF SANDRA M. PEREZ-MEZA

17                       VOLUME III

18                    Pages 283 to 481

19            Taken on Friday, November 1, 2019

20                     At 9:22 a.m.

21        Held at the Law Office of Littler Mendelson

22         3960 Howard Hughes Parkway, Suite 300

23               Las Vegas, Nevada  89169

24

25   Reported By: Gale Salerno, RMR, CCR No. 542
```

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page  284

```
 1   APPEARANCES:

 2   For the Plaintiff, Sandra M. Perez-Meza:

 3           MELANIE A. HILL, ESQ.
             Melanie Hill Law, PLLC
 4           520 South 7th Street, Suite A
             Las Vegas, Nevada  89101
 5           (702) 362-8500
             melanie@melaniehilllaw.com
 6
                 ** and **
 7
             HARDEEP SULL, ESQ.
 8           Sull & Associates, PLLC
             520 South 7th Street, Suite A
 9           Las Vegas, Nevada  89101
             (702) 953-9500
10           dee@sullglobal.com

11

12   For the Defendants, Sbarro, LLC, dba Sbarro Pizza,
     and Sbarro, Inc., dba Sbarro Pizza:
13
             PATRICK H. HICKS, ESQ.
14           Littler Mendelson, P.C.
             3960 Howard Hughes Parkway, Suite 300
15           Las Vegas, Nevada  89169
             (702) 862-8800
16           phicks@littler.com

17               ** and **

18           KELSEY STEGALL, ESQ.
             Littler Mendelson, P.C.
19           3960 Howard Hughes Parkway, Suite 300
             Las Vegas, Nevada  89169
20           (702) 862-8800
             kstegall@littler.com
21

22

23

24

25
```

```
 1    For the Defendant, Dana Dorado:

 2            JASON K. HICKS, ESQ.
              Greenberg Traurig, LPP
 3            10845 Griffith Peak Drive, Suite 600
              Las Vegas, Nevada  89135
 4            (702) 938-6856
              hicksja@gtlaw.com
 5

 6

 7    For the Defendants, Zachary Ceballes and Efrain
      Hernandez:
 8
              PATRICK N. CHAPIN, ESQ.
 9            Patrick N. Chapin, Ltd.
              129 Cassia Way
10            Henderson, Nevada  89014
              (702) 433-7295
11            pat@chapinlaw.net

12

13

14    Also Present:

15            TIM HARTMANSZERBIEC, Legal Videographer

16            ANITA D'ANGELO, Spanish Interpreter

17            PAMELA RUIZ, Legal Assistant,
                Melanie Hill Law, PLLC
18
              EFRAIN HERNANDEZ
19
              ZACHARY CEBALLES
20

21

22

23

24

25
```

| | | |
|---|---|---|
| 11:29 | 1 | the spray to clean, and a rag.  When I went in, Zach |
| 11:29 | 2 | was behind me, and he closed the door. |
| 11:29 | 3 | Q.   Okay.  Then what happened next? |
| 11:29 | 4 | A.   He grabbed me from behind.  He started to |
| 11:29 | 5 | touch my breasts.  He was trying to kiss me.  So I |
| 11:29 | 6 | just would turn. |
| 11:29 | 7 | And then he turned me towards -- there |
| 11:30 | 8 | was -- I don't know how to say it, where the food |
| 11:30 | 9 | was.  So there was one on this side and another one |
| 11:30 | 10 | on this one.  He turned me.  There was a space there. |
| 11:30 | 11 | He turned me towards that space.  He pulled down my |
| 11:30 | 12 | pants and he penetrated me. |
| 11:30 | 13 | Q.   Was there anybody in the refrigerator or |
| 11:30 | 14 | cooler other than you and Mr. Ceballes? |
| 11:30 | 15 | A.   No. |
| 11:30 | 16 | Q.   Was the door to the refrigerator open or |
| 11:30 | 17 | closed when this allegedly happened? |
| 11:30 | 18 | A.   It was locked from the inside. |
| 11:31 | 19 | Q.   Well, there's some dispute about that. |
| 11:31 | 20 | MS. HILL:  Objection.  Form. |
| 11:31 | 21 | BY MR. HICKS: |
| 11:31 | 22 | Q.   Did you scream? |
| 11:31 | 23 | A.   No.  I just remember I was ashamed to know |
| 11:31 | 24 | that -- for them to know that Zach had me there. |
| 11:31 | 25 | Q.   Did you yell? |

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

| | | | |
|---|---|---|---|
| 11:31 | 1 | A. | No, I didn't yell. |
| 11:31 | 2 | Q. | Did you cry for help? |
| 11:31 | 3 | A. | No.  I was in shock. |
| 11:31 | 4 | Q. | Did you say no? |
| 11:31 | 5 | A. | I was just trying to cover myself. |
| 11:31 | 6 | Q. | Did you say no? |
| 11:31 | 7 | A. | I don't remember. |
| 11:31 | 8 | Q. | And it's your -- what kind of pants were |
| 11:31 | 9 | | you wearing? |
| 11:31 | 10 | A. | Blue jeans. |
| 11:31 | 11 | Q. | So did you have a belt on? |
| 11:31 | 12 | A. | No. |
| 11:31 | 13 | Q. | What kind of shoes were you wearing? |
| 11:31 | 14 | A. | The type so that I don't slip. |
| 11:32 | 15 | Q. | So tennis shoes with a rubber sole? |
| 11:32 | 16 | A. | Like tennis shoes. |
| 11:32 | 17 | Q. | Did you leave your tennis shoes on? |
| 11:32 | 18 | A. | Yes. |
| 11:32 | 19 | Q. | And I'm going to have to ask you specific |
| 11:32 | 20 | | questions here. |
| 11:32 | 21 | A. | Yes, that's fine. |
| 11:32 | 22 | Q. | What were you wearing?  What kind of shirt |
| 11:32 | 23 | | or blouse were you wearing? |
| 11:32 | 24 | A. | A T-shirt from Sbarro's and my pants. |
| 11:32 | 25 | Q. | T-shirt and a pair of blue jeans? |

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page 364

| 11:32 | 1 | A. Yes. |
| 11:32 | 2 | Q. And did you have a bra or a brassiere on? |
| 11:32 | 3 | A. Yes. I had a bra on and panties. |
| 11:32 | 4 | Q. Did you have anything in your hands when |
| 11:32 | 5 | you went into the cooler? |
| 11:32 | 6 | A. I had the spray and the rag. |
| 11:32 | 7 | Q. Okay. And when you went in and you had the |
| 11:32 | 8 | spray and the rag, what did you do with the spray and |
| 11:32 | 9 | the rag? |
| 11:32 | 10 | A. I don't remember. I was surprised, and I |
| 11:33 | 11 | just there was kind of paralyzed and didn't know how |
| 11:33 | 12 | to react. I thought that I could lose my job. There |
| 11:33 | 13 | were a lot of things going around in my head. |
| 11:33 | 14 | Q. What did you do with the rag and the spray? |
| 11:33 | 15 | A. I don't remember. |
| 11:33 | 16 | Q. Did you set it down? |
| 11:33 | 17 | A. I don't remember. |
| 11:33 | 18 | Q. Did you hold on to it? |
| 11:33 | 19 | A. I don't remember. I don't remember if I |
| 11:33 | 20 | put it down. I don't remember if I kept them. I |
| 11:33 | 21 | don't remember. |
| 11:33 | 22 | Q. Did you hit Zach in the head with it? |
| 11:33 | 23 | A. No. I don't remember. |
| 11:33 | 24 | Q. Now, you testified that Zach tried to touch |
| 11:33 | 25 | your breasts. |

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page  365

| | | |
|---|---|---|
| 11:33 | 1 | A.   Yes. |
| 11:33 | 2 | Q.   So he closed the door? |
| 11:33 | 3 | A.   Yes.  I went in first.  He was behind me. |
| 11:33 | 4 | He closed the door.  There was a metal piece, and |
| 11:34 | 5 | that closed the door from the inside. |
| 11:34 | 6 | Q.   So when he closed the door, did he say |
| 11:34 | 7 | anything? |
| 11:34 | 8 | A.   No.  I was just like surprised what -- as |
| 11:34 | 9 | to what he was doing there. |
| 11:34 | 10 | Q.   I'm not asking what your reaction was. |
| 11:34 | 11 | Right now I'm just asking after Zach closed the door, |
| 11:34 | 12 | did he say anything? |
| 11:34 | 13 | A.   I don't remember. |
| 11:34 | 14 | Q.   Did you say anything at that point after he |
| 11:34 | 15 | closed the door? |
| 11:34 | 16 | A.   I don't remember. |
| 11:34 | 17 | Q.   Now, there's been some testimony in this |
| 11:34 | 18 | case that you used drugs, including meth. |
| 11:34 | 19 | Were you using meth on this day that we're |
| 11:34 | 20 | talking about? |
| 11:34 | 21 | A.   No.  No.  No, I was sober. |
| 11:34 | 22 | Q.   You weren't high? |
| 11:34 | 23 | A.   No. |
| 11:34 | 24 | Q.   And you said he tried to grab -- excuse me. |
| 11:34 | 25 | That's not what you said. |

Sandra M. Perez-Meza · Vol. III · November 1, 2019
* * * Videotaped Deposition * * *

Page 366

| 11:34 | 1 | | You said he tried to touch your breasts? |
| 11:35 | 2 | A. | Yes. |
| 11:35 | 3 | Q. | Where were you standing when he tried to |
| 11:35 | 4 | touch your breasts? |
| 11:35 | 5 | A. | I was -- I was -- I had my back towards |
| 11:35 | 6 | him. |
| 11:35 | 7 | Q. | How do you know he was trying to touch your |
| 11:35 | 8 | breasts if you had your back towards him? |
| 11:35 | 9 | A. | He put his hands inside my blouse, so I |
| 11:35 | 10 | went like this. |
| 11:35 | 11 | Q. | So you gestured that he reached for your |
| 11:35 | 12 | breasts or your blouse, and you covered yourself by |
| 11:35 | 13 | crossing your arms? |
| 11:35 | 14 | A. | Yes. |
| 11:35 | 15 | Q. | And then what happened? |
| 11:35 | 16 | A. | He undid my pants. |
| 11:35 | 17 | Q. | So you had a pair of blue jeans on? |
| 11:35 | 18 | A. | Yes. |
| 11:35 | 19 | Q. | And they buttoned at the top? |
| 11:35 | 20 | A. | Yes. |
| 11:35 | 21 | Q. | And a zipper? |
| 11:35 | 22 | A. | Yes. |
| 11:35 | 23 | Q. | Did you unzip your pants or did Zach unzip |
| 11:35 | 24 | your pants? |
| 11:35 | 25 | A. | He did it.  He pulled them down. |

Sandra M. Perez-Meza · Vol. III · November 1, 2019
* * * Videotaped Deposition * * *

Page 368

| | | |
|---|---|---|
| 11:36 | 1 | resist or fight? |
| 11:36 | 2 | A.   No, I didn't fight. |
| 11:36 | 3 | Q.   And then did you help -- did you take your |
| 11:36 | 4 | own pants off? |
| 11:36 | 5 | A.   No. |
| 11:36 | 6 | Q.   So what were you doing with your hands when |
| 11:36 | 7 | he was -- |
| 11:36 | 8 | A.   I was very cold, so I was just covering |
| 11:36 | 9 | myself like this. |
| 11:37 | 10 | Q.   Let me finish my question.  I know you know |
| 11:37 | 11 | what I'm going to ask, but let me finish so the court |
| 11:37 | 12 | reporter can get it. |
| 11:37 | 13 | When Zach was pulling your pants down, did |
| 11:37 | 14 | you elbow him or push him, or did you just stand |
| 11:37 | 15 | there? |
| 11:37 | 16 | A.   I don't remember.  I don't know.  I don't |
| 11:37 | 17 | remember if I was trying to get him not to undo my |
| 11:37 | 18 | pants.  I was just like this, like pulling up my leg |
| 11:37 | 19 | a little bit because I was very cold. |
| 11:37 | 20 | MR. HICKS:  I want the record to reflect |
| 11:37 | 21 | the witness has her arms crossed over her chest. |
| 11:37 | 22 | MS. HILL:  And she's also crossing her |
| 11:37 | 23 | legs.  You can't see that. |
| 11:37 | 24 | THE WITNESS:  I was just doing like this. |
| 11:37 | 25 | MS. HILL:  Lifting her leg. |

| | | |
|---|---|---|
| 11:40 | 1 | on anything like a wall or anything else in the |
| 11:40 | 2 | cooler? |
| 11:40 | 3 | A.   I don't remember.  I don't know if I tried |
| 11:40 | 4 | to grab onto something.  I don't remember.  I just |
| 11:40 | 5 | remember that I was very cold. |
| 11:40 | 6 | Q.   And you say he penetrated you? |
| 11:40 | 7 | A.   Yes. |
| 11:40 | 8 | Q.   For how long? |
| 11:40 | 9 | A.   I don't remember. |
| 11:41 | 10 | Q.   Was it more or less than two seconds? |
| 11:41 | 11 | A.   I think from five to eight minutes. |
| 11:41 | 12 | Q.   So for five to eight minutes it's your |
| 11:41 | 13 | allegation that Mr. Ceballes had sexual intercourse |
| 11:41 | 14 | with you? |
| 11:41 | 15 | A.   Yeah.  He was penetrating me.  I wasn't |
| 11:41 | 16 | having sex with him. |
| 11:41 | 17 | Q.   You know what I'm asking though, right? |
| 11:41 | 18 | Sexual intercourse, penetration for five to eight |
| 11:41 | 19 | minutes you said? |
| 11:41 | 20 | A.   Yes. |
| 11:41 | 21 | Q.   And that was consistent?  In other words, |
| 11:41 | 22 | is it your allegation that once he entered you he |
| 11:41 | 23 | stayed in you until the eight minutes was done? |
| 11:41 | 24 | A.   Yes.  Until he finished. |
| 11:42 | 25 | Q.   And when you say "he finished," what do you |

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page  373

| | | | |
|---|---|---|---|
| 11:43 | 1 | A. | From behind, yes. |
| 11:43 | 2 | Q. | And he had his hands on your waist? |
| 11:43 | 3 | A. | No.  I remember he was putting his hands, |
| 11:43 | 4 | | touching my breasts. |
| 11:43 | 5 | Q. | He was trying to touch your breasts? |
| 11:43 | 6 | A. | So I was like this. I was trying -- how do |
| 11:43 | 7 | | you say it, to cover myself. |
| 11:43 | 8 | Q. | So he was trying to grab your breasts and |
| 11:44 | 9 | | you were covering yourself? |
| 11:44 | 10 | A. | Yes. |
| 11:44 | 11 | Q. | And then right after that -- |
| 11:44 | 12 | A. | Because when I went in, I remember I saw |
| 11:44 | 13 | | him, but I turned my back to him, and since I knew I |
| 11:44 | 14 | | had to clean, I started cleaning.  So I thought he |
| 11:44 | 15 | | was doing something there, but I never thought he was |
| 11:44 | 16 | | there to rape me. |
| 11:44 | 17 | Q. | So let me take this one step at a time. |
| 11:44 | 18 | | So after Mr. Ceballes was trying to touch |
| 11:44 | 19 | | your breasts, you covered your breasts, correct?  And |
| 11:44 | 20 | | then he immediately tried to unbutton your pants? |
| 11:44 | 21 | A. | I think so. |
| 11:44 | 22 | Q. | And when he was unbuttoning your pants, was |
| 11:44 | 23 | | he using both hands? |
| 11:44 | 24 | A. | I don't remember.  I don't remember.  But |
| 11:44 | 25 | | he had a difficult time undoing my pants. |

| | | |
|---|---|---|
| 11:49 | 1 | I remember that I was very embarrassed. |
| 11:49 | 2 | Q.   Who was this that you're referring to? |
| 11:49 | 3 | A.   Osvaldo Luna. |
| 11:49 | 4 | Q.   And is Osvaldo Luna a man or a woman? |
| 11:49 | 5 | A.   He's a man. |
| 11:49 | 6 | Q.   And when you left the cooler, is it your |
| 11:49 | 7 | testimony that Mr. Luna was somewhere outside the |
| 11:49 | 8 | door? |
| 11:49 | 9 | A.   Yes.  Because they started to make fun of |
| 11:49 | 10 | my -- Osvaldo Luna saw me walking out of the walk-in, |
| 11:50 | 11 | and immediately I think I finished, and my sister was |
| 11:50 | 12 | coming in to work.  And he told her that same day he |
| 11:50 | 13 | saw me, he saw what -- he told her what he had seen. |
| 11:50 | 14 | After that day it was a rumor. |
| 11:50 | 15 | Q.   Okay, wait a minute, wait a minute, wait a |
| 11:50 | 16 | minute.  This is what we can't do.  We have got to |
| 11:50 | 17 | stick to one question at a time. |
| 11:50 | 18 | First of all, was the cooler locked when |
| 11:50 | 19 | you were inside with Mr. Ceballes? |
| 11:50 | 20 | A.   Yes, it was locked.  You could close the |
| 11:50 | 21 | door from the inside.  They would go in and drink |
| 11:51 | 22 | beer in there. |
| 11:51 | 23 | Q.   No, no, no, no.  We need to stick to this |
| 11:51 | 24 | specific incident.  Not when somebody was drinking |
| 11:51 | 25 | beer, nothing else.  Just this incident. |

Sandra M. Perez-Meza · Vol. III · November 1, 2019
* * * Videotaped Deposition * * *

Page 384

12:16  1   that occasion?

12:16  2       A.   No.  I don't remember.

12:16  3       Q.   And you said it happened every week.  For

12:16  4   how many weeks did it happen every week?

12:16  5       A.   I just remember it was around the time I

12:16  6   was working in the Monte Carlo that it was one time

12:16  7   per week.

12:16  8       Q.   So is it your --

12:16  9       A.   There were times when it could have been on

12:16  10  Wednesdays or Saturdays, Sunday.

12:16  11      Q.   So is it your contention that after Zach

12:17  12  allegedly raped you the first time in May or June of

12:17  13  2016, that he raped you weekly from that point

12:17  14  forward until mid December 2016?

12:17  15      A.   Yes.  That's the way it happened.  And when

12:17  16  I was on my period --

12:17  17      Q.   We'll get to that.  We'll get to that.  I

12:17  18  want to stick right now with the alleged rapes.

12:17  19      Do you remember anything specific about the

12:17  20  second time that he allegedly raped you?

12:17  21      A.   No.  I don't remember.

12:17  22      Q.   Or how about the third time?

12:17  23      A.   I'm not sure of remembering the second

12:17  24  time.  But it was -- I was coming from my house, and

12:18  25  I was going into my shift of 2:00 to 10:00.  And I

Sandra M. Perez-Meza - Vol. III - November 1, 2019
* * * Videotaped Deposition * * *

Page 385

| 12:18 | 1 | remember I was very thirsty, and I was asking if I |
| 12:18 | 2 | could get a drink.  And then they told me to clock |
| 12:18 | 3 | in. |
| 12:18 | 4 | And when -- I think and I'm sure that it |
| 12:18 | 5 | was the second time, and he put me in the walk-in and |
| 12:18 | 6 | it happened again, he raped me. |
| 12:18 | 7 | Q.   So it's your allegation that he raped you |
| 12:18 | 8 | at least once a week all through July of 2016? |
| 12:18 | 9 | A.   Yes. |
| 12:18 | 10 | Q.   At least once a week all through August of |
| 12:18 | 11 | 2016? |
| 12:18 | 12 | A.   Yes. |
| 12:18 | 13 | Q.   At least once a week all through September |
| 12:19 | 14 | of 2016? |
| 12:19 | 15 | A.   Yes. |
| 12:19 | 16 | Q.   At least once a week through -- all through |
| 12:19 | 17 | October of 2016? |
| 12:19 | 18 | A.   Yes. |
| 12:19 | 19 | Q.   At least once a week through November of |
| 12:19 | 20 | 2016? |
| 12:19 | 21 | A.   Yes. |
| 12:19 | 22 | Q.   And then at least once a week for the first |
| 12:19 | 23 | two weeks of December of 2016? |
| 12:19 | 24 | A.   Yes. |
| 12:19 | 25 | Q.   So it's your allegation that he raped you |

Sandra M. Perez-Meza · Vol. III · November 1, 2019
* * * Videotaped Deposition * * *

Page 386

| | | |
|---|---|---|
| 12:19 | 1 | at least 22 times? |
| 12:19 | 2 | A. I think so. |
| 12:19 | 3 | Q. And -- |
| 12:19 | 4 | A. I never counted them. I've never thought |
| 12:19 | 5 | about it. |
| 12:19 | 6 | Q. Well, you told us it was at least once a |
| 12:19 | 7 | week. |
| 12:19 | 8 | A. It was one time. That I do remember. |
| 12:19 | 9 | Q. Okay. So at least once a week, so that is |
| 12:19 | 10 | at least 22 times that you claim he raped you? |
| 12:19 | 11 | A. Yes. |
| 12:19 | 12 | Q. And is it your contention that every time |
| 12:20 | 13 | he allegedly raped you, it was in the cooler at work |
| 12:20 | 14 | during work hours? |
| 12:20 | 15 | A. It was not -- it was never with my consent. |
| 12:20 | 16 | He would always threaten me. |
| 12:20 | 17 | Q. That's not my question. That's not my |
| 12:20 | 18 | question. My question is, is it your contention -- |
| 12:20 | 19 | MS. HILL: I don't know if she knows what |
| 12:20 | 20 | "contention" means. |
| 12:20 | 21 | THE WITNESS: What's contention? |
| 12:20 | 22 | MR. HICKS: Fair enough. |
| 12:20 | 23 | BY MR. HICKS: |
| 12:20 | 24 | Q. Thank you for telling me you didn't |
| 12:20 | 25 | understand the word. I'll change the word. |

Sandra M. Perez-Meza  · Vol. III ·  November 1, 2019
* * * Videotaped Deposition * * *

Page  389

| | | |
|---|---|---|
| 12:23 | 1 | most people, the most employees, correct? |
| 12:23 | 2 | A.   Yes. |
| 12:23 | 3 | Q.   On the second time that Zach allegedly |
| 12:23 | 4 | raped you in the cooler, what were you wearing? |
| 12:23 | 5 | A.   I always had my uniform on. |
| 12:23 | 6 | Q.   What pants? |
| 12:23 | 7 | A.   It was blue jeans and the black T-shirt |
| 12:23 | 8 | from Sbarro's with my black cap.  And with my -- |
| 12:24 | 9 | THE INTERPRETER:  I'm sorry, Counsel.  I |
| 12:24 | 10 | lost the word.  I'm sorry, I need to look real quick. |
| 12:24 | 11 | THE WITNESS:  (Witness speaking)  Apron. |
| 12:24 | 12 | THE INTERPRETER:  Apron. |
| 12:24 | 13 | BY MR. HICKS: |
| 12:24 | 14 | Q.   So whenever you were at work, you would |
| 12:24 | 15 | have blue jeans, the skinny blue jeans? |
| 12:24 | 16 | A.   Yes. |
| 12:24 | 17 | Q.   And a Sbarro shirt? |
| 12:24 | 18 | A.   Sbarro shirt. |
| 12:24 | 19 | Q.   A bra? |
| 12:24 | 20 | A.   My bra, my panties. |
| 12:24 | 21 | Q.   And on the second occasion that Zach |
| 12:24 | 22 | allegedly raped you, do you remember what he said? |
| 12:24 | 23 | How did you end up in the cooler?  Do you remember |
| 12:24 | 24 | the second occasion? |
| 12:24 | 25 | A.   No.  No, I don't remember exactly. |

Sandra M. Perez-Meza - Vol. III - November 1, 2019
* * * Videotaped Deposition * * *

Page 390

| | | |
|---|---|---|
| 12:25 | 1 | Q. Did -- do you remember who asked you to go |
| 12:25 | 2 | in the cooler on that occasion? |
| 12:25 | 3 | A. Jesus, when he gave me the drink, he told |
| 12:25 | 4 | me to go in, to clock in.  And then I just remember |
| 12:25 | 5 | that it happened. |
| 12:25 | 6 | Q. Right now I'm just asking about the second |
| 12:25 | 7 | time you claim that Zach raped you. |
| 12:25 | 8 | Why were you in the cooler? |
| 12:25 | 9 | A. Because that's what I was told to do. |
| 12:25 | 10 | Q. By who? |
| 12:25 | 11 | A. Jesus and Zach. |
| 12:25 | 12 | Q. So Jesus and Zach both told you at the same |
| 12:25 | 13 | time to go to the cooler? |
| 12:25 | 14 | A. No.  First it was Jesus.  And because I |
| 12:25 | 15 | didn't pay attention, then Zach came.  And that was |
| 12:25 | 16 | when he told me somebody had to pay the favor of |
| 12:26 | 17 | having given work to my whole family, and that if I |
| 12:26 | 18 | didn't do it, he was going to take it against my |
| 12:26 | 19 | sister.  And I didn't want anything to happen to her. |
| 12:26 | 20 | Q. So is it your testimony that you had sexual |
| 12:26 | 21 | intercourse with Zach because you were concerned that |
| 12:26 | 22 | if you didn't, he would want to have sexual |
| 12:26 | 23 | intercourse with your sister? |
| 12:26 | 24 | A. Yeah. |
| 12:26 | 25 | Q. Yesterday we heard testimony from Malani |

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Sandra M. Perez-Meza · Vol. III · November 1, 2019
* * * Videotaped Deposition * * *

```
12:34   1              If witnesses came in and say -- tell us you
12:34   2    hated Nancy, you were jealous of Nancy, would they be
12:34   3    lying?
12:34   4        A.   Yes.  Yes.  As a matter of fact, I have her
12:34   5    phone number when I found her with her children.
12:34   6              MR. HICKS:  This is nonresponsive.  I ask
12:34   7    that it be stricken.
12:34   8    BY MR. HICKS:
12:34   9        Q.   Please stick to the questions.
12:34  10        A.   I have her phone number.
12:34  11        Q.   Ms. Perez, there's no question pending.
12:34  12              So on the second occasion that you were
12:34  13    allegedly raped by Mr. Ceballes, did you yell for
12:34  14    help?
12:34  15        A.   No.
12:34  16        Q.   Did you scream?
12:35  17        A.   No.
12:35  18        Q.   Did you scratch him or fight him?
12:35  19        A.   I don't remember.
12:35  20        Q.   And did he wear a condom on that second
12:35  21    occasion?
12:35  22        A.   Yes.  He always used a condom.
12:35  23        Q.   So on each of the 22-plus times that
12:35  24    Mr. Ceballes allegedly raped you, he had a condom on?
12:35  25        A.   Yes.
```

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page 398

| | | |
|---|---|---|
| 12:35 | 1 | Q.   And on the second occasion, did you see him |
| 12:35 | 2 | put the condom on? |
| 12:35 | 3 | A.   I don't remember. |
| 12:35 | 4 | Q.   Then how do you know he had a condom on? |
| 12:35 | 5 | A.   Because I would see him put it in a plastic |
| 12:35 | 6 | Sbarro's bag.  Because he would always come with two |
| 12:35 | 7 | blue rags in a bag. |
| 12:35 | 8 | Q.   Are you talking about the second time that |
| 12:36 | 9 | he allegedly raped you?  Because that's what I'm |
| 12:36 | 10 | talking about. |
| 12:36 | 11 | A.   Yes. |
| 12:36 | 12 | Q.   So on the second time he allegedly raped |
| 12:36 | 13 | you, you're claiming you specifically remember he had |
| 12:36 | 14 | a blue rag? |
| 12:36 | 15 | A.   Two rags. |
| 12:36 | 16 | Q.   Two?  And you're positive this was the |
| 12:36 | 17 | second time? |
| 12:36 | 18 | A.   I'm not sure if it was the second time. |
| 12:36 | 19 | I'm not very sure. |
| 12:36 | 20 | Q.   And when you went into the cooler with him, |
| 12:36 | 21 | he had the rags in his hand? |
| 12:36 | 22 | A.   No.  No.  They were inside the bag. |
| 12:36 | 23 | Q.   Okay.  And the bag was in his hand? |
| 12:36 | 24 | A.   Yes. |
| 12:36 | 25 | Q.   And you saw the bag in his hand? |

Sandra M. Perez-Meza · Vol. III · November 1, 2019
* * * Videotaped Deposition * * *

Page 402

| | | | |
|---|---|---|---|
| 12:40 | 1 | | Did you ever physically hit or scratch |
| 12:40 | 2 | Zach? |
| 12:40 | 3 | A. | Me to him? |
| 12:40 | 4 | Q. | Yes. |
| 12:40 | 5 | A. | No. |
| 12:40 | 6 | Q. | Did you ever say no? |
| 12:40 | 7 | A. | I think I pushed him. |
| 12:40 | 8 | Q. | Did you ever say no? |
| 12:40 | 9 | A. | Yes.  Yes. |
| 12:40 | 10 | Q. | You already testified -- |
| 12:40 | 11 | A. | I would say no.  I would say no.  He would |
| 12:40 | 12 | stand in front of me, and he would move.  And I would |
| 12:41 | 13 | ask him do I have to do it, and he would say yes. |
| 12:41 | 14 | Because he was always in front.  I would be working. |
| 12:41 | 15 | He would be in front of me and he wouldn't move. |
| 12:41 | 16 | Q. | So you testified earlier in your deposition |
| 12:41 | 17 | that in this mid December, you put your foot down and |
| 12:41 | 18 | said I'm not going to have sex with you anymore, |
| 12:41 | 19 | right? |
| 12:41 | 20 | A. | I'm not very sure if I wrote it like that |
| 12:41 | 21 | or said it like that.  I would always tell him no. |
| 12:41 | 22 | So it's not the only time I told him no.  I would |
| 12:41 | 23 | always tell him no. |
| 12:41 | 24 | Q. | In the police report that you filed on |
| 12:41 | 25 | April 19, 2017, it says -- |

12:43  1   intercourse with Zach, why did you?

12:43  2       A.   Why did I do that?  That's a stupid

12:43  3   question.

12:43  4       Q.   I don't think so.  I think it's a very

12:43  5   common question.  Why --

12:43  6       A.   For you.

12:43  7       Q.   Okay.  So that's why I'm asking you.  Why

12:43  8   did you have sex with Zach more than 22 times if you

12:43  9   didn't want to?

12:43  10      A.   Because I was threatened.

12:43  11      Q.   Threatened with what?

12:43  12      A.   He's going to kill me.  If I play with the

12:43  13  money of his family.  He would tell me to bring

12:43  14  him -- he told me bring me your boyfriend -- bring me

12:44  15  Jose.

12:44  16      Q.   I'm asking you why you had sexual

12:44  17  intercourse over 22 times if you didn't want to.  And

12:44  18  the first thing you said is because he said he would

12:44  19  kill you, right?

12:44  20      A.   He told me if I didn't do it he was going

12:44  21  to take it out on my brother and my -- my sister and

12:44  22  my daughter.

12:44  23      Q.   So when did Zach allegedly tell you if you

12:44  24  didn't have sex with him he was going to take it out

12:44  25  on your sister and your daughter?

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page 405

| | | | |
|---|---|---|---|
| 12:44 | 1 | A. | I think it was the first time. |
| 12:44 | 2 | Q. | Okay.  And did he say that just once? |
| 12:44 | 3 | A. | Or the second time. |
| 12:44 | 4 | | No.  He would say it, and he would tell me |
| 12:44 | 5 | | if I played with his family's money, he was going to |
| 12:44 | 6 | | kill me. |
| 12:44 | 7 | Q. | What does playing with -- wait a minute, |
| 12:45 | 8 | | wait a minute.  Just a second.  What does playing |
| 12:45 | 9 | | with his family's money have to do with anything? |
| 12:45 | 10 | A. | I don't know.  That's what he would say. |
| 12:45 | 11 | Q. | So it's your allegation that Zach Ceballes |
| 12:45 | 12 | | told you if you don't have sex with him, he's going |
| 12:45 | 13 | | to do something bad to your sister and your daughter? |
| 12:45 | 14 | | THE INTERPRETER:  I'm sorry.  I need to... |
| 12:45 | 15 | | THE WITNESS:  If I didn't do it with him, |
| 12:45 | 16 | | he was going to do it with my sister or my daughter. |
| 12:45 | 17 | BY MR. HICKS: |
| 12:45 | 18 | Q. | Your daughter's name is Karla? |
| 12:45 | 19 | A. | Karla, yes. |
| 12:45 | 20 | Q. | And did Karla work at the Monte Carlo at |
| 12:45 | 21 | | the time? |
| 12:45 | 22 | A. | She worked for a few days.  I don't |
| 12:45 | 23 | | remember very well. |
| 12:45 | 24 | Q. | But just a couple of days? |
| 12:45 | 25 | A. | Yes.  Yes.  And then she was sent to |

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page  409

| 12:49 | 1 | A.   I don't remember exactly. |
| 12:49 | 2 | Q.   But after Karla trained at the Monte Carlo, |
| 12:49 | 3 | she then immediately transferred to Bally's? |
| 12:49 | 4 | A.   Yes. |
| 12:49 | 5 | Q.   So when Mr. Ceballes was allegedly making |
| 12:49 | 6 | these threats to you, Karla worked at a different |
| 12:49 | 7 | location, correct? |
| 12:49 | 8 | A.   Yes.  But I did believe him, that he was |
| 12:49 | 9 | going to do something to my daughter. |
| 12:49 | 10 | Q.   So if Mr. Ceballes worked at the Monte |
| 12:49 | 11 | Carlo location, what is it that you believed he could |
| 12:49 | 12 | do to your daughter who didn't even work at that |
| 12:49 | 13 | location? |
| 12:49 | 14 | A.   He could wait for her, attack her.  He |
| 12:49 | 15 | could work at that store.  I don't know. |
| 12:49 | 16 | Q.   And what is it that you thought |
| 12:49 | 17 | Mr. Ceballes would do or could do to your sister, |
| 12:49 | 18 | Fabiola, if she didn't work at the Monte Carlo |
| 12:49 | 19 | location? |
| 12:50 | 20 | A.   Because I had also heard something about my |
| 12:50 | 21 | sister.  He wanted her to change her shirt in front |
| 12:50 | 22 | of him. |
| 12:50 | 23 | Q.   What does that have to do with your having |
| 12:50 | 24 | sex with Mr. Ceballes? |
| 12:50 | 25 | A.   I was already afraid that he was going to |

Sandra M. Perez-Meza  - Vol. III -  November 1, 2019
* * * Videotaped Deposition * * *

Page 462

| | | |
|---|---|---|
| 03:38 | 1 | were the ones who told me you can get money from here |
| 03:38 | 2 | and you can buy the company and you can fire whoever |
| 03:38 | 3 | treated you bad, Sandra. |
| 03:38 | 4 | "And I said oh, yeah.  So we laughed |
| 03:38 | 5 | because it was just a joke.  I didn't know what was |
| 03:38 | 6 | going to happen.  I didn't know.  Zach told me nobody |
| 03:38 | 7 | was going to believe me, so I thought nobody was |
| 03:38 | 8 | going to believe me.  He always gets away with |
| 03:38 | 9 | things, and I always thought it was like that.  And |
| 03:38 | 10 | they said -- we laughed because it was a joke, and |
| 03:38 | 11 | that's where it ended.  I never said anything like |
| 03:38 | 12 | that." |
| 03:39 | 13 | - - - |
| 03:39 | 14 | BY MR. HICKS: |
| 03:39 | 15 | Q.   So your coworkers at the Cleaning Authority |
| 03:39 | 16 | were told by you about your lawsuit against Sbarro, |
| 03:40 | 17 | correct? |
| 03:40 | 18 | A.   There wasn't a lawsuit.  I just told them |
| 03:40 | 19 | about a complaint I had made at the Nevada Rights |
| 03:40 | 20 | Commission.  We never talked about a lawsuit. |
| 03:40 | 21 | Q.   So you talked about your charge with the |
| 03:40 | 22 | Nevada Equal Rights Commission? |
| 03:40 | 23 | A.   Yes.  I just talked about that I complained |
| 03:40 | 24 | at Nevada Rights Commission.  Never that I have a |
| 03:40 | 25 | lawsuit.  I didn't even know what a lawsuit was.  I |

Sandra M. Perez-Meza - Vol. IV -  January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page  482

```
 1                 UNITED STATES DISTRICT COURT

 2                     DISTRICT OF NEVADA

 3

 4

 5   SANDRA M. MEZA-PEREZ,          )
                                    )
 6        Plaintiff,                )
                                    )
 7            vs.                   )
                                    )
 8   SBARRO, LLC, dba SBARRO        ) Case No.
     PIZZA, a foreign limited       ) 2:19-cv-00373-APG-NJK
 9   liability company; SBARRO,     )
     INC., dba SBARRO PIZZA, a      )
10   foreign corporation; ZACHARY   )
     CEBALLES, an individual;       )
11   EFRAIN HERNANDEZ, an           )
     individual; JESUS ALATORRE, an )
12   individual; DANA DORADO, an    )
     individual,                    )
13                                  )
          Defendants.               )
14   _____)

15

16              * * * CONFIDENTIAL * * *

17     VIDEOTAPED DEPOSITION OF SANDRA M. PEREZ-MEZA

18                     VOLUME IV

19               Pages 482 to 731

20          Taken on Thursday, January 23, 2020

21               At 9:34 a.m.

22     Held at the Law Office of Littler Mendelson

23       3960 Howard Hughes Parkway, Suite 300

24             Las Vegas, Nevada  89169

25   Reported By: Gale Salerno, RMR, CCR No. 542
```

**CONFIDENTIAL**

**CERTIFIED
COPY**

Sandra M. Perez-Meza  - Vol. IV -  January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page  483

```
 1     APPEARANCES:

 2     For the Plaintiff, Sandra M. Perez-Meza:

 3             JOHN M. SAMBERG, ESQ.
               JORDAN J. BUTLER, ESQ.
 4             JILL GUINGCANGCO, ESQ.
               Wolf Rifkin Shapiro Schulman & Rabkin, LLP
 5             3556 East Russell Road, Second Floor
               Las Vegas, Nevada  89120
 6             (702) 341-5200
               jsamberg@wrslawyers.com
 7             jbutler@wrslawyers.com
               ajg@wrslawyers.com
 8

 9                  ** and **

10             MELANIE A. HILL, ESQ
               Melanie Hill Law, PLLC
11             520 South 7th Street, Suite A
               Las Vegas, Nevada  89101
12             (702) 362-8500
               melanie@melaniehilllaw.com
13
                    ** and **
14
               HARDEEP SULL, ESQ
15             Sull & Associates, PLLC
               520 South 7th Street, Suite A
16             Las Vegas, Nevada  89101
               (702) 953-9500
17             dee@sullglobal.com

18

19     For the Defendants, Sbarro, LLC, dba Sbarro Pizza,
       and Sbarro, Inc., dba Sbarro Pizza:
20
               PATRICK H. HICKS, ESQ.
21             Littler Mendelson, P.C.
               3960 Howard Hughes Parkway, Suite 300
22             Las Vegas, Nevada  89169
               (702) 862-8800
23             phicks@littler.com

24                  ** and **

25
```

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 484

```
 1              KELSEY STEGALL, ESQ.
                Littler Mendelson, P.C.
 2              3960 Howard Hughes Parkway, Suite 300
                Las Vegas, Nevada  89169
 3              (702) 862-8800
                kstegall@littler.com
 4

 5

 6  For the Defendants, Zachary Ceballes and Efrain
    Hernandez:
 7
                PATRICK N. CHAPIN, ESQ.
 8              Patrick N. Chapin, Ltd.
                129 Cassia Way
 9              Henderson, Nevada  89014
                (702) 433-7295
10              pat@chapinlaw.net

11

12

13  Also Present:

14              TIM HARTMANSZERBIEC, Legal Videographer

15              ALICIA HERRERA, Spanish Interpreter

16              ALLISON MANN, Law Clerk (Patrick N. Chapin, Ltd.)

17

18

19

20

21

22

23

24

25
```

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 559

| 11:24 | 1 | BY MR. SAMBERG: |
| 11:24 | 2 | Q.   Okay.  Describe the threats that you were |
| 11:24 | 3 | referring to.  That's the question now. |
| 11:24 | 4 | A.   That if I was playing around with the |
| 11:24 | 5 | family's money, he was going to kill me.  He was |
| 11:24 | 6 | going to kill me, my boyfriend or my family. |
| 11:24 | 7 | Q.   Any other threats? |
| 11:24 | 8 | A.   He threatened me to deport me.  He |
| 11:24 | 9 | threatened me that if I wouldn't do what he asked me |
| 11:24 | 10 | to do, then he was going to go to my sister or my |
| 11:24 | 11 | daughter. |
| 11:25 | 12 | MR. SAMBERG:  Let me please ask Gale to |
| 11:25 | 13 | read back the entire answer. |
| 11:25 | 14 | -   -   - |
| 11:25 | 15 | (Whereupon, the following portion of |
| 11:25 | 16 | the testimony was read back by the court reporter:) |
| 11:24 | 17 | "ANSWER:  That if I was playing around |
| 11:24 | 18 | with the family's money, he was going to kill me.  He |
| 11:24 | 19 | was going to kill me, my boyfriend or my family. |
| 11:24 | 20 | "QUESTION:  Any other threats? |
| 11:24 | 21 | "ANSWER:  He threatened me to deport |
| 11:24 | 22 | me.  He threatened me that if I wouldn't do what he |
| 11:24 | 23 | asked me to do, then he was going to go to my sister |
| 11:24 | 24 | or my daughter." |
| 11:25 | 25 | -   -   - |

Sandra M. Perez-Meza - Vol. IV - January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 560

| | | |
|---|---|---|
| 11:25 | 1 | BY MR. SAMBERG: |
| 11:25 | 2 | Q. There were multiple things that I may ask |
| 11:25 | 3 | you for in detail. When you say Zach threatened to |
| 11:25 | 4 | deport you, what do you mean by that? |
| 11:25 | 5 | A. If I didn't -- if I were to say something |
| 11:26 | 6 | or if I didn't accept -- if I didn't accept to go |
| 11:26 | 7 | with him to the walk-in, meaning to the refrigerator. |
| 11:26 | 8 | Q. When you say deport, were you under the |
| 11:26 | 9 | impression that Zach had the power to deport you? |
| 11:26 | 10 | What do you mean he threatens to deport you? Does he |
| 11:26 | 11 | work for the government? I mean, what do you mean by |
| 11:26 | 12 | that? |
| 11:26 | 13 | A. I mean, we know that any person nowadays, |
| 11:26 | 14 | there's all these threats that they can just call |
| 11:26 | 15 | immigration on you. And that's what it was. When he |
| 11:26 | 16 | would say that, that he was going to call immigration |
| 11:26 | 17 | and report me if I didn't walk in to go to the |
| 11:26 | 18 | refrigerator with him or if I wouldn't do the oral |
| 11:26 | 19 | sex that he wanted. |
| 11:26 | 20 | Q. Okay. Now, when you said in your answer he |
| 11:27 | 21 | would go to your sister and your daughter, what did |
| 11:27 | 22 | you mean by that? What did you mean when you said |
| 11:27 | 23 | that? |
| 11:27 | 24 | A. That he was going to go do to them what he |
| 11:27 | 25 | was doing to me. He was going to do that to my |

All-American Court Reporters (702) 240-4393
www.aacrlv.com

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 561

| | | |
|---|---|---|
| 11:27 | 1 | daughter or my sister. |
| 11:27 | 2 | Q.   Sandra, this is a very delicate subject. |
| 11:27 | 3 | When you say "that," the word "that," that's not |
| 11:27 | 4 | specific.  What does "that" mean? |
| 11:27 | 5 | A.   That's the words that Zach would use.  That |
| 11:27 | 6 | if I wouldn't, meaning if I wouldn't give him |
| 11:27 | 7 | whatever he was asking of me, then he was going to go |
| 11:27 | 8 | get it from my sister or from my daughter. |
| 11:27 | 9 | Q.   What are you talking about?  Go get what? |
| 11:27 | 10 | A.   Sex. |
| 11:27 | 11 | Q.   You have -- |
| 11:27 | 12 | A.   To rape.  To rape. |
| 11:27 | 13 | Q.   Okay.  Okay. |
| 11:27 | 14 | A.   What else?  If he was doing that to me. |
| 11:27 | 15 | Q.   So when you say "that," you mean the sex |
| 11:28 | 16 | that you've been describing? |
| 11:28 | 17 | A.   Yeah. |
| 11:28 | 18 | Q.   Okay.  All right. |
| 11:28 | 19 | I just have a couple of more questions |
| 11:28 | 20 | about Zach's penis and then we're going to take a |
| 11:28 | 21 | break. |
| 11:28 | 22 | You've described the length relative -- |
| 11:28 | 23 | using numbers compared to this glass.  Using your own |
| 11:28 | 24 | words, how would you describe the girth of Zach's |
| 11:28 | 25 | penis?  Do you know what I mean by girth?  Not |

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 592

01:48  1   down wrong.  Let me phrase the question differently.
01:48  2   Somewhere in and around page 307 the subject came up
01:49  3   that she had complained to Zach about Efrain and
01:49  4   Jesus.  So I'll examine her about that and then on a
01:49  5   break I'll find the page number.
01:49  6   BY MR. SAMBERG:
01:49  7        Q.   Anyway, the complaint to Zach about Jesus
01:49  8   and Efrain, in the months that you worked at the
01:49  9   Monte Carlo location from I guess May or June to the
01:49  10  end of December 2016, when along that timeline do you
01:49  11  remember this happening?
01:49  12       A.   Like when I complained?
01:49  13       Q.   Yeah.
01:49  14       A.   In the beginning when I started working
01:49  15  there.
01:49  16       Q.   What did you complain about?
01:49  17       A.   That I had -- that they had poked at me
01:49  18  with a stick on -- at the convention center.  And
01:50  19  Jesus came from behind, and he had pressed my nipple,
01:50  20  and the bad things that Efrain would tell me, that
01:50  21  was my complaint.  That's what I complained about to
01:50  22  Zach.
01:50  23       Q.   Got it.  Okay.
01:50  24            Now, you mentioned two things.  That
01:50  25  somebody pinched the nipple on your breast, correct?

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

| | | |
|---|---|---|
| 02:34 | 1 | make a list.  Tell me the names. |
| 02:34 | 2 | A.    Faviola Perez, Ralicia.  I don't know the |
| 02:34 | 3 | last name.  Karla Perez, Maribel and me. |
| 02:34 | 4 | Q.    Okay.  So of your family members that are |
| 02:34 | 5 | here in Las Vegas that you mentioned, those people |
| 02:34 | 6 | were together with you working at the Sbarro location |
| 02:34 | 7 | at Monte Carlo, correct? |
| 02:35 | 8 | MR. HICKS:  Objection as to the time. |
| 02:35 | 9 | MR. SAMBERG:  Good objection. |
| 02:35 | 10 | BY MR. SAMBERG: |
| 02:35 | 11 | Q.    Where the work was in and around the |
| 02:35 | 12 | summertime of 2016, that's the period I'm talking |
| 02:35 | 13 | about. |
| 02:35 | 14 | A.    Yes. |
| 02:35 | 15 | Q.    Got it.  Okay. |
| 02:35 | 16 | Were any threats ever made to you that you |
| 02:35 | 17 | perceived -- do you have water?  Do you want to take |
| 02:35 | 18 | a break? |
| 02:35 | 19 | Did Zach ever threaten you that he would |
| 02:35 | 20 | fire your family members if you didn't cooperate with |
| 02:35 | 21 | him in having sex? |
| 02:35 | 22 | A.    Yes.  Yes.  He threatened me like that. |
| 02:35 | 23 | Q.    When? |
| 02:35 | 24 | A.    When he started to take me into the |
| 02:35 | 25 | walk-in, he would say that somebody had to be for |

Sandra M. Perez-Meza - Vol. IV - January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 621

| | | |
|---|---|---|
| 02:37 | 1 | consequences to how you feel? |
| 02:37 | 2 | MR. HICKS:  Objection.  Foundation. |
| 02:37 | 3 | THE WITNESS:  Yes. |
| 02:37 | 4 | BY MR. SAMBERG: |
| 02:37 | 5 | Q.  Please describe them. |
| 02:37 | 6 | A.  I was feeling very fearful at all times.  I |
| 02:37 | 7 | was feeling upset.  I have a lot of depression also |
| 02:37 | 8 | and scared.  More than anything scared for my family. |
| 02:38 | 9 | Scared for me because if I were to not have a job, I |
| 02:38 | 10 | mean, I had a family to support.  And that's what -- |
| 02:38 | 11 | that my family to have food, for us to be able to |
| 02:38 | 12 | have enough to pay for the rent. |
| 02:38 | 13 | Q.  Okay. |
| 02:38 | 14 | A.  It hurt me what was going on.  It hurt me a |
| 02:38 | 15 | lot.  And I felt like ashamed. |
| 02:38 | 16 | Q.  Did you suffer any feelings in your body as |
| 02:38 | 17 | a -- |
| 02:38 | 18 | MR. HICKS:  I didn't even hear the |
| 02:38 | 19 | question. |
| 02:39 | 20 | BY MR. SAMBERG: |
| 02:39 | 21 | Q.  Did you have other feelings, physical |
| 02:39 | 22 | feelings, in your body?  Physical discomfort? |
| 02:39 | 23 | A.  My body was aching and I also felt tired. |
| 02:39 | 24 | And many times I felt dizzy.  I felt as if I was |
| 02:39 | 25 | going to pass out. |

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 624

| | | |
|---|---|---|
| 02:42 | 1 | A.   I'm so sorry. |
| 02:42 | 2 | Q.   Don't be sorry.  Remember, it's not a |
| 02:42 | 3 | normal conversation.  Okay? |
| 02:42 | 4 | So let's have the question read back, the |
| 02:42 | 5 | same exact question.  And I agree that the previously |
| 02:42 | 6 | stated objections remain and carry forward to this |
| 02:42 | 7 | pending question. |
| 02:42 | 8 | -   -   - |
| 02:42 | 9 | (Whereupon, the following portion of |
| 02:42 | 10 | the testimony was read back by the court reporter:) |
| 02:42 | 11 | "QUESTION:  Did you ever report to |
| 02:42 | 12 | Sheldon about any of the things that had happened to |
| 02:42 | 13 | you at the Monte Carlo store?" |
| 02:42 | 14 | -   -   - |
| 02:42 | 15 | BY MR. SAMBERG: |
| 02:42 | 16 | Q.   It's a yes or no question. |
| 02:42 | 17 | A.   Yes. |
| 02:42 | 18 | Q.   What did you report? |
| 02:42 | 19 | A.   I tried to tell him, but he didn't allow |
| 02:42 | 20 | it. |
| 02:42 | 21 | Q.   Okay.  I understand you're trying to be |
| 02:42 | 22 | helpful, but that doesn't really explain anything. |
| 02:43 | 23 | MR. HICKS:  Well, Counsel, that was her |
| 02:43 | 24 | answer.  You asked her a question.  She gave you a |
| 02:43 | 25 | pretty clear answer.  No leading the witness. |

Sandra M. Perez-Meza - Vol. IV - January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 626

| | | |
|---|---|---|
| 02:44 | 1 | asked the reporter to read it back.  So we have to |
| 02:44 | 2 | wait for the reporter to read it back so I can figure |
| 02:44 | 3 | out how to proceed with your examination. |
| 02:44 | 4 | So let's just wait and let Gale read it |
| 02:44 | 5 | back. |
| 02:44 | 6 | -   -   - |
| 02:44 | 7 | (Whereupon, the following portion of |
| 02:44 | 8 | the testimony was read back by the court reporter:) |
| 02:44 | 9 | "QUESTION:  I tried to tell him, but |
| 02:44 | 10 | he didn't allow it." |
| 02:44 | 11 | -   -   - |
| 02:44 | 12 | MR. SAMBERG:  That was helpful.  Thank you. |
| 02:44 | 13 | BY MR. SAMBERG: |
| 02:44 | 14 | Q.   You tried to tell him what? |
| 02:44 | 15 | A.   Because why my hours were being cut off, |
| 02:44 | 16 | and why I was taken off the schedule.  And I tried to |
| 02:45 | 17 | tell him that I was getting tired, that this is what |
| 02:45 | 18 | Zach used to do. |
| 02:45 | 19 | And he said:  I don't care, I don't care |
| 02:45 | 20 | what happened, I don't want to hear about it, I don't |
| 02:45 | 21 | want to hear about it, I don't care, I don't care, I |
| 02:45 | 22 | don't care. |
| 02:45 | 23 | And I was not heard, and I was not allowed |
| 02:45 | 24 | to explain. |
| 02:45 | 25 | Q.   Okay. |

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 642

| | | |
|---|---|---|
| 03:19 | 1 | BY MR. SAMBERG: |
| 03:19 | 2 | Q.   Okay.   Now, at the Bally's -- I'm sorry, at |
| 03:19 | 3 | the Monte Carlo location of Sbarro's, do you recall |
| 03:19 | 4 | whether anything similar to these documents that we |
| 03:19 | 5 | just looked at in Exhibits 40 through 46, was |
| 03:19 | 6 | anything like that posted at the Monte Carlo |
| 03:19 | 7 | location? |
| 03:19 | 8 | A.   No. |
| 03:19 | 9 | Q.   Okay.   What about at the location at the |
| 03:19 | 10 | convention center? |
| 03:19 | 11 | A.   I don't remember. |
| 03:20 | 12 | Q.   Okay.   So but these were definitely at the |
| 03:20 | 13 | Bally's location? |
| 03:20 | 14 | A.   Yes.   They are.   They are at Bally's. |
| 03:20 | 15 | Q.   Now, in the last answer you ran through a |
| 03:20 | 16 | variety of things that you described that apparently |
| 03:20 | 17 | were things that you perceived as a problem for you. |
| 03:20 | 18 | So let's go through them quickly because these are |
| 03:20 | 19 | covered in your first deposition. |
| 03:20 | 20 | You said you were taken off schedule.   How |
| 03:20 | 21 | long were you off schedule? |
| 03:20 | 22 | A.   One month. |
| 03:20 | 23 | Q.   Okay.   You talked about working I think -- |
| 03:20 | 24 | did you work graveyard? |
| 03:20 | 25 | A.   Graveyard. |

Sandra M. Perez-Meza · Vol. IV · January 23, 2020
* * * Confidential Videotaped Deposition * * *

Page 659

04:03  1    you didn't -- strike that.
04:03  2         You testified that Zach was threatening you
04:03  3    with his job -- with your job, correct?
04:03  4         A.   Yes.
04:03  5         Q.   And that you had to support your family?
04:03  6         A.   Yes.
04:03  7         Q.   So and you're referring to -- by working at
04:03  8    Sbarro for 9.50 an hour, correct?
04:03  9         A.   Yes.
04:03  10        Q.   Yet you did find a job subsequent to that
04:03  11   making even more money, correct?
04:03  12        A.   Correct.
04:03  13        Q.   And it wasn't particularly hard for you to
04:03  14   find another job, was it?
04:03  15        A.   It took me effort.
04:03  16        Q.   I'm sorry?
04:03  17        A.   It took me effort.
04:03  18        Q.   Fair enough.  When was the first time you
04:04  19   spoke with or met John Samberg?
04:04  20             MR. SAMBERG:  Objection.  Relevance.
04:04  21             Let me make a statement for the record.
04:04  22             MR. HICKS:  Sure.
04:04  23             MR. SAMBERG:  That question does not invade
04:04  24   the privilege.
04:04  25             MR. HICKS:  It does not.