# EXHIBIT "9"

## Monte Carlo Employee Records

## Monte Carlo Employee Records

# EXHIBIT "9"

# Employee

Employee: 256799
From Date: 4/11/2016
To Date: 4/21/2017

| Emp Id | Employee Name | Eatery | Eatery name | Date of Business | Job Code | Title | Clock In | Clock Out | Paid Break Hours | Unpaid Break Hours | Hours | Declared Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 256799 | Sandra Perez | 740 | Monte Carlo Resort Hotel | 4/13/2016 | 1170 | Cook | 11:36 | 20:03 | 0 | 0.68 | 7.77 | 0 | 18.7 |
| | | 740 | Monte Carlo Resort Hotel | 4/14/2016 | 1170 | Cook | 14:00 | 20:00 | 0 | 0.57 | 5.43 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 4/16/2016 | 1170 | Cook | 14:00 | 20:00 | 0 | 0.5 | 5.5 | 0 | |
| | | 958 | Las Vegas Convention Cntr | 4/18/2016 | 1150 | Prep | 11:03 | 18:23 | 0 | 0 | 7.33 | 0 | 51.51 |
| | | 958 | Las Vegas Convention Cntr | 4/19/2016 | 1150 | Prep | 08:13 | 19:06 | 0 | 0 | 10.88 | 0 | |
| | | 958 | Las Vegas Convention Cntr | 4/20/2016 | 1150 | Prep | 08:09 | 18:55 | 0 | 0 | 10.77 | 0 | |
| | | 958 | Las Vegas Convention Cntr | 4/21/2016 | 1150 | Prep | 09:07 | 16:01 | 0 | 0 | 6.9 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 4/23/2016 | 1170 | Cook | 14:00 | 22:24 | 0 | 0.5 | 7.9 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 4/24/2016 | 1170 | Cook | 13:58 | 22:12 | 0 | 0.5 | 7.73 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 4/25/2016 | 1170 | Cook | 14:00 | 22:00 | 0 | 0.53 | 7.47 | 0 | 38.9 |
| | | 740 | Monte Carlo Resort Hotel | 4/28/2016 | 1170 | Cook | 14:11 | 22:55 | 0 | 0.52 | 8.22 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 4/29/2016 | 1170 | Cook | 14:38 | 22:44 | 0 | 0.53 | 7.57 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 4/30/2016 | 1170 | Cook | 09:49 | 18:47 | 0 | 0.5 | 8.47 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 5/1/2016 | 1170 | Cook | 09:29 | 17:09 | 0 | 0.5 | 7.17 | 0 | |
| | | 958 | Las Vegas Convention Cntr | 5/3/2016 | 1150 | Prep | 07:54 | 16:37 | 0 | 0 | 8.72 | 0 | 52.68 |
| | | 958 | Las Vegas Convention Cntr | 5/4/2016 | 1150 | Prep | 08:02 | 17:44 | 0 | 0 | 9.7 | 0 | |
| | | 958 | Las Vegas Convention Cntr | 5/5/2016 | 1150 | Prep | 08:07 | 17:54 | 0 | 0 | 9.78 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 5/6/2016 | 1170 | Cook | 11:06 | 19:16 | 0 | 0 | 8.17 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 5/7/2016 | 1170 | Cook | 13:54 | 22:53 | 0 | 0 | 8.99 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 5/8/2016 | 1170 | Cook | 14:17 | 22:12 | 0 | 0.6 | 7.32 | 0 | |
| | | 740 | Monte Carlo Resort Hotel | 5/11/2016 | 1170 | Cook | 15:59 | 00:03 | 0 | 0 | 8.07 | 0 | 38.7 |
| | | 740 | Monte Carlo Resort Hotel | 5/12/2016 | 1170 | Cook | 13:06 | 21:54 | 0 | 0.5 | 8.3 | 0 | |

# Employee

Employee: 256799  
From Date: 4/11/2016  
To Date: 4/21/2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 5/13/2016 | 1170 | Cook | 16:12 | 23:56 | 0 | 0.5 | 7.23 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/14/2016 | 1170 | Cook | 18:13 | 01:52 | 0 | 0.6 | 7.05 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/15/2016 | 1170 | Cook | 14:04 | 22:38 | 0 | 0.52 | 8.05 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/16/2016 | 1170 | Cook | 14:04 | 18:18 | 0 | 0 | 4.23 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/16/2016 | 1170 | Cook | 18:18 | 22:02 | 0 | 0.62 | 3.12 | 0 |

40.05

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 5/17/2016 | 1170 | Cook | 13:50 | 22:43 | 0 | 0.5 | 8.38 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/19/2016 | 1170 | Cook | 14:09 | 22:41 | 0 | 0.58 | 7.95 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/21/2016 | 1170 | Cook | 09:18 | 17:22 | 0 | 0.58 | 7.48 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/22/2016 | 1170 | Cook | 10:02 | 19:28 | 0 | 0.55 | 8.89 | 0 |
| 958 | Las Vegas Convention Cntr | 5/23/2016 | 1150 | Prep | 08:04 | 16:15 | 0 | 0 | 8.18 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/23/2016 | 1170 | Cook | 16:52 | 23:46 | 0 | 0.82 | 6.08 | 0 |
| 958 | Las Vegas Convention Cntr | 5/24/2016 | 1150 | Prep | 09:14 | 17:21 | 0 | 0 | 8.12 | 0 |

56.54

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 5/25/2016 | 1170 | Cook | 09:50 | 18:34 | 0 | 0.6 | 8.13 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/26/2016 | 1170 | Cook | 14:03 | 22:16 | 0 | 0.68 | 7.53 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/28/2016 | 1170 | Cook | 09:32 | 18:38 | 0 | 0.52 | 8.58 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/29/2016 | 1170 | Cook | 09:03 | 19:32 | 0 | 0.57 | 9.92 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/30/2016 | 1170 | Cook | 22:14 | 04:45 | 0 | 0 | 6.52 | 0 |
| 740 | Monte Carlo Resort Hotel | 5/31/2016 | 1170 | Cook | 04:57 | 06:11 | 0 | 0 | 1.23 | 0 |

42.21

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 6/2/2016 | 1170 | Cook | 08:24 | 17:00 | 0 | 0.5 | 8.1 | 0 |
| 740 | Monte Carlo Resort Hotel | 6/3/2016 | 1170 | Cook | 09:22 | 18:01 | 0 | 0.58 | 8.07 | 0 |
| 740 | Monte Carlo Resort Hotel | 6/4/2016 | 1170 | Cook | 09:16 | 19:03 | 0 | 0.5 | 9.29 | 0 |
| 740 | Monte Carlo Resort Hotel | 6/5/2016 | 1170 | Cook | 08:57 | 18:28 | 0 | 0.52 | 9 | 0 |
| 958 | Las Vegas Convention Cntr | 6/8/2016 | 1150 | Prep | 07:57 | 17:53 | 0 | 0 | 9.93 | 0 |

46

# Employee

Employee: 256799
From Date: 4/11/2016
To Date: 4/21/2017

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 6/9/2016 | 1170 | Cook | 07:29 | 19:09 | 0 | 0 | 11.67 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/10/2016 | 1170 | Cook | 08:43 | 17:37 | 0 | 0.77 | 8.13 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/11/2016 | 1170 | Cook | 08:53 | 16:48 | 0 | 0 | 7.92 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/12/2016 | 1170 | Cook | 09:46 | 18:37 | 0 | 0.5 | 8.35 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/16/2016 | 1170 | Cook | 07:47 | 19:11 | 0 | 0 | 11.4 | 0 | 36.54 |
| 740 | Monte Carlo Resort Hotel | 6/17/2016 | 1170 | Cook | 08:17 | 18:58 | 0 | 0 | 10.69 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/18/2016 | 1170 | Cook | 06:42 | 14:40 | 0 | 0 | 7.97 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/19/2016 | 1170 | Cook | 07:05 | 14:04 | 0 | 0.5 | 6.48 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/23/2016 | 1170 | Cook | 08:02 | 18:25 | 0 | 0.53 | 9.85 | 0 | 37.67 |
| 740 | Monte Carlo Resort Hotel | 6/24/2016 | 1170 | Cook | 08:41 | 17:58 | 0 | 0.6 | 8.68 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/25/2016 | 1170 | Cook | 08:00 | 17:23 | 0 | 0 | 9.38 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/26/2016 | 1170 | Cook | 07:50 | 18:06 | 0 | 0.5 | 9.76 | 0 | |
| 740 | Monte Carlo Resort Hotel | 6/30/2016 | 1170 | Cook | 08:07 | 18:08 | 0 | 0 | 10.02 | 0 | 41.74 |
| 740 | Monte Carlo Resort Hotel | 7/1/2016 | 1170 | Cook | 08:07 | 18:16 | 0 | 0 | 10.15 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/2/2016 | 1170 | Cook | 07:59 | 18:13 | 0 | 0 | 10.24 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/3/2016 | 1170 | Cook | 07:04 | 18:24 | 0 | 0 | 11.33 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/4/2016 | 1170 | Cook | 00:09 | 00:09 | 0 | 0 | 0 | 0 | 47.64 |
| 740 | Monte Carlo Resort Hotel | 7/4/2016 | 1170 | Cook | 13:40 | 00:06 | 0 | 0.7 | 9.73 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/7/2016 | 1170 | Cook | 08:11 | 19:32 | 0 | 0 | 11.35 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/8/2016 | 1170 | Cook | 08:10 | 17:58 | 0 | 0 | 9.8 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/9/2016 | 1170 | Cook | 07:59 | 18:07 | 0 | 0 | 10.14 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/10/2016 | 1170 | Cook | 07:56 | 14:29 | 0 | 0 | 6.55 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/10/2016 | 1170 | Cook | 14:30 | 15:05 | 0 | 0.52 | 0.07 | 0 | |

# Employee

Employee: 256799
From Date: 4/11/2016
To Date: 4/21/2017

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 7/14/2016 | 1170 | Cook | 07:56 | 18:16 | 0 | 0 | 10.33 | 0 | 39.75 |
| 740 | Monte Carlo Resort Hotel | 7/15/2016 | 1170 | Cook | 08:08 | 18:28 | 0 | 0 | 10.33 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/16/2016 | 1170 | Cook | 08:32 | 17:45 | 0 | 0.63 | 8.58 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/17/2016 | 1170 | Cook | 07:50 | 18:21 | 0 | 0 | 10.51 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/21/2016 | 1170 | Cook | 08:28 | 18:32 | 0 | 0 | 10.07 | 0 | 36.76 |
| 740 | Monte Carlo Resort Hotel | 7/22/2016 | 1170 | Cook | 07:44 | 17:33 | 0 | 1.05 | 8.77 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/23/2016 | 1170 | Cook | 08:21 | 18:29 | 0 | 0.55 | 9.59 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/24/2016 | 1170 | Cook | 08:00 | 16:54 | 0 | 0.57 | 8.33 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/28/2016 | 1170 | Cook | 07:18 | 17:48 | 0 | 0.5 | 10 | 0 | 37.87 |
| 740 | Monte Carlo Resort Hotel | 7/29/2016 | 1170 | Cook | 07:11 | 18:23 | 0 | 0 | 11.2 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/30/2016 | 1170 | Cook | 08:05 | 17:53 | 0 | 0 | 9.8 | 0 | |
| 740 | Monte Carlo Resort Hotel | 7/31/2016 | 1170 | Cook | 08:39 | 15:31 | 0 | 0 | 6.87 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/3/2016 | 1170 | Cook | 14:11 | 22:23 | 0 | 0.57 | 7.63 | 0 | 39.82 |
| 740 | Monte Carlo Resort Hotel | 8/4/2016 | 1170 | Cook | 08:03 | 18:11 | 0 | 0 | 10.13 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/5/2016 | 1170 | Cook | 08:03 | 18:26 | 0 | 0 | 10.38 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/6/2016 | 1170 | Cook | 08:00 | 14:32 | 0 | 0 | 6.53 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/7/2016 | 1170 | Cook | 08:13 | 14:19 | 0 | 0.95 | 5.15 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/10/2016 | 1170 | Cook | 13:44 | 21:57 | 0 | 0.75 | 7.47 | 0 | 38.22 |
| 740 | Monte Carlo Resort Hotel | 8/11/2016 | 1170 | Cook | 07:31 | 16:21 | 0 | 0.73 | 8.1 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/12/2016 | 1170 | Cook | 07:23 | 14:06 | 0 | 0 | 6.72 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/13/2016 | 1170 | Cook | 10:45 | 20:26 | 0 | 0.83 | 8.85 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/14/2016 | 1170 | Cook | 08:05 | 15:10 | 0 | 0 | 7.08 | 0 | |
| 740 | Monte Carlo Resort Hotel | 8/17/2016 | 1170 | Cook | 14:13 | 22:00 | 0 | 0 | 7.78 | 0 | 41.58 |

# Employee

Employee: 256799  
From Date: 4/11/2016  
To Date: 4/21/2017

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 8/18/2016 | 1170 | Cook | 14:01 | 22:02 | 0 | 0.5 | 7.52 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/19/2016 | 1170 | Cook | 09:40 | 19:37 | 0 | 0.5 | 9.45 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/20/2016 | 1170 | Cook | 08:03 | 19:34 | 0 | 0.53 | 10.98 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/21/2016 | 1170 | Cook | 08:30 | 14:21 | 0 | 0 | 5.85 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/24/2016 | 1170 | Cook | 14:28 | 22:19 | 0 | 0.6 | 7.25 | 0 |
| | | | | | | | | | | 37.3 |
| 740 | Monte Carlo Resort Hotel | 8/25/2016 | 1170 | Cook | 13:46 | 22:00 | 0 | 0.53 | 7.7 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/26/2016 | 1170 | Cook | 08:07 | 16:35 | 0 | 0.5 | 7.97 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/27/2016 | 1170 | Cook | 08:02 | 14:33 | 0 | 0.53 | 5.98 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/28/2016 | 1170 | Cook | 08:09 | 16:33 | 0 | 0 | 8.4 | 0 |
| 740 | Monte Carlo Resort Hotel | 8/29/2016 | 1170 | Cook | 10:54 | 18:12 | 0 | 0.58 | 6.72 | 0 |
| | | | | | | | | | | 33.89 |
| 740 | Monte Carlo Resort Hotel | 9/1/2016 | 1170 | Cook | 09:50 | 18:15 | 0 | 0.53 | 7.88 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/2/2016 | 1170 | Cook | 06:53 | 16:32 | 0 | 0.52 | 9.13 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/3/2016 | 1170 | Cook | 08:28 | 19:21 | 0 | 0.72 | 10.16 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/4/2016 | 1170 | Cook | 07:19 | 16:40 | 0 | 0 | 9.35 | 0 |
| | | | | | | | | | | 49.89 |
| 740 | Monte Carlo Resort Hotel | 9/7/2016 | 1170 | Cook | 14:01 | 22:05 | 0 | 0.63 | 7.43 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/8/2016 | 1170 | Cook | 07:01 | 14:34 | 0 | 0 | 7.55 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/9/2016 | 1170 | Cook | 07:06 | 15:06 | 0 | 1.07 | 6.93 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/10/2016 | 1170 | Cook | 08:29 | 18:37 | 0 | 0 | 10.13 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/11/2016 | 1170 | Cook | 08:06 | 17:23 | 0 | 0.78 | 8.5 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/14/2016 | 1170 | Cook | 13:54 | 22:08 | 0 | 0.55 | 7.68 | 0 |
| | | | | | | | | | | 43.63 |
| 740 | Monte Carlo Resort Hotel | 9/15/2016 | 1170 | Cook | 07:23 | 15:28 | 0 | 0 | 8.08 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/16/2016 | 1170 | Cook | 08:08 | 16:27 | 0 | 0 | 8.32 | 0 |
| 740 | Monte Carlo Resort Hotel | 9/17/2016 | 1170 | Cook | 08:19 | 19:35 | 0 | 0 | 11.27 | 0 |

# Employee

Employee: 256799
From Date: 4/11/2016
To Date: 4/21/2017

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 9/18/2016 | 1170 | Cook | 07:03 | 15:20 | 0 | 0 | 8.28 | 0 | |
| 740 | Monte Carlo Resort Hotel | 9/21/2016 | 1170 | Cook | 14:45 | 22:07 | 0 | 0.57 | 6.8 | 0 | 39.02 |
| 740 | Monte Carlo Resort Hotel | 9/22/2016 | 1170 | Cook | 08:14 | 17:20 | 0 | 0 | 9.1 | 0 | |
| 740 | Monte Carlo Resort Hotel | 9/23/2016 | 1170 | Cook | 07:26 | 16:26 | 0 | 0 | 9 | 0 | |
| 740 | Monte Carlo Resort Hotel | 9/24/2016 | 1170 | Cook | 08:54 | 18:06 | 0 | 0 | 9.2 | 0 | |
| 740 | Monte Carlo Resort Hotel | 9/25/2016 | 1170 | Cook | 08:57 | 14:24 | 0 | 0.53 | 4.92 | 0 | |
| 740 | Monte Carlo Resort Hotel | 9/29/2016 | 1170 | Cook | 07:49 | 14:20 | 0 | 0 | 6.52 | 0 | 22.25 |
| 740 | Monte Carlo Resort Hotel | 9/29/2016 | 1170 | Cook | 14:20 | 15:59 | 0 | 0.57 | 1.08 | 0 | |
| 740 | Monte Carlo Resort Hotel | 9/30/2016 | 1170 | Cook | 08:27 | 14:38 | 0 | 0 | 6.18 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/1/2016 | 1170 | Cook | 10:12 | 18:40 | 0 | 0 | 8.47 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/5/2016 | 1170 | Cook | 14:00 | 22:06 | 0 | 0.5 | 7.6 | 0 | 32.08 |
| 740 | Monte Carlo Resort Hotel | 10/6/2016 | 1170 | Cook | 08:07 | 15:25 | 0 | 0.52 | 6.78 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/7/2016 | 1170 | Cook | 07:36 | 15:36 | 0 | 0 | 8 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/8/2016 | 1170 | Cook | 07:57 | 16:30 | 0 | 0 | 8.55 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/9/2016 | 1170 | Cook | 08:08 | 09:17 | 0 | 0 | 1.15 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/12/2016 | 1170 | Cook | 14:01 | 22:00 | 0 | 0.5 | 7.48 | 0 | 31.16 |
| 740 | Monte Carlo Resort Hotel | 10/14/2016 | 1170 | Cook | 07:19 | 15:28 | 0 | 0 | 8.15 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/15/2016 | 1170 | Cook | 07:36 | 16:09 | 0 | 0 | 8.55 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/16/2016 | 1170 | Cook | 08:34 | 16:07 | 0 | 0.57 | 6.98 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/19/2016 | 1170 | Cook | 13:12 | 15:40 | 0 | 0 | 2.47 | 0 | 38.18 |
| 740 | Monte Carlo Resort Hotel | 10/19/2016 | 1170 | Cook | 15:40 | 21:58 | 0 | 0.8 | 5.5 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/20/2016 | 1170 | Cook | 06:59 | 15:13 | 0 | 0 | 8.23 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/21/2016 | 1170 | Cook | 07:13 | 16:06 | 0 | 0.78 | 8.1 | 0 | |

# Employee

Employee: 256799  
From Date: 4/11/2016  
To Date: 4/21/2017

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 10/22/2016 | 1170 | Cook | 08:00 | 16:00 | 0 | 0 | 8 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/23/2016 | 1170 | Cook | 08:05 | 14:36 | 0 | 0.63 | 5.88 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/26/2016 | 1170 | Cook | 13:56 | 22:03 | 0 | 0.5 | 7.62 | 0 | 40.05 |
| 740 | Monte Carlo Resort Hotel | 10/27/2016 | 1170 | Cook | 07:12 | 16:21 | 0 | 0 | 9.15 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/28/2016 | 1170 | Cook | 07:04 | 15:05 | 0 | 0 | 8.02 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/29/2016 | 1170 | Cook | 07:43 | 16:08 | 0 | 0 | 8.41 | 0 | |
| 740 | Monte Carlo Resort Hotel | 10/30/2016 | 1170 | Cook | 08:04 | 14:55 | 0 | 0 | 6.85 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/2/2016 | 1170 | Cook | 14:06 | 21:52 | 0 | 0.57 | 7.2 | 0 | 48.03 |
| 740 | Monte Carlo Resort Hotel | 11/3/2016 | 1170 | Cook | 07:00 | 15:54 | 0 | 0 | 8.9 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/4/2016 | 1170 | Cook | 06:42 | 16:31 | 0 | 0 | 9.81 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/5/2016 | 1170 | Cook | 08:08 | 18:52 | 0 | 0 | 10.73 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/6/2016 | 1170 | Cook | 07:09 | 18:32 | 0 | 0 | 11.39 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/9/2016 | 1170 | Cook | 13:47 | 21:54 | 0 | 0.68 | 7.43 | 0 | 39.55 |
| 740 | Monte Carlo Resort Hotel | 11/10/2016 | 1170 | Cook | 06:49 | 15:32 | 0 | 0 | 8.72 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/11/2016 | 1170 | Cook | 07:24 | 14:38 | 0 | 0 | 7.23 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/12/2016 | 1170 | Cook | 06:45 | 14:12 | 0 | 0 | 7.45 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/13/2016 | 1170 | Cook | 06:02 | 14:45 | 0 | 0 | 8.72 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/16/2016 | 1170 | Cook | 14:03 | 21:58 | 0 | 0.6 | 7.32 | 0 | 42.36 |
| 740 | Monte Carlo Resort Hotel | 11/17/2016 | 1170 | Cook | 07:08 | 16:35 | 0 | 0 | 9.45 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/18/2016 | 1170 | Cook | 06:23 | 16:10 | 0 | 0 | 9.79 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/19/2016 | 1170 | Cook | 07:03 | 15:17 | 0 | 0 | 8.23 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/20/2016 | 1170 | Cook | 08:03 | 15:37 | 0 | 0 | 7.57 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/23/2016 | 1170 | Cook | 14:20 | 22:05 | 0 | 0 | 7.75 | 0 | 43 |

# Employee

Employee: 256799
From Date: 4/11/2016
To Date: 4/21/2017

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 740 | Monte Carlo Resort Hotel | 11/24/2016 | 1170 | Cook | 09:53 | 20:25 | 0 | 0 | 10.53 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/25/2016 | 1170 | Cook | 07:18 | 18:01 | 0 | 0 | 10.72 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/26/2016 | 1170 | Cook | 07:27 | 15:33 | 0 | 0 | 8.1 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/27/2016 | 1170 | Cook | 09:09 | 15:03 | 0 | 0 | 5.9 | 0 | |
| 740 | Monte Carlo Resort Hotel | 11/30/2016 | 1170 | Cook | 13:42 | 22:03 | 0 | 0 | 8.35 | 0 | 34.98 |
| 740 | Monte Carlo Resort Hotel | 11/30/2016 | 1170 | Cook | 22:04 | 22:04 | 0 | 0 | 0 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/1/2016 | 1170 | Cook | 07:24 | 15:58 | 0 | 0 | 8.57 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/2/2016 | 1170 | Cook | 07:49 | 16:21 | 0 | 0 | 8.53 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/3/2016 | 1170 | Cook | 06:35 | 16:07 | 0 | 0 | 9.53 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/7/2016 | 1170 | Cook | 13:59 | 16:42 | 0 | 0 | 2.72 | 0 | 38.08 |
| 740 | Monte Carlo Resort Hotel | 12/7/2016 | 1170 | Cook | 16:42 | 22:13 | 0 | 0.63 | 4.88 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/8/2016 | 1170 | Cook | 07:16 | 15:10 | 0 | 0 | 7.9 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/9/2016 | 1170 | Cook | 07:04 | 14:24 | 0 | 0 | 7.33 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/10/2016 | 1170 | Cook | 07:34 | 15:49 | 0 | 0 | 8.25 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/11/2016 | 1170 | Cook | 07:09 | 14:53 | 0 | 0.73 | 7 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/15/2016 | 1170 | Cook | 07:09 | 18:00 | 0 | 0 | 10.85 | 0 | 36.35 |
| 740 | Monte Carlo Resort Hotel | 12/16/2016 | 1170 | Cook | 08:03 | 17:00 | 0 | 0 | 8.95 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/17/2016 | 1170 | Cook | 06:57 | 15:07 | 0 | 0 | 8.17 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/18/2016 | 1170 | Cook | 06:10 | 15:11 | 0 | 0.63 | 8.38 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/21/2016 | 1170 | Cook | 14:13 | 20:04 | 0 | 0.5 | 5.35 | 0 | 38.03 |
| 740 | Monte Carlo Resort Hotel | 12/22/2016 | 1170 | Cook | 07:15 | 16:39 | 0 | 0 | 9.4 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/23/2016 | 1170 | Cook | 07:00 | 15:10 | 0 | 0 | 8.17 | 0 | |
| 740 | Monte Carlo Resort Hotel | 12/24/2016 | 1170 | Cook | 08:52 | 17:06 | 0 | 0 | 8.23 | 0 | |