PATRICK H. HICKS, ESQ., Bar # 04632
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone:  702.862.8800
Fax No.:    702.862.8811
Email: phicks@littler.com
       kstegall@littler.com

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SANDRA M. MEZA-PEREZ,

    Plaintiff,

vs.

SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual DANA DORADO, an individual,

    Defendants.

Case No. 2:19-cv-00373-APG-NJK

**DEFENDANTS SBARRO LLC AND SBARRO, INC.'S MOTION TO WITHDRAW SANDRA KETNER AS COUNSEL OF RECORD IN THIS CASE**

Defendants SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA (collectively "Defendants"), pursuant to this Court's Local Rule of Practice LR IA 11-6, respectfully request that the Court withdraw Sandra Ketner, Esq., as counsel in this matter. Ms. Ketner is no longer associated with Littler Mendelson, P.C. Accordingly, she should be removed as attorney of record in this matter as well as being removed from the CM/ECF service list for this case.

In support of this Motion, Defendants rely upon the memorandum of points and authorities as set forth below.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

## MEMORANDUM OF POINTS AND AUTHORITIES

An attorney can only withdraw from a case with leave of court. *See* LR IA 11-6. In this case, the docket continues to reflect that Sandra Ketner serves as "lead attorney" in this matter. Ms. Ketner ended her association with Littler Mendelson on July 15, 2020. Accordingly, she is no longer associated with this litigation. Defendants have directed undersigned counsel to file this Motion withdrawing Ms. Ketner as their counsel.

Should the Court grant this Motion, Ms. Ketner's withdrawal will not affect the proceedings. Moreover, Ms. Ketner's withdrawal from this case will not be relied upon as a basis for delaying proceedings. As indicated above, Ms. Ketner will not been affiliated with Littler Mendelson as of July 16, 2020.

Dated: July 16, 2020

Respectfully submitted,

*/s/ Kelsey E. Stegall, Esq.*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA

IT IS SO ORDERED.
Dated:  July 17, 2020
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.