UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>SBARRO LLC, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:19-cv-00373-APG-NJK<br><br>**Order**<br><br>(Docket Nos. 170, 171) |

　　　　Pending before the Court are Plaintiff Sandra M. Meza-Perez's motions to extend time to file limited objection and motion to stay enforcement of deadline to pay attorneys' fees. Docket Nos. 170, 171. Defendant Sbarro has filed a response and Plaintiff filed a reply. Docket Nos. 172, 174.

　　　　All motions filed in this Court "must be supported by a memorandum of points and authorities. LR 7-2(a). Plaintiff's motions fail to comply with this requirement. *See* Docket Nos. 170, 171. "The failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion." LR 7-2(d).

　　　　Accordingly, Plaintiff's motion to extend time to file limited objection and motion to stay enforcement of deadline to pay attorneys' fees, Docket Nos. 170 and 171, are hereby **DENIED**.

　　　　IT IS SO ORDERED.

　　　　DATED: September 10, 2020.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE