LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com

*Attorneys for Melanie Hill and Hardeep Sull,
Plaintiff's Counsel*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDAR M. MESA-PEREZ, an individual, | CASE NO. 2:19-cv-373-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME TO MEET AND CONFER REGARDING, AND IF NECESSARY BRIEF, THE AMOUNT OF SANCTIONS AWARD (DOCKET NO. 177)** |
| SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, and individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual, | |
| Defendants. | |

The parties herein, by and through their attorneys of record, hereby stipulate and agree to the following:

1.  On September 30, 2020, the Court issued an Order (1) Granting Dana Dorado's Motion for Sanctions Under Rule 11 and (2) Denying her Motion for Sanctions Under 28 U.S.C. §1927 and the Court's Inherent Powers [Doc 177].

2.  In the Order, the Court directed that:

"The parties must confer about the amount of those fees and costs by October 28, 2020.  If they agree with the amount, they shall file a stipulation. If no agreement is made, Dorado may file a motion with supporting affidavits and appropriate documentation requesting reasonable attorneys' fees and costs. That motion shall be filed by November 13, 2020." See Order p. 6:17-21.

Page 1 of 2

3.  The parties are in the process of conferring about the amount of the fees and costs in accordance with the above Order but need an additional period of time to complete the process.

4.  The parties therefore agree and stipulate to request an additional period of thirty (30) days from October 28, 2020, up to and including **November 30, 2020**, to permit further discussion as part of the meet and confer process and, if necessary, for Ms. Dorado to file her motion for fees and costs. Any opposition shall be filed 25 days after the filing of Ms. Dorado's motion for fees and costs.

5.  This stipulation is submitted based upon good cause and is not made for the purpose of delay.

Dated this 6th day of November, 2020

GREENBERG TRAURIG, LLP

/s/ Jason K. Hicks
_____
Mark E. Ferrario, Esq.
Jason K. Hicks, Esq.
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
*Attorneys for Defendant Dana Dorado*

Dated 6th day of November, 2020

LIPSON NEILSON P.C.

/s/ Joseph P. Garin
_____
Joseph P. Garin, Esq.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Melanie Hill
and Hardeep Sull,
Plaintiff's Counsel*

## **ORDER**

IT IS SO ORDERED.

Dated:  November 9, 2020

_____
UNITED STATES DISTRICT COURT JUDGE