PATRICK H. HICKS, ESQ., Bar # 04632
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email: phicks@littler.com
           kstegall@littler.com

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual , EFRAIN HERNANDEZ, an individual, and JESUS ALATORRE, an individual,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>**ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIRST REQUEST]** |

　　　　Defendants SBARRO LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA, and ZACHARY CEBALLES (collectively herein as "Defendants"), and Plaintiff, SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to file the Joint Pretrial Order, currently due on January 15, 2021, by forty-five (45) days, up to and including March 1, 2021.

　　　　The parties require this extension in light of the holidays and in needing additional time to prepare the information necessary to include in the Joint Pretrial Order.

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This extension is made in good faith and not for the purpose of undue delay.

Dated: December 28, 2020

/s/ Hardeep Sull, Esq.
HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC

Attorney for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: December 29, 2020

PATRICK H. HICKS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

Dated: December 28, 2020

/s/ Jordan J. Butler, Esq.
BRADLEY S. SCHRAGER, ESQ.
JOHN M. SAMBERG, ESQ.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN &
RABKIN, LLP

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: December 28, 2020

/s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

Attorney for Defendant ZACHARY CEBALLES

**ORDER**

**IT IS SO ORDERED.**

Dated: December 30, 2020

UNITED STATES MAGISTRATE JUDGE

4838-5794-6837.1 099156.1001

2.