MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:   (702) 792-3773
Fax:            (702) 792-9002
Email:  ferrariom@gtlaw.com
           hicksja@gtlaw.com

*Attorneys for Dana Dorado*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, an individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual,<br><br>Defendants. | Case No.:  2:19-cv-373-APG-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DANA DORADO TO SUBMIT HER REPLY IN SUPPORT OF HER MOTION FOR ATTORNEY'S FEES AND COSTS PURSUANT TO THE COURT'S ORDER GRANTING RULE 11 SANCTIONS AGAINST PLAINTIFF'S COUNSEL [ECF 180]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Plaintiff's counsel Melanie Hill and Hardeep Sull on the one hand and Dana Dorado on the other, through their respective counsel and pursuant to Local Rules IA 6-1, LR IA 6-2, and LR 7-1, that the Court extend the deadline for Ms. Dorado to submit her Reply in support of her Motion for Attorney's Fees and Costs Pursuant to the Court's Order Granting Rule 11 Sanctions (the "Motion"), up to, and including, **January 20, 2021**.  This stipulation is made and based upon the following:

1.       On September 30, 2020, the Court entered an order granting Ms. Dorado's Motion for Sanctions under Rule 11.  ECF No. 177.

Page **1** of **2**

*Error! Unknown document property name.*

2. That order directed Ms. Hill, Ms. Sull, and Ms. Dorado to confer about the amount of fees and costs to be awarded pursuant to that order and, if they could not agree, to brief the matter for the Court.

3. The parties were unable to agree on the amount of costs and fees to be awarded therefore Ms. Dorado submitted the Motion on November 30, 2020.

4. By stipulation, Ms. Hill and Ms. Sull submitted their opposition to the Motion on January 4, 2021.

5. Ms. Dorado's reply is currently due on January 11, 2021.

6. Ms. Hill, Ms. Sull, and Ms. Dorado agree and request that Ms. Dorado have up to, and including, **January 20, 2021**, to file her reply in support of the Motion. This request is made in order to accommodate competing obligations held by Ms. Dorado's counsel and agreed to by Ms. Hill's and Ms. Sull's counsel as a professional courtesy.

7. This is the first request for the relief sought herein, made in good faith and not for purposes of delay.

Dated this 8th day of January 2021.

 /s/ Joseph Garin
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
**LIPSON NEILSON P.C.**
990 Covington Cross Dr., Suite 120
Las Vegas, NV 89144

*Counsel for Melanie Hill and Hardeep Sull*

Dated this 8th day of January 2021.

 /s/ Jason K. Hicks
MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
JASON K. HICKS, ESQ.
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Counsel for Dana Dorado*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Dated this   8th  day of January 2021.

*Error! Unknown document property name.*