PATRICK H. HICKS, ESQ., Bar # 04632
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
           kstegall@littler.com

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, and JESUS ALATORRE, an individual,<br><br>　　　　　Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>**ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[SECOND REQUEST]** |

Defendants SBARRO LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA, and ZACHARY CEBALLES (collectively herein as "Defendants"), and Plaintiff, SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to file the Joint Pretrial Order, currently due on March 1, 2021, by 2 weeks, up to and including March 15, 2021.

The parties require this extension in needing additional time to prepare the information necessary to include in the Joint Pretrial Order.  Specifically, Plaintiff's counsel recently moved offices and had technical difficulties with accessing their databases during this time, including the Joint

Pretrial Order. As such, the parties stipulate for the extension in order to finalize and provide the Joint Pretrial Order to the Court.

This extension is made in good faith and not for the purpose of undue delay.

Dated: February 26, 2021                              Dated: February 26, 2021

*/s/ Hardeep Sull*                                          */s/ Kelsey Stegall*
HARDEEP SULL, ESQ.                             PATRICK H. HICKS, ESQ.
SULL & ASSOCIATES, PLLC                    KELSEY STEGALL, ESQ.
                                                                    LITTLER MENDELSON, P.C.
Attorney for Plaintiff
SANDRA M. MEZA-PEREZ                      Attorneys for Defendants
                                                                    SBARRO, LLC dba SBARRO PIZZA,
                                                                    SBARRO, INC. dba SBARRO PIZZA

Dated: February 26, 2021                              Dated: February 26, 2021

*/s/ John M. Samberg*                                 */s/ Patrick N. Chapin*
BRADLEY S. SCHRAGER, ESQ.              PATRICK N. CHAPIN, ESQ.
JOHN M. SAMBERG, ESQ.                      PATRICK N. CHAPIN, LTD.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN &   Attorney for Defendant ZACHARY
RABKIN, LLP                                                CEBALLES

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

**ORDER**

**IT IS SO ORDERED.**

Dated: March 1, 2021

_____
UNITED STATES MAGISTRATE JUDGE