UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>        Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual , EFRAIN HERNANDEZ, an individual, and JESUS ALATORRE, an individual,<br><br>        Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER<br><br>(Docket No. 201) |

    Defendants SBARRO LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA, and ZACHARY CEBALLES (collectively herein as "Defendants"), and Plaintiff, SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to file the Joint Pretrial Order, currently due on March 15, 2021, by one week, up to and including March 22, 2021.

    The parties require this extension in needing additional time to prepare the information necessary to include in the Joint Pretrial Order. Specifically, Counsel for Sbarro has had a death in the family and is therefore unavailable for the next several days.

As such, the parties stipulate for the extension in order to finalize and provide the Joint Pretrial Order to the Court.

This extension is made in good faith and not for the purpose of undue delay.

Dated: March 8, 2021

/s/ Hardeep Sull, Esq.
HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC

Attorney for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 9, 2021

PATRICK H. HICKS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

Dated: March 8, 2021

/s/ John M. Samberg, Esq.
BRADLEY S. SCHRAGER, ESQ.
JOHN M. SAMBERG, ESQ.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 8, 2021

/s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

Attorney for Defendant ZACHARY CEBALLES

**ORDER**

**IT IS SO ORDERED.**

Dated: March 9, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

2.