**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>      Plaintiff,<br>   vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>      Defendants. | Case No.: 2:19-cv-00373-APG-NJK<br><br>**ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[FOURTH REQUEST]** |

    Defendants SBARRO LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA, and ZACHARY CEBALLES (collectively herein as "Defendants"), and Plaintiff, SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to file the Joint Pretrial Order, currently due on March 22, 2021, by 4 days, up to and including March 26, 2021.

    Plaintiff requires this extension as additional time is needed, that was not previously anticipated, to finalize Plaintiff's portion of the Joint Pretrial Order.  This is sought in good

faith, out of necessity, and without the intent to delay or hinder the proceedings.

Dated: March 22, 2021

*/s/ Hardeep Sull*
HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC

Attorney for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 22, 2021

*/s/ Kelsey Stegall*
PATRICK H. HICKS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

Dated: March 22, 2021

*/s/ Jordan Butler*
BRADLEY S. SCHRAGER, ESQ.
JOHN M. SAMBERG, ESQ.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 22, 2021

*/s/ Patrick N. Chapin*
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

Attorney for Defendant ZACHARY CEBALLES

**ORDER**

**IT IS SO ORDERED.**

Dated: March 23, 2021

_____
UNITED STATES MAGISTRATE JUDGE