**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>    Plaintiff,<br>    vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>    Defendants. | Case No.: 2:19-cv-00373-APG-NJK<br><br>**ORDER TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**[FIFTH REQUEST]** |

Defendants SBARRO LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA, and ZACHARY CEBALLES (collectively herein as "Defendants"), and Plaintiff, SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for parties to file the Joint Pretrial Order, currently due on March 26, 2021, by 14 days, up to and including April 9, 2021.

Plaintiff requires this extension as additional time continues to be needed in order to finalize Plaintiff's portion of the Joint Pretrial Order. This extension is sought in good faith,

out of necessity, and without the intent to delay or hinder the proceedings.

Dated: March 26, 2021

 /s/ Harpeep Sull, Esq.
HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC

Attorney for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 26, 2021

 /s/ John M. Samberg
BRADLEY S. SCHRAGER, ESQ.
JOHN M. SAMBERG, ESQ.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 26, 2021

 /s/ Kelsey Stegall, Esq.
PATRICK H. HICKS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

Dated: March 26, 2021

 /s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

Attorney for Defendant ZACHARY CEBALLES

## ORDER

**IT IS SO ORDERED.**

Dated: March 26, 2021

_____
UNITED STATES MAGISTRATE JUDGE