UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA MEZA-PEREZ,<br>    Plaintiff,<br>v.<br>SBARRO, LLC, et al.,<br>    Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 211] |

Pending before the Court is the parties' stipulation to reschedule the settlement conference. Docket No. 211. A settlement conference is currently set for July 20, 2021. Docket No. 210. For good cause shown, the parties' stipulation, Docket No. 211, is hereby **GRANTED**. The settlement conference is **CONTINUED** to 10:00 a.m. on July 29, 2021. The parties must submit settlement conference statements as instructed in the Court's order at Docket No. 210 by 3:00 p.m. on July 22, 2021. All other requirements set forth in the Court's order at Docket No. 210 remain.

IT IS SO ORDERED.

Dated: April 23, 2021

                                                      Nancy J. Koppe<br>
                                                    United States Magistrate Judge