PATRICK H. HICKS, ESQ., Bar # 04632
KELSEY E. STEGALL, ESQ., Bar # 14279
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
            kstegall@littler.com

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, and JESUS ALATORRE, an individual,<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00373-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FOR DEFENDANTS TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>**[FIRST REQUEST]** |

Defendants SBARRO LLC dba SBARRO PIZZA, and SBARRO, INC. dba SBARRO PIZZA, (collectively herein as "Defendants Sbarro"), and Plaintiff SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendants to file their Opposition to Plaintiff's Motion for Clarification, (ECF No. 216), currently due on September 10, 2021, by two weeks, up to and including September 24, 2021.

The parties require this extension due to competing deadlines and needing additional time to gather the information.  As such, the parties stipulate for the extension in order to finalize and provide the Opposition to the Court.

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

This extension is made in good faith and not for the purpose of undue delay.

Dated: September 9, 2021

/s/ Jordan J. Butler, Esq.
BRADLEY S. SCHRAGER, ESQ.
JOHN M. SAMBERG, ESQ.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: September 9, 2021

PATRICK H. HICKS, ESQ.
KELSEY STEGALL, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

Dated: September 9, 2021

/s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

Attorney for Defendant ZACHARY CEBALLES

**ORDER**

**IT IS SO ORDERED.**

Dated: September 9, 2021.

_____
UNITED STATES DISTRICT JUDGE

4818-7266-1754.1 / 099156-1001

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.