**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
Bradley Schrager, Esq., NV Bar # 10217
John Samberg, Esq., NV Bar # 10828
Jordan Butler, Esq., NV Bar # 10531
3773 Howard Hughes Parkway, Suite 590 South
Las Vegas, NV 89120-2234
Tel.: (702) 341-5200
Fax: (702) 341-5300
bschrager@wrslawyers.com
jsamberg@wrslawyers.com
jbutler@wrslawyers.com

Hardeep Sull, Esq., NV Bar # 12108
**SULL & ASSOCIATES, PLLC**
520 S. 7th Street, Suite A
Las Vegas, NV 89101
Tel.: (702) 953-9500
Fax: (702) 297-6595
dee@sullglobal.com

*Attorneys for Plaintiff Sandra M. Meza-Perez*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | Case No.: 2:19-cv-00373-APG-NJK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>**[FIRST REQUEST]** |

Plaintiff SANDRA M. MEZA-PEREZ ("Plaintiff") and Defendants SBARRO LLC dba SBARRO PIZZA, and SBARRO, INC. dba SBARRO PIZZA, (collectively herein as "Defendants Sbarro"), by and through their respective counsel of record, hereby stipulate and

-1-
STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY TO
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR CLARIFICATION

agree to extend the time for Plaintiff to file their Reply to Defendants Sbarros' Opposition [ECF # 209] to Plaintiff's Motion for Clarification, [ECF # 216], currently due on October 1, 2021, by two weeks, up to and including October 15, 2021.

The parties require this extension due to competing deadlines and needing additional time to gather the information.  As such, the parties stipulate for the extension in order to finalize and provide the Opposition to the Court.

This extension is made in good faith and not for the purpose of undue delay.

Dated:  September 30, 2021                                         Dated:  September 30, 2021

/s/ *Hardeep Sull*                                                             /s/ *Sandra Ketner*
HARDEEP SULL, ESQ.                                              PATRICK H. HICKS, ESQ.
SULL & ASSOCIATES, PLLC                                     KELSEY STEGALL, ESQ.
                                                                                       LITTLER MENDELSON, P.C.
Attorney for Plaintiff
SANDRA M. MEZA-PEREZ                                       Attorneys for Defendants
                                                                                       SBARRO, LLC dba SBARRO PIZZA,
                                                                                       SBARRO, INC. dba SBARRO PIZZA

Dated:  September 30, 2021                                         Dated:  September 30, 2021

 /s/ *John Samberg*                                                         /s/ *Patrick N. Chapin*
BRADLEY S. SCHRAGER, ESQ.                              PATRICK N. CHAPIN, ESQ.
JOHN M. SAMBERG, ESQ.                                       PATRICK N. CHAPIN, LTD.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN &          Attorney for Defendant ZACHARY
RABKIN, LLP                                                              CEBALLES

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

**ORDER**

**IT IS SO ORDERED.**

Dated:  ___September 30___, 2021.

_____
UNITED STATES DISTRICT JUDGE