1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LIPSON NEILSON P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
jgarin@lipsonneilson.com

*Attorneys for Melanie Hill and Hardeep Sull,
Plaintiff's Counsel*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDAR M. MESA-PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO LLC dba SBARRO PIZZA, aforeign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, and individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual,<br><br>Defendants. | CASE NO. 2:19-cv-373-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DANA DORADO'S MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING HER MOTION FOR ATTORNEY'S FEES AND COSTS (ECF NO. 223)** |

The parties herein, by and through their attorneys of record, hereby stipulate and agree to the following:

1.   On November 30, 2020, former Defendant Dana Dorado, through her attorneys, filed Motion for Attorney's Fees and Costs Pursuant to the Court's Order Granting Rule 11 Sanctions Against Plaintiff's Counsel ("Motion for Attorney's Fees and Costs") [ECF No. 180].

2.   On January 4, 2021, Melanie Hill, Esq. and Hardeep Sull, Esq., by and through their undersigned counsel, filed Response to Defendant Dana Dorado's Motion for Attorney's Fees and Costs [ECF No. 186].

///

///

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1
2
3

       3.     On January 20, 2021, Dana Dorado, through her attorneys, filed Reply in Support of Motion for Attorney's Fees and Costs Pursuant to the Court's Order Granting Rule 11 Sanctions Against Plaintiff's Counsel [ECF No. 194].

4
5
6

       4.     On February 1, 2021, Melanie Hill, Esq. and Hardeep Sull, Esq., by and through their counsel, filed Motion to Strike (and Objection) to Reply and Declarations with New Evidence [ECF Nos. 195].

7
8

       5.     On August 16, 2021, the Court filed an Order Denying Motion for Attorneys' Fees (ECF No. 180) and Motion to Strike (ECF No. 195) [ECF 215].

9
10
11

       6.     On November 4, 2021, Dana Dorado, by and through her counsel, filed Motion for Reconsideration of the Court's Order Denying Her Motion for Attorney's Fees and Costs ("Motion for Reconsideration") [ECF No. 223].

12
13
14
15

       7.     The Parties hereby agree and stipulate that Melanie Hill, Esq., Melanie Hill Law PLLC, Hardeep Sull, Esq., and Sull & Associates, PLLC shall have an extension from the current due date of November 18, 2021, up to and including **December 13, 2021** to file their Opposition to Dana Dorado's Motion for Reconsideration.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1     8.     Thereafter, Dana Dorado shall have up to and including **December 31,**

2  **2021** within which to submit her Reply.

3     9.     This stipulation is submitted based upon good cause, and is not made for

4  the purpose of delay.

5  Dated this 18th day of November, 2021        Dated 18th day of November, 2021

6  GREENBERG TRAURIG, LLP                LIPSON NEILSON P.C.

7  */s/ Jason K. Hicks*                        */s/ Joseph P. Garin*
   _____        _____

8
9  Mark E. Ferrario, Esq.                    Joseph P. Garin, Esq.
   Jason K. Hicks, Esq.                      9900 Covington Cross Drive, Suite 120
10 10845 Griffith Peak Drive, Suite 600      Las Vegas, Nevada 89144
   Las Vegas, Nevada 89135                   *Attorneys for Melanie Hill*
11 *Attorneys for Defendant Dana Dorado*     *and Hardeep Sull,*
                                             *Plaintiff's Counsel*
12                          **ORDER**

13                          IT IS SO ORDERED.

14
15                          Dated:  __November 19_____, 2021

16

17                          _____

18                          UNITED STATES DISTRICT COURT JUDGE

19

20

21

22

23

24

25

26

27

28