MARK E. FERRARIO
Nevada Bar No. 1625
JASON K. HICKS
Nevada Bar No. 13149
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:  (702) 792-3773
Fax:             (702) 792-9002
Email:  ferrariom@gtlaw.com
            hicksja@gtlaw.com

*Attorneys for Dana Dorado*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company; SBARRO, INC. dba SBARRO PIZZA, a foreign corporation; ZACHARY CEBALLES, an individual; EFRAIN HERNANDEZ, an individual; JESUS ALATORRE, an individual; DANA DORADO, an individual,<br><br>Defendants. | Case No.:  2:19-cv-373-APG-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DANA DORADO TO SUBMIT HER REPLY IN SUPPORT OF HER MOTION FOR RECONSIDERATION (ECF NO. 223)**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND REQUESTED by and between Joseph Garin, counsel for Melanie Hill, Hardeep Sull, and their respective law firms on the one hand, and Jason Hicks, counsel for Dana Dorado on the other hand, that the Court extend the deadline for Ms. Dorado to submit her Reply in support of her Motion for Reconsideration of the Court's Order Denying her Motion for Attorneys' Fees and Costs (ECF No. 223) (the "Motion"), up to, and including, **January 7, 2022**.  This stipulation is made and based upon the following:

  1. Ms. Dorado filed her Motion on November 4, 2021.  ECF No. 223.

  2. Through stipulation, Ms. Hill and Ms. Sull filed their joint Opposition on December 14, 2021.  ECF No. 227.

3. Also per prior stipulation, Ms. Dorado's Reply is currently due December 31, 2021.

4. Ms. Hill, Ms. Sull, and Ms. Dorado agree and request that Ms. Dorado have up to, and including, **January 7, 2022**, to file her Reply in support of the Motion.

5. This is the first request for the relief sought herein and it is made in good faith and not for purposes of delay.

Dated this 28th day of December 2021.　　　　Dated this 28th day of December 2021.

 /s/ Joseph Garin　　　　　　　　　　　　　　 /s/ Jason Hicks
JOSEPH P. GARIN, ESQ.　　　　　　　　　MARK E. FERRARIO, ESQ.
Nevada Bar No. 6653　　　　　　　　　　　Nevada Bar No. 1625
**LIPSON NEILSON P.C.**　　　　　　　　　JASON K. HICKS, ESQ.
990 Covington Cross Drive, Suite 120　　　Nevada Bar No. 13149
Las Vegas, Nevada 89144　　　　　　　　**GREENBERG TRAURIG, LLP**
　　　　　　　　　　　　　　　　　　　　　10845 Griffith Peak Drive, Suite 600
*Counsel for Melanie Hill and Hardeep Sull*　Las Vegas, Nevada 89135

*Counsel for Dana Dorado*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

Case No.: 2:19-cv-373-APG-NJK

Dated this  29th  day of  December  .

*ACTIVE 62029469v1*