**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>    Plaintiff<br><br>v.<br><br>SBARRO LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00373-APG-NJK<br><br>**Order** |

I ORDER that any response to the emergency motion to quash subpoena (ECF No. 243) must be filed by March 4, 2022, and any reply must be filed by March 11, 2022.

DATED this 1st day of March, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE