UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SBARRO LLC; SBARRO, INC.; ZACHARY CEBALLES; and JESUS ALATORRE,<br><br>　　　　Defendants. | Case No. 2:19-cv-00373-APG-EJY<br><br>**ORDER VACATING ORDER TO SHOW CAUSE** |

After I issued the order to show cause at ECF No. 257, I was informed that the clerk's office, not plaintiff Sandra Meza-Perez, placed the restriction on ECF No. 250, and that the exhibits to ECF No. 250 are not under seal. Because there are publicly accessible versions of both the motion (ECF No. 251) and the exhibits (ECF No. 250-1 through 250-6), I vacate the order to show cause.

I THEREFORE ORDER that the order to show cause (ECF No. 257) is VACATED.

DATED this 2nd day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE