Bradley Schrager, Esq., NV Bar # 10217
John Samberg, Esq., NV Bar # 10828
Jordan Butler, Esq., NV Bar # 10531
**WOLF, RIFKIN, SHAPIRO,**
**SCHULMAN & RABKIN, LLP**
3556 E. Russell Road, 2nd Floor
Las Vegas, NV 89120-2234
Tel.: (702) 341-5200
Fax: (702) 341-5300
bschrager@wrslawyers.com
jsamberg@wrslawyers.com
jbutler@wrslawyers.com

*Co-counsel for Plaintiff Sandra M. Meza-Perez*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | Case No.: 2:19-cv-00373-APG-EJY<br><br>**STIPULATION AND ~~(PROPOSED)~~ ORDER TO EXTEND BRIEFING ON MOTION FOR SANCTIONS AGAINST SBARRO DEFENDANTS FOR SPOLIATION OF EVIDENCE [DOCKET NO. 235]**<br><br>**(FIRST REQUEST)** |

The parties, by and through their attorneys of record, hereby stipulate and agree to the following:

1. On February 11, 2022, Plaintiff Sandra M. Meza-Perez filed a Motion for Sanctions For Spoliation of Evidence against Sbarro Defendants, [ECF No. 235] ("Motion").

2. On February 24, 2022, Sbarro filed its Opposition to Plaintiff's Motion for Sanctions for Spoliation of Evidence. [ECF No. 244.]

3. The current deadline for Plaintiff to file a Reply in support of the Motion is March 3, 2022.

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SANCTIONS AGAINST SBARRO DEFENDANTS FOR SPOLIATION OF EVIDENCE [DOCKET NO. 235]**

-Page **1** of **3**

4. The parties stipulate that Plaintiff shall have up to and including **March 7, 2022** to file a Reply in support of the Motion.

5. This stipulation is submitted based upon good cause and is not made for the purpose of delay.

**ORDER**
IT IS SO ORDERED this 3rd day of March 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

DATED this 2nd day of March, 2022.        .**WOLF, RIFKIN, SHAPIRO,**
                                            **SCHULMAN & RABKIN, LLP**

By: _/s/ Jordan Butler_____
   Bradley Schrager, Esq.
   John Samberg, Esq.
   Jordan Butler, Esq.
*And*
   Hardeep Sull, Esq. of
**SULL & ASSOCIATES, PLLC**

*Attorneys for Plaintiff Sandra M. Meza-Perez*

DATED this 2nd day of March, 2022.        **LITTLER MENDELSON, P.C.**

By: *Patrick H. Hicks*_____
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
SANDRA KETNER, ESQ.
Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

DATED this 2nd day of March, 2022.        **PATRICK N. CHAPIN, LTD.**

By: *Patrick N. Chapin*_____
PATRICK N. CHAPIN, ESQ.
*Attorneys for Defendants Zachary Ceballes and Efrain Hernandez*

**STIPULATION AND (PROPOSED) ORDER TO EXTEND BRIEFING SCHEDULE ON MOTION FOR SANCTIONS AGAINST SBARRO DEFENDANTS FOR SPOLIATION OF EVIDENCE [DOCKET NO. 235]**

-Page **2** of **3**