Patrick H. Hicks, Bar No. 004632
phicks@littler.com
Kelsey E. Stegall, Bar No. 14279
kstegall@littler.com
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, Nevada 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811

Jason K. Hicks, Bar No. 13149
hicksja@gtlaw.com
GREENBERG TAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: 702.792.3773
Fax No.: 702.792.9002

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba
SBARRO PIZZA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO, INC. dba SBARRO PIZZA, a foreign corporation, ZACHARY CEBALLES, an individual, and JESUS ALATORRE, an individual,<br><br>Defendants. | Case No. 2:19-cv-00373-APG-EJY<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR THE PARTIES TO FILE OPPOSITIONS TO THE MOTIONS IN LIMINE**<br><br>**[FIRST REQUEST]** |

Defendants SBARRO LLC dba SBARRO PIZZA, and SBARRO, INC. dba SBARRO PIZZA, (collectively herein as "Sbarro"), Defendant ZACHARY CEBALLES (hereinafter "Ceballes") and Plaintiff SANDRA M. MEZA-PEREZ ("Plaintiff") (collectively "the Parties"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for the Parties to file their Oppositions to Motions in Limine, (ECF Nos. 246, 247, and 250), currently due on March 14, 2022,

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

by three weeks, up to and including **April 4, 2022**.

The parties require this extension due to competing deadlines and needing additional time to gather the information. As such, the parties stipulate for the extension in order to finalize and provide the Opposition to the Court.

Accordingly, this extension is made in good faith and not for the purpose of undue delay. This is especially true given the Court's recent rescheduling of trial from the March 28 trial stack to the August 22 trial stack, providing the parties and the Court enough time to seek this extension and decide these Motions prior to trial.

Dated: March 9, 2022

/s/ John M. Samberg, Esq.
BRADLEY S. SCHRAGER, ESQ.
JOHN M. SAMBERG, ESQ.
JORDAN J. BUTLER, ESQ.
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP

HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC

Attorneys for Plaintiff
SANDRA M. MEZA-PEREZ

Dated: March 9, 2022

/s/ Patrick N. Chapin, Esq.
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

Attorney for Defendant
ZACHARY CEBALLES

Dated: March 9, 2022

PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

JASON K. HICKS, ESQ.
GREENBERG TRAURIG, LLP

Attorneys for Defendants
SBARRO, LLC dba SBARRO PIZZA,
SBARRO, INC. dba SBARRO PIZZA

**ORDER**

**IT IS SO ORDERED.**

Dated: March 10, 2022, 2022.

_____
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

2.