**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO INC., dba SBARRO PIZZA a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | **CASE NO.: 2:19-cv-00373-APG-EJY**<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSES TO MOTIONS IN LIMINE**<br><br>**(SECOND REQUEST)** |

Plaintiff, SANDRA M. MEZA-PEREZ ("Plaintiff") and Defendants SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO INC., dba SBARRO PIZZA a foreign corporation, and Defendant Zachary Ceballes, by and through their counsel of record, hereby stipulate to extend the deadline to file responses to the Motions in Limine (ECF 246, 247, 250).

Responses to the Motions in Limine (ECF 246, 247, 250) are currently due on April 4, 2022 (ECF 274). While Defendants are prepared to timely file their opposition to the Plaintiff's Motions in Limine as a matter of professional courtesy, Defendants are in agreement to a mutual extension of time.

Page **1** of **2**

The parties have agreed to extend this date to April 11, 2022.

The parties require this extension to give newly appearing counsel for Plaintiff time to obtain the complete file and review the same and respond to the Motions in Limine. As such, the parties stipulate for the extension to finalize and provide the Oppositions to the Court.

Accordingly, this extension is made in good faith and not for the purpose of undue delay. This is especially true given the Court's recent rescheduling of trial from the March 28 trial stack to the August 22 trial stack, providing the parties and the Court enough time to seek this extension and decide these Motions prior to trial. The parties agree that no further extensions will be requested regarding these Motions in Limine.

Dated April 4, 2022

/s/ Jenny L. Foley
JENNY L. FOLEY, Ph.D., ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC
*Attorneys for Plaintiff*

Dated April 4, 2022

/s/ Patrick N. Chapin
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD
Attorney for Defendant
ZACHARY CEBALLES

Dated April 4, 2022

/s/Kelsey E. Stegall
PATRICK HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

JASON K. HICKS, ESQ.
GREENBERG TRAURIG, LLP

Attorneys for Defendants SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: April 5, 2022