**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a Foreign Limited Liability Company, SBARRO INC., d/b/a SBARRO PIZZA a Foreign Corporation, ZACHARY CEBALLES, an Individual, EFRAIN HERNANDEZ, an Individual, JESUS ALATORRE, an Individual,<br><br>Defendants. | CASE NO.: 2:19-cv-00373-APG-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE THE HEARINGS ON DEFENDANTS' MOTIONS IN LIMINE [ECF NOS. 246 & 247] AND PLAINTIFF'S MOTIONS IN LIMINE [ECF NOS. 249 & 250]**<br><br>**(FIRST REQUEST)** |

Pursuant to LR 7-1 and LR IA 6-2, the parties, Plaintiff SANDRA M. MEZA-PEREZ and Defendants SBARRO, LLC d/b/a SBARRO PIZZA, SBARRO INC., d/b/a SBARRO PIZZA, and ZACHARY CEBALLES, by and through their respective counsel of record hereby stipulate and request that this Court continue the hearing for Defendants' Motions in Limine [ECF Nos. 246 & 247] and Plaintiff's Motions in Limine [ECF Nos. 249 & 250] currently set for June 28, 2022, at 9:30 AM [ECF No. 310] to a future date and time. Counsel for Plaintiff,

Page **1** of **3**

as well as her mother, father, son, and husband, tested positive for COVID-19. This is the first request to continue the hearings for the Plaintiff's and Defendants' Motions in Limine.

As such, the parties stipulate to continue the hearings for the Plaintiff's and Defendants' Motions in Limine and submit the following dates that both parties are available for the Court's reference:

- Monday, July 11, 2022, all day;
- Tuesday, July 12, 2022, in the afternoon only;
- Thursday, July 14, 2022, all day; and
- Friday, July 15, 2022, all day.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This request is made in good faith and is not intended for purposes of delay.

**IT IS SO STIPULATED.**

Dated: June 21, 2022.                                        Dated: June 21, 2022.

By: /s/ Jenny L. Foley_____                              By: /s/ Patrick N. Chapin ___
JENNY L. FOLEY, Ph.D., ESQ.                                  PATRICK N. CHAPIN, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP                                 PATRICK N. CHAPIN, LTD
                                                             *Attorney for Defendant, Zachary*
HARDEEP SULL, ESQ.                                           *Ceballes*
SULL & ASSOCIATES, PLLC
*Attorneys for Plaintiff*


Dated: June 21, 2022

By: /s/ Patrick Hicks_____
PATRICK HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

JASON K. HICKS, ESQ.
GREENBERG TRAURIG, LLP
*Attorneys for Defendants, Sbarro, LLC d/b/a Sbarro Pizza, Sbarro, Inc. d/b/a Sbarro Pizza*

## ORDER

The hearing on the defendants' motions in limine ECF No. 246 and 247 and the plaintiff's motions in limine ECF No. 249 and 250 currently scheduled for June 28, 2022, is vacated and continued to July 14, 2022, at 1:30 p.m. by videoconference.

IT IS SO ORDERED:

Dated: June 22, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE