1  PATRICK N. CHAPIN, ESQ.
   Nevada Bar No. 004946
2  Patrick N. Chapin, Ltd.
   129 Cassia Way
3  Henderson, Nevada 89014
   (702) 433-7295
4  Attorney for Defendant
5  ZACHARY CEBALLES

6                **UNITED STATES DISTRICT COURT**

7                     **DISTRICT OF NEVADA**

8

9  SANDRA M. MEZA-PEREZ, an individual,          Case No. 2:19-CV-00373-APG-EJY

10                 Plaintiff,

11 vs.                                            **STIPULATION AND PROPOSED
                                                  ORDER ON DEFENDANT
12 SBARRO LLC dba SBARRO PIZZA, a foreign         ZACHARY CEBALLES'
   limited liability company; SBARRO, INC., dba   RENEWED MOTION IN LIMINE
13 SBARRO PIZZA, a foreign corporation; ZACHARY   NO. 1 [ECF NO. 246] REGARDING
   CEBALLES, an individual; JESUS ALATORE, an     DAMAGES**
14 individual,

15                 Defendants.

16         COMES NOW, Defendants ZACHARY CEBALLES (Ceballes), SBARRO LLC dba

17 SBARRO PIZZA, and SBARRO, INC. dba SBARRO PIZZA (Sbarro), and (collectively

18 "Defendants"), and Plaintiff SANDRA M. MEZA-PEREZ ("Plaintiff"), by and through their

19 respective counsel of record, and pursuant to the July 14, 2022 Motions In Limine Hearing and

20 Minute Order [ECF 319], agree as follows:

21         1.  Defendant Ceballes has until Tuesday, July 19, 2022 to file his Renewed Motion In

22             Limine Regarding Damages;

23         2.  Plaintiff has until Monday, July 25, 2022, Noon Pacific Time to Respond; and

24         3.  No further extension of time past July 25, 2022, Noon Pacific will be granted to

25             Plaintiff to file a Response.

26         The parties submit this request in good faith and not for the purpose of undue delay.

27

28 / / /

*(Left margin, vertical text)* **PATRICK N. CHAPIN, LTD.** 129 Cassia Way, Henderson, NV 89014 Telephone: (702) 433-7295  Facsimile: (702) 403-1919

It is hereby stipulated.

**ATTORNEYS FOR PLAINTIFF:**

/s/ *Jenny Foley*
JENNY FOLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109

HARDEEP SULL, ESQ.
SULL & ASSOCIATES, PLLC
3753 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169

**ATTORNEY FOR DEFENDANT**
**ZACHARY CEBALLES:**

/s/ *Patrick N. Chapin*
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.
129 Cassia Way
Henderson, Nevada 89014

**ATTORNEYS FOR DEFENDANTS**
**SBARRO, LLC dba SBARRO PIZZA AND**
**SBARRO, INC. dba SBARRO PIZZA:**

/s/ *Kelsey E. Stegall, Esq.*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
Littler Mendelson, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169

JASON HICKS, ESQ.
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive
Las Vegas, NV 89135

## O R D E R

**IT IS ORDERED** that Defendant Ceballes has until Tuesday, July 19, 2022 to file his

Renewed Motion In Limine Regarding Damages;

**IT IS HEREBY FURTHER ORDERED** that Plaintiff has until Monday, July 25, 2022,

Noon Pacific, to Respond; and

**IT IS HEREBY FURTHER ORDERED** that no further extension of time past July 25,

2022, Noon Pacific will be granted to Plaintiff for filing a Response.

**IT IS SO ORDERED.**

Dated:   July 19, 2022        .

_____
UNITED STATES DISTRICT COURT JUDGE

PATRICK N. CHAPIN, LTD.
129 Cassia Way, Henderson, NV 89014
Telephone: (702) 433-7295   Facsimile: (702) 403-1919