UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SBARRO LLC, et al.,<br><br>　　　　Defendants. | Case No.: 2:19-cv-00373-APG-EJY<br><br>**Order Expediting Briefing**<br><br>[ECF No. 325] |

　　　Plaintiff Sandra M. Meza-Perez moves to substitute her psychiatric expert, Dr. Norton Roitman, now deceased, with a living expert. Meza-Perez's counsel claim they were unaware of Dr. Roitman's passing until the issue was mentioned by defense counsel during the hearing held on July 14, 2022. Because trial is set to commence in less than a month and a substitution would severely impact scheduling, good cause exists to expedite briefing on Meza-Perez's motion.

　　　I THEREFORE ORDER that the defendants shall file a response to the motion to substitute (ECF No. 325) by July 29, 2022. Meza-Perez shall file a reply by August 2, 2022.

　　　DATED this 25th day of July, 2022.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE