# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ,<br><br>    Plaintiff<br><br>v.<br><br>SBARRO LLC, et al.,<br><br>    Defendants | Case No.: 2:19-cv-00373-APG-NJK<br><br>**Order** |

I ORDER that the defendants may file a response to plaintiff Sandra M. Meza-Perez's motion for reconsideration (ECF No. 350) by noon on Friday, August 12, 2022.

I FURTHER ORDER that plaintiff Sandra M. Meza-Perez may file a reply by noon on Monday, August 15, 2022.

DATED this 10th day of August, 2022.

                                                                                    _____
                                                                                    ANDREW P. GORDON
                                                                                    UNITED STATES DISTRICT JUDGE