UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, | Case No.: 2:19-cv-00373-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| SBARRO LLC, et al., | |
| Defendants | |

I ORDER that plaintiff Sandra M. Meza-Perez may file a response to the defendants' motion to exclude Dr. Roitman's reports (ECF No. 352) by 4:00 p.m. on Friday, August 12, 2022.

I FURTHER ORDER that the defendants may file a reply by noon on Monday, August 15, 2022.

DATED this 10th day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE