**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO INC., dba SBARRO PIZZA a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | CASE NO.: 2:19-cv-00373-APG-EJY<br><br>**SPECIAL VERDICT FORM (PROPOSED)** |

## SPECIAL VERDICT FORM

You may read the entire verdict form before answering the questions. You must answer all of the questions, unless otherwise indicated. Answer the questions in numerical order. Follow all directions. After you have answered all required questions, the foreperson shall sign and date the Special Verdict Form and contact the bailiff.

1. Has plaintiff proved, by a preponderance of the evidence, that she was subjected to quid pro quo sexual harassment through the actions of Zachary Ceballes and/or Sbarro Defendant's other employees?

    _____ YES _____ NO

Page **1** of **6**

If you answer yes to this question, proceed to Question 2. If you answer no, proceed to Question 4.

2. Has plaintiff proved by a preponderance of the evidence that, after plaintiff reported that she was subjected to quid pro quo sexual harassment, the Sbarro Defendants failed to take reasonable remedial steps to end the sexually hostile work environment and to discourage possible future harassment by Sbarro Defendants' employees?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 3. If you answer no, proceed to Question 4.

3. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the quid pro quo sexual harassment you found?

$ _____

Go to Question 4.

4. Has plaintiff proved, by a preponderance of the evidence, that she was subjected to a sexually hostile work environment through the actions of Zachary Ceballes and/or Sbarro Defendant's other employees?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 5. If you answer no, proceed to Question 7.

5. Has plaintiff proved by a preponderance of the evidence that, after plaintiff reported a sexually hostile work environment, the Sbarro Defendants failed to take reasonable remedial steps to end the sexually hostile work environment and to discourage possible future harassment by Sbarro Defendants' employees?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 6. If you answer no, proceed to Question 7.

6. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the sexually hostile work environment you found?

$ _____

Go to Question 7.

7. Has plaintiff proved by a preponderance of the evidence that, after plaintiff reported quid pro quo sexual harassment and/or a sexually hostile work environment, she was subjected to retaliation through the actions of Zachary Ceballes and/or Sbarro Defendant's other employees?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 8. If you answer no, proceed to Question 9.

8. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the retaliation you found?

$ _____

Go to Question 9.

9. Has plaintiff proved, by a preponderance of the evidence, that she was subjected to an assault(s) through the actions of Zachary Ceballes?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 10. If you answer no, proceed to Question 11.

10. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the assault(s) you found?

$ _____

Go to Question 11.

11. Has plaintiff proved, by a preponderance of the evidence, that she was subjected to a battery(ies) through the actions of Zachary Ceballes?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 12. If you answer no, proceed to Question 13.

12. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the battery(ies) you found?

$ _____

Go to Question 13.

13. Has plaintiff proved, by a preponderance of the evidence, that she was subjected to false imprisonment(s) through the actions of Zachary Ceballes?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 14. If you answer no, proceed to Question 15.

14. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the false imprisonment(s) you found?

$ _____

Go to Question 15.

15. Has plaintiff proved, by a preponderance of the evidence, that she was subjected to intentional infliction of emotional distress through the actions of Zachary Ceballes?

_____ YES _____ NO

If you answer yes to this question, proceed to Question 16. If you answer no, you have completed this verdict form.

16. What sum of money, if any, do you unanimously agree will fairly and reasonably compensate plaintiff for the injuries she proved she suffered as a result of the intentional infliction of emotional distress you found?

$ _____

You have completed the verdict form. Please sign and date below.

Dated this \_\_\_ of September, 2022.

_____
FOREPERSON, CASE NO.: 2:19-cv-00373-APG-EJY