JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340

-and-

HARDEEP SULL, ESQ.
Nevada Bar No. 12108
E-mail: dee@sullglobal.com
SULL AND ASSOCIATES ATTORNEYS AT LAW
3753 Howard Hughes Pkwy., Suite 200
Las Vegas, Nevada 89169
Tel: (702) 953-9500
Fax: (702) 297-6595

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO INC., dba SBARRO PIZZA a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | CASE NO.: 2:19-cv-00373-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEFS IN SUPPORT OF HER POST-TRIAL MOTIONS**<br>**[ECF NOS. 434-440]**<br><br>**(First Request)** |

Plaintiff SANDRA M. MEZA-PEREZ ("Plaintiff"), Defendants SBARRO LLC dba SBARRO PIZZA, and SBARRO, INC. dba SBARRO PIZZA, (collectively herein as

"Sbarro"), and Defendant ZACHARY CEBALLES ("Ceballes"), by and through their respective attorneys of record, stipulate as follows:

1. On October 4, 2022, Plaintiff filed the following post-trial motions:

    a. Renewal of Her Motions for Reconsideration and Clarification of This Court's Prior Order on Summary Judgment Dismissing Her Claims for Negligent Hiring, Negligent Supervision and Negligent Retention [ECF No. 434];

    b. Motion for New Trial Pursuant to FRCP 59(A) [ECF No. 435];

    c. Rule 50(b) Renewed Motion for Judgment as a Matter of Law [ECF No. 436];

    d. Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under FRCP 50(B) for Judgement as a Matter of Law in Plaintiff's Favor and/or a New Trial, Under FRCP 59(A) for a New Trial, and/or Under FRCP 60(B)(1) and (3) for Relief from the Judgment [ECF No. 437];

    e. Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under FRCP 50(b) for Judgement as a Matter of Law in Plaintiff's Favor and/or a New Trial, Under FRCP 59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief from the Judgment [ECF No. 438];

    f. Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under FRCP 50(b) for Judgement as a Matter of Law in Plaintiff's Favor and/or a New Trial, Under FRCP 59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief from the Judgment [ECF No. 439]; and

    g. Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under FRCP 50(b) for Judgment as a Matter of Law in Plaintiff's Favor and/or a New Trial,

Under FRCP 59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief from the Judgment [ECF No. 440].

2. On October 18, 2022, Sbarro filed the following responses to Plaintiff's post-trial motions:

   a. Opposition to Plaintiff's Renewal of Her Motions for Reconsideration and Clarification of This Court's Prior Order on Summary Judgment Dismissing Her Claims for Negligent Hiring, Negligent Supervision and Negligent Retention [ECF No. 441];

   b. Opposition to Plaintiff's Rule 50(b) Renewed Motion for Judgment as a Matter of Law [ECF No. 442];

   c. Consolidated Opposition to Plaintiff's Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under FRCP 50(b) for Judgment as a Matter of Law in Plaintiff's Favor and/or a New Trial, Under FRCP 59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief from the Judgment [ECF No. 443]; and

   d. Opposition to Plaintiff's Motion for New Trial Pursuant to FRCP 59(A) [ECF No. 444].

3. On October 18, 2022, Ceballes joined each of Sbarro's responses to Plaintiff's post-trial motions [ECF Nos. 445-448].

4. Plaintiff's reply briefs in support of her post-trial motions are currently due to be filed by October 25, 2022.

5. The parties hereby stipulate and agree Plaintiff shall have until Monday, October 31, 2022, to file her reply briefs in support of her post-trial motions.

///
///
///

6. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: October 25, 2022.

/s/ *JENNY L. FOLEY*
JENNY FOLEY, ESQ.
HKM EMPLOYMENT ATTORNEYS LLP

HARDEEP SULL, ESQ. SULL & ASSOCIATES, PLLC

*Attorneys for Plaintiff*

/s/ *KELSEY E. STEGALL*
PATRICK H. HICKS, ESQ.
KELSEY E. STEGALL, ESQ.
LITTLER MENDELSON, P.C.

JASON K. HICKS, ESQ.
GREENBERG TRAURIG, LLP

*Attorneys for Defendants SBARRO, LLC dba SBARRO PIZZA, SBARRO, INC. dba SBARRO PIZZA*

/s/ *PATRICK N. CHAPIN*
PATRICK N. CHAPIN, ESQ.
PATRICK N. CHAPIN, LTD.

*Attorneys for Defendant ZACHARY CEBALLES*

ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:19-cv-00373-APG-EJY

DATED: October 26, 2022

Page **4** of **4**