**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA M. MEZA-PEREZ an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>SBARRO LLC dba SBARRO PIZZA, a foreign limited liability company, SBARRO INC., dba SBARRO PIZZA a foreign corporation, ZACHARY CEBALLES, an individual, EFRAIN HERNANDEZ, an individual, JESUS ALATORRE, an individual,<br><br>Defendants. | CASE NO.: 2:19-cv-00373-APG-EJY<br><br>**MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY BRIEFS IN SUPPORT OF HER POST-TRIAL MOTIONS [ECF NOS. 434 – 440]**<br><br>**(SECOND REQUEST)** |

Plaintiff, Sandra M. Meza-Perez, by and through her counsel of record Jenny Foley, Ph.D., Esq. of HKM Employment Attorneys LLP, hereby Requests an Extension to File Reply Briefs in Support of Plaintiff's Post-Trial Motions.

**I.      PROCEDURAL HISTORY**

On October 4, 2022, Plaintiff filed the following post-trial motions: 1) Renewal of Her Motions for Reconsideration and Clarification of This Court's Prior Order on Summary Judgment Dismissing Her Claims for Negligent Hiring, Negligent Supervision and Negligent Retention [ECF No. 434]; 2) Motion for New Trial Pursuant to FRCP 59(A) [ECF No. 435]; 3) Rule 50(b) Renewed Motion for Judgment as a Matter of Law [ECF No. 436]; 4) Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting

1   Alternate Relief Under FRCP 50(B) for Judgement as a Matter of Law in Plaintiff's Favor

2   and/or a New Trial, Under FRCP 59(A) for a New Trial, and/or Under FRCP 60(B)(1) and (3)

3   for Relief from the Judgment [ECF No. 437]; 5) Motion for Dispositive Sanctions Based Upon

4   Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under FRCP

5   50(b) for Judgement as a Matter of Law in Plaintiff's Favor and/or a New Trial, Under FRCP

6   59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief from the Judgment [ECF

7   No. 438]; 6) Motion for Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of

8   Evidence and Requesting Alternate Relief Under FRCP 50(b) for Judgement as a Matter of Law

9   in Plaintiff's Favor and/or a New Trial, Under FRCP 59(a) for a New Trial, and/or Under

10   FRCP60(b)(1) and (3) for Relief from the Judgment [ECF No. 439]; and 7) Motion for

11   Dispositive Sanctions Based Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting

12   Alternate Relief Under FRCP 50(b) for Judgment as a Matter of Law in Plaintiff's Favor and/or

13   a New Trial, Under FRCP 59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief

14   from the Judgment [ECF No. 440].

15       On October 18, 2022, Sbarro filed the following responses to Plaintiff's post-trial

16   motions: 1) Opposition to Plaintiff's Renewal of Her Motions for Reconsideration and

17   Clarification of This Court's Prior Order on Summary Judgment Dismissing Her Claims for

18   Negligent Hiring, Negligent Supervision and Negligent Retention [ECF No. 441]; 2)

19   Opposition to Plaintiff's Rule 50(b) Renewed Motion for Judgment as a Matter of Law [ECF

20   No. 442]; 3) Consolidated Opposition to Plaintiff's Motion for Dispositive Sanctions Based

21   Upon Sbarro and Ceballes' Spoliation of Evidence and Requesting Alternate Relief Under

22   FRCP 50(b) for Judgment as a Matter of Law in Plaintiff's Favor and/or a New Trial, Under

23   FRCP 59(a) for a New Trial, and/or Under FRCP60(b)(1) and (3) for Relief from the Judgment

24

1  [ECF No. 443]; and 4) Opposition to Plaintiff's Motion for New Trial Pursuant to FRCP 59(A)

2  [ECF No. 444]. On October 18, 2022, Ceballes joined each of Sbarro's responses to Plaintiff's

3  post-trial motions [ECF Nos. 445-448].

4        Accordingly, Plaintiff's reply briefs in support of her post-trial motions were due on

5  October 25, 2022. However, on October 25, 2022, the parties stipulated and agreed that Plaintiff

6  would have until Monday, October 31, 2022, to file her reply briefs and filed a stipulation and

7  order that reflected this stipulation and agreement [ECF No. 449]. Shortly thereafter, on October

8  26, 2022, the Court signed the stipulation and order [ECF No. 450].

9        **II.     LEGAL ARGUMENT**

10       Pursuant to LR IA 6-1, this is the second request for an extension of time for Plaintiff

11 to file her reply briefs in support of her post-trial motions. Plaintiff's counsel makes this

12 request for good cause, and not for the purpose of delay, as Plaintiff's counsel is still

   addressing a family emergency. A declaration from Plaintiff's counsel, Jenny L. Foley, Ph.D.,

13 Esq., is attached hereto as Exhibit 1. Additionally, since these are post-trial motions, there is

14 little chance of prejudice if the extension is granted.

15 / / /

16 / / /

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

III.   CONCLUSION

In view of the foregoing considerations, herein Plaintiff requests the Court to grant an extension, up to and including November 7, 2022, in which to file Plaintiff's reply briefs in support of her post-trial motions.

Dated this 31st day of October 2022.

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Jenny L. Foley*
**Jenny L. Foley, Ph.D., Esq.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated:___November 1, 2022___

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE