**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SANDRA M. MEZA-PEREZ, | Case No.: 2:19-cv-00373-APG-EJY |
| Plaintiff | **Order Amending Judgment** |
| v. | |
| SBARRO LLC, et al., | |
| Defendants | |

On March 5, 2024, the Ninth Circuit remanded to this court for the limited purpose of correcting a clerical mistake in including non-party Robert A. Whitney in the judgment.

I THEREFORE ORDER the clerk of court to correct the docket by (1) removing reference to Robert A. Whitney in the docket entries related to the jury verdict at ECF Nos. 420 and 421, and (2) amending the judgment at ECF No. 424 to remove reference to Robert A. Whitney.

I FURTHER ORDER the clerk of court to send a copy of this order to the Ninth Circuit Court of Appeals.

DATED this 7th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE